UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

**Jun 16, 2010**

FILED
CLERK'S OFFICE

## BEFORE THE JUDICIAL PANEL ON

## MULTIDISTRICT LITIGATION

| | |
|---|---|
| In re: | MDL Docket No. 2179 |
| OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO ON APRIL 20, 2010 | |

## NOTICE OF FILING OF RELATED ACTION
## IN THE UNITED STATES DISTRICT COURT FOR THE
## SOUTHERN DISTRICT OF TEXAS

KERSHAW, CUTTER & RATINOFF, LLP
C. Brooks Cutter
John R. Parker, Jr.
401 Watt Avenue
Sacramento, California  95864
Telephone: (916) 448-9800
Facsimile:  (916) 669-4499

[Additional Counsel Listed on Signature Page]

Attorneys for Individual and Representative
Plaintiff, *CHARLES J. CONTEGNI, JR., d/b/a*
*CHIPS SHRIMP, INC.*

-1-

**TO:    CLERK OF THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION AND COUNSEL OF RECORD:**

PLEASE TAKE NOTICE that the following related action has been filed:

*CHARLES J. CONTEGNI, JR., d/b/a CHIPS SHRIMP, INC.*

*Individually, and on behalf of those similarly situated,*

*v.*

*TRANSOCEAN LTD, TRANSOCEAN OFFSHORE DEEPWATER DRILLING INC., TRANSOCEAN DEEPWATER, INC., TRANSOCEAN ENTERPRISE, INC., BP EXPLORATION AND PRODUCTION, INC., BP, PLC, BP AMERICA, INC., BP PRODUCTS NORTH AMERICA, INC., HALLIBURTON ENERGY SERVICES, INC., and CAMERON INTERNATIONAL CORPORATION a/k/a CAMERON SYSTEMS CORPORATION,*

Civil Action No. 10-CV-1989. filed on June 4, 2010, attached hereto as Exhibit A.

Dated: ___6 / 10 / 2010___                KERSHAW, CUTTER & RATINOFF, LLP

By: _____
C. Brooks Cutter
John R. Parker, Jr.
401 Watt Avenue
Sacramento, California  95864
Telephone: (916) 448-9800

LAW OFFICES OF MILTON C. GRIMES
Milton C. Grimes
3774 West 54th Street
Los Angeles, California 90043
Telephone:  (323) 295-3023
Facsimile:  (323) 295-3708

JOHNSON LAW FIRM PC
Ann E. Johnson
Jake Johnson, Of Counsel
5000 Caroline Blvd.
Houston, Texas 77004
Telephone:  (713) 523-5000

Attorneys for Individual and Representative Plaintiff, *CHARLES J. CONTEGNI, JR., d/b/a CHIPS SHRIMP, INC.*

-2-

UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

**Jun 16, 2010**

FILED
CLERK'S OFFICE

# EXHIBIT A

United States District Court
Southern District of Texas
FILED

JUN 0 4 2010

David J. Bradley, Clerk of Court

## IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| CHARLES J. CONTEGNI, JR., d/b/a CHIPS SHRIMP, INC. Individually, and on behalf of those similarly situated, | § § § § § | C.A. No.: __10 CV 1989__ |
| Plaintiff, | § § | |
| TRANSOCEAN LTD, TRANSOCEAN OFFSHORE DEEPWATER DRILLING INC., TRANSOCEAN DEEPWATER, INC., TRANSOCEAN ENTERPRISE, INC., BP EXPLORATION AND PRODUCTION, INC., BP, PLC, BP AMERICA, INC., BP PRODUCTS NORTH AMERICA, INC., HALLIBURTON ENERGY SERVICES, INC., and CAMERON INTERNATIONAL CORPORATION a/k/a CAMERON SYSTEMS CORPORATION, | § § § § § § § § § § § § § | JURY TRIAL DEMANDED CLASS ACTION PURSUANT TO FED.R.CIV.P.23 |
| Defendants. | § § | |

### PLAINTIFF'S CLASS ACTION COMPLAINT

Plaintiff, CHARLES J. CONTEGNI, JR., doing business as CHIPS SHRIMP, INC., individually and as representatives of the class defined bring this action against Defendants TRANSOCEAN LTD., TRANSOCEAN OFFSHORE DEEPWATER DRILLING, INC., TRANSOCEAN DEEPWATER, INC., TRANSOCEAN ENTERPRISE, INC., BP EXPLORATION AND PRODUCTION, INC., BP, PLC, BP AMERICA, INC., BP PRODUCTS NORTH AMERICA, INC., HALLIBURTON ENERGY SERVICES, INC., and CAMERON INTERNATIONAL CORPORATION a/k/a CAMERON SYSTEMS CORPORATION and for cause of action respectfully shows this Honorable Court the following:

I.

## INTRODUCTION

1.      This is a class action, brought pursuant to Rule 23 of the Federal Rules of Civil Procedure, to recover damages suffered by Plaintiff and all members of the Class as a result of the oil spill that resulted from the explosion and fire aboard, and subsequent sinking of the oil rig Deepwater Horizon (hereinafter the "Deepwater Horizon" or the "Oil Rig") on April 20, 2010, at approximately 10:00 p.m. central time in the outer Continental Shelf. At all times material hereto, the Deepwater Horizon was conducting drilling activities on the outer continental shelf, off the coast of Louisiana. Following the sinking of the Oil Rig, an estimated 12,000 to 19,000 barrels per day of crude oil have been leaking from the oil well upon which the Deepwater Horizon was performing completion operations, and from the pipe connected to it (i.e. the drill stack). The fast-moving oil slick, which, at the time of filing, has reached the Gulf Coast i.e. Louisiana, Mississippi, and Alabama, and has already caused detrimental affects upon the Gulf of Mexico's marine environments, coastal environments and estuarine areas, which are used by Plaintiff and the Class, including fishing and to earn a livelihood.

2.      The oil slick spreading across the Gulf of Mexico has had detrimental effects on the Gulf of Mexico and threatens the wetlands, estuaries and national fisheries of the Gulf of Mexico. The timing of the spill could not be worse in that this is a peak spawning and nesting season for many species of fish and other marine creatures. The areas that have been damaged and/or will be damaged by the spill are those areas used by Plaintiff and class members, Fisherman Subclass members, and Shrimper Subclass members for different activities including fishing and shrimping, which they use to earn their livelihood.

II.

## PARTIES

3.      Plaintiff, CHARLES J. CONTEGNI, JR. is a citizen of Florida. Plaintiff earns his livelihood as a commercial fisherman and shrimper in the Gulf of Mexico and in the coastal zone

2

(as that term is defined in 43 U.S.C. § 1331(e)) (the "Coastal Zone") and, as a result of the events described above and below, he has suffered damages that are more fully described below.

    4.    Defendants to this class action complaint are:

Defendant TRANSOCEAN LTD. is a foreign company doing business in the State of Texas and within this district. It can be served at its regular place of business 4 Greenway Plaza, Houston, TX 77046.

Defendant TRANSOCEAN OFFSHORE DEEPWATER DRILLING, INC. is a foreign corporation doing business in the State of Texas. It can be served through its registered agent: Capitol Corporate Services, Inc., 800 Brazos, Suite 400, Austin, Texas 78701.

Defendant TRANSOCEAN DEEPWATER, INC. is a foreign corporation doing business in the State of Texas and within this district. It can be served through its registered agent: Capitol Services, Inc., 615 South Dupont Highway, Dover, DE 19901.

Defendant TRANSOCEAN ENTERPRISE, INC., is a corporation doing business in the State of Texas and within this district. It can be served through its registered agent: Capitol Corporate Services, Inc., 800 Brazos, Suite 400, Austin, Texas 78701.

Defendant BP EXPLORATION AND PRODUCTION, INC. is a foreign company doing business in the State of Texas. It can be served through its registered agent: CT Corporation System, 350 North St. Paul Street, Dallas, TX 75201-4234.

Defendant BP, PLC is a foreign company doing business in the State of Texas and within this district, and is doing business as BP AMERICA, INC., and can be served at their regular place of business 501 Westlake Park Blvd., Houston, TX 77079.

Defendant BP AMERICA, INC. is a foreign corporation doing business in Texas and may be served process by serving its registered agent, CT Corporation System, 350 North St. Paul Street, Dallas, TX 75201-4234.

Defendant BP PRODUCTS NORTH AMERICA, INC. is a Maryland corporation doing business in Texas and may be served process by serving its registered agent, Prentice Hall Corporation System, 701 Brazos Street, #1050, Austin, Texas 78701.

Defendant HALLIBURTON ENERGY SERVICES, INC. is a Delaware corporation with its principal place of business in Houston, Harris County, Texas. It can be served through its registered agent in Texas: CT Corporation System, 350 N. St. Paul Street, Dallas, Texas 75201.

Defendant CAMERON INTERNATIONAL CORPORATION a/k/a CAMERON SYSTEMS CORPORATION is a Delaware corporation with its principal place of business in Houston, Harris County, Texas. It can be served through its registered agent in Texas: CT Corporation System, 350 N. St. Paul Street, Dallas, Texas 75201.

III.

### JURISDICTION AND VENUE

8.      This Court has jurisdiction over this class action pursuant to (1) 28 U.S.C. § 1332(d)(2), because the matter in controversy exceeds the sum or value of $5,000,000, exclusive of interest and costs, and it is a class action brought by citizens of a State that is different from the State where at least one of the Defendants is incorporated or does business; (2) 28 U.S.C. § 1331, because the claims asserted herein arise under the laws of the United States of America, including the laws of the neighboring states which have been declared, pursuant to 43 U.S.C. §§ 1331 (f)(1) and 1333(a)(2), to be the law of the United States for that portion of the outer Continental Shelf from which the oil spill originated; and (3) 43 U.S.C. § 1331(1), which extends exclusive Federal jurisdiction to the outer Continental Shelf.

9.      The case is properly brought in the Southern District because all of the Defendants do business in the Southern District, class members residing in the Southern District suffered damages as a result of the spill and property in the Southern District was or will be adversely affected by the oil spill.

IV.

### FACTUAL ALLEGATIONS

10.     Transocean, Ltd., Transocean Offshore, Transocean Deepwater, and Transocean Enterprise (collectively "Transocean" or "Transocean Defendants") are the owners and/or operators of the Deepwater Horizon, a semi-submersible mobile drilling rig, which was

4

performing drilling and completion operations for BP, plc, BP American, Inc. and BP Products North America, Inc. (collectively "BP" or "BP Defendants") on the outer Continental Shelf, at the site from which the oil spill now originates, on April 20, 2010.

11.     The BP Defendants are the holders of a lease granted by the Minerals Management Service that allows BP to drill for oil and perform oil-production-related operations at the site of the oil spill, and on April 20, 2010, operated the oil well that is the source of the oil spill.

12.     Halliburton Energy Services, Inc. ("Halliburton") was engaged in cementing operations of the well and well cap and, upon information and belief, improperly and negligently performed these duties, increasing the pressure at the well and contributing to the fire, explosion and resulting oil spill.

13.     Upon information and belief, Cameron International Corporation a/k/a Cameron Systems Corporation ("Cameron") designed, manufactured and/or supplied the Deepwater Horizon' blow-out-preventers ("BOPs") that failed to operate upon the explosion, which should have prevented the oil spill. The BOPs were defective because they failed to operate as intended and/or because Cameron failed to warn the users that the BOPs would not operate as intended. As such, Cameron is liable to Plaintiff and the Class and Subclass members under the theory of strict liability in addition to being liable for its negligence.

14.     At all times material hereto, the Deepwater Horizon was owned, manned, possessed, managed, controlled, chartered and/or operated by Transocean and/or BP.

15.     The fire and explosion on the Deepwater Horizon, its sinking and the resulting oil spill were caused by the negligence of Defendants, which renders them liable jointly, severally, and *in solido* to Plaintiff and the Class and Subclass members for all their damages.

16.     The injuries and damages suffered by Plaintiff and the Class and Subclass members were caused by Defendants' violations of numerous statutes and regulations, including, but not limited to, statutes and regulations issued by OSHA and the United States Coast Guard, including the requirement to test the sub-sea BOPs at regular intervals.

17.     Defendants knew of the dangers associated with deep water drilling and failed to take appropriate measures to prevent damage to Plaintiff, the Class, Fisherman Subclass members, and Shrimper Subclass member, the Gulf Coast's and the Gulf of Mexico's marine and coastal environments and estuarine areas, and the Coastal Zone, where Plaintiff, the Class, Subclass members, work and earn a living.

18.     The spilled oil would not simply evaporate off of the surface of the water and is causing dangerous environmental contamination of the Gulf of Mexico and its shorelines, threatening the Gulf Coast's sensitive wetlands and estuarine areas.

19.     The oil spill and the contamination have caused and will continue to cause loss of revenue to persons (and businesses) that are being prevented from using the Gulf of Mexico and the Gulf Coast's Coastal Zone for diverse activities, including work and to earn a living.

20.     There are many other potential affects from the oil spill that have not yet become known, and Plaintiff reserves the right to amend this Complaint once additional information becomes available.

21.     Upon information and belief, the DEEPWATER HORIZON is a semi-submersible mobile drilling rig owned and/or operated by Defendants, TRANSOCEAN, LTD, TRANSOCEAN OFFSHORE and/or TRANSOCEAN DEEPWATER (hereafter collectively referred to as 'TRANSOCEAN").

22.     BP, BP PRODUCTS and/or BP AMERICA (hereafter collectively referred to as "BP") are the holder(s) of a lease known as the MACONDO PROSPECT located on Mississippi Canyon Block 252 in the Gulf of Mexico approximately forty miles off the coast of Louisiana.

23.     Upon information and belief, BP contracted with TRANSOCEAN to have the DEEPWATER HORIZON conduct drilling operations on the outer Continental Shelf in Mississippi Canyon Block 252.

24.     Upon information and belief, CAMERON manufactured blowout preventers (BOPs) used by the DEEPWATER HORIZON. A BOP is a large valve at the wellhead that can

6

be closed if excess pressure from an underground zone causes formation fluids, such as oil or natural gas, to enter the well bore and threaten the rig.

25.     Upon information and belief, HALLIBURTON was a contractor working on the DEEPWATER HORIZON at the time of the accident sued upon herein and was performing cementing operations prior to and at the time of the accident sued upon herein.

26.     Upon information and belief, crews were cementing the well being drilled by the DEEPWATER HORIZON when a blowout within the well occurred, which ignited and caused a deadly blast. The fire and explosion on the DEEPWATER HORIZON and the resulting oil spill were caused by the combined negligence of all named Defendants, rendering them jointly, severally, and *in solido* liable to Plaintiff and all class members for their damages.

27.     As a result of the fire and explosion on board the DEEPWATER HORIZON, oil from the well is leaking into the Gulf of Mexico at an alarming rate of an estimated tens of thousands of barrels per day.  Efforts to halt or stem the spill have not been successful.  A large oil slick resulting from the spill has formed in the Gulf of Mexico and at the time of the filing of this Petition, has landed on the coast throughout the Gulf.

28.     The oil spill and its resultant contamination have caused and will continue to cause a loss of business and revenue to Plaintiff and other class members.

V.

## CLASS, FISHERMAN SUBCLASS AND FISHERMAN SUBCLASS DEFINITIONS

29.     Plaintiff brings this action on behalf of himself and all others similarly situated, who are members of the following Class:

> All United States residents who live or work in, or derive income from, the Gulf of Mexico "Coastal Zone," as that term is defined in 43 U.S.C. § 1331(e), and who have sustained any legally cognizable loss and/or damages as a result of the April 20, 2010 fire and explosion that occurred aboard the Deepwater Horizon drilling rig and the oil spill resulting therefrom.

30.   Further, Plaintiff CHARLES J. CONTEGNI, JR., brings his action on behalf of himself and all other similarly situated, who are members of the following Fisherman Subclass:

> All United States residents who live or work earning a living from commercial fishing in, or derive income from, the Gulf of Mexico "Coastal Zone," as that term is defined in 43 U.S.C. § 1331(e), and who have sustained any legally cognizable loss and/or damages as a result of the April 20, 2010 fire and explosion that occurred aboard the Deepwater Horizon drilling rig and the oil spill resulting therefrom.

31.   Plaintiff CHARLES J. CONTEGNI, JR., brings his action on behalf of himself and all other similarly situated, who are members of the following Shrimper Subclass:

> All United States residents who live or work earning a living from commercial shrimping in, or derive income from, the Gulf of Mexico "Coastal Zone," as that term is defined in 43 U.S.C. § 1331(e), and who have sustained any legally cognizable loss and/or damages as a result of the April 20, 2010 fire and explosion which occurred aboard the Deepwater Horizon drilling rig and the oil spill resulting therefrom.

32.   Excluded from the Class, the Fisherman Subclass, and the Shrimper Subclass are:

   a. The officers and directors of any of the Defendants;

   b. Any judge or judicial officer assigned to this matter and his or her immediate family; and

   c. Any legal representative, successor, or assign of any excluded persons or entities.

## VI.

## CLASS ACTION ALLEGATIONS

### A. THE CLASS

#### 1. Numerosity of the class

33.   The proposed Class is so numerous that joinder is impractical. While the exact number of individuals has yet to be determined, it is believed that there are literally many thousands of United States residents who work in, or derive income from, the Gulf of Mexico "Coastal Zone," and who have or will sustain a legally cognizable loss and/or damages as a result

of the events of April 20, 2010. The disposition of the claims asserted herein through this class action will be more efficient and will benefit the parties and the Court.

### 2. Predominance of Common Questions of Fact and Law

34.     There is a well-defined community of interest in that the questions of law and fact common to the Class predominate over questions affecting only individual Class Members and include, but are not limited to, the following:

a. Whether Defendants caused and/or contributed to the fire, explosion and oil spill;

b. Whether Defendants' actions were negligent;

c. Whether the fire, explosion and oil spill have caused environmental or other damage; and

d. The amount of damages Plaintiff and the Class Members should receive in compensation.

### 3. Typicality

35.     Plaintiff and the Class Members have suffered similar harm as a result of Defendants' actions.

### 4. Adequacy of Representation

36.     Plaintiff will fairly and adequately represent and protect the interests of the members of the Class because his interests do not conflict with the interests of the Class Members he seeks to represent. Plaintiff has no claims antagonistic to those of the Class. Plaintiff has retained counsel competent and experienced in complex class actions and environmental litigation.

### 5. Superiority

37.     A class action is superior to other available methods for the fair and efficient adjudication of this litigation since individual litigation of the claims of all Class Members is impracticable.  Even if every Class Member could afford individual litigation, the court system could not. It would be unduly burdensome to this Court in which individual litigation of

thousands of cases would proceed. Individual litigation presents a potential for inconsistent or contradictory judgments, and the prospect of a race for the courthouse and an inequitable allocation of recovery among those with equally meritorious claims. Individual litigation increases the expenses and delay to all parties and the court system in resolving the legal and factual issues common to all claims related to the Defendants' conduct alleged herein. By contrast, a class action presents far fewer management difficulties and provides the benefit of a single adjudication, economies of scale, and comprehensive supervision by a single court.

### A. THE FISHERMAN SUBCLASS

#### 1. Numerosity of the class

38.     The proposed Fisherman Subclass is so numerous that joinder of all parties is impractical. While the exact number of individuals has yet to be determined, it is believed that there are literally thousands of United States residents work as fisherman in, or derive income from, the Gulf of Mexico "Coastal Zone," and who have or will sustain a legally cognizable loss and/or damages as a result of the events of April 20, 2010. The disposition of the claims asserted herein by the subclass through this class action will be more efficient and will benefit the parties and the Court.

#### 2. Predominance of Common Questions of Fact and Law

39.     There is a well-defined community of interest in that the questions of law and fact common to the Fisherman Subclass predominate over questions affecting only individual Fisherman Subclass Members and include, but are not limited to, the following:

a. Whether Defendants caused and/or contributed to the fire, explosion and oil spill;

b. Whether Defendants' actions were negligent;

c. Whether the fire, explosion and oil spill have caused environmental or other damage; and

d. The amount of damages Plaintiff and the Class Members should receive in compensation.

### 3. Typicality

40.    Plaintiff and the Fisherman Subclass Members have suffered similar harm as a result of Defendants' actions.

### 4. Adequacy of Representation

41.    Plaintiff will fairly and adequately represent and protect the interests of the members of the Fisherman Subclass because his interests do not conflict with the interests of the Fisherman Subclass Members he seeks to represent. Plaintiff has no claims antagonistic to those of the Fisherman Subclass. Plaintiff has retained counsel competent and experienced in complex class actions and environmental litigation.

### 5. Superiority

42.    A class action is superior to other available methods for the fair and efficient adjudication of this litigation since individual litigation of the claims of all Fisherman Subclass Members is impracticable. Even if every Fisherman Subclass Member could afford individual litigation, the court system could not. It would be unduly burdensome to this Court in which individual litigation of thousands of cases would proceed. Individual litigation presents a potential for inconsistent or contradictory judgments, and the prospect of a race for the courthouse and an inequitable allocation of recovery among those with equally meritorious claims. Individual litigation increases the expenses and delay to all parties and the court system in resolving the legal and factual issues common to all claims related to the Defendants' conduct alleged herein. By contrast, a class action presents far fewer management difficulties and provides the benefit of a single adjudication, economies of scale, and comprehensive supervision by a single court.

43.    Alternatively, the various claims asserted in the action by Plaintiff and members of the Class and Fisherman Subclass are also certifiable under the provisions of Rules 23(b)(1) and/or 23(b)(3) of the Federal Rules of Civil Procedure because:

a. The prosecution of separate actions by thousands of individual Class and Fisherman Subclass members would create a risk of inconsistent or varying adjudications

11

with respect to individual Class and Fisherman Subclass members, thus establishing incompatible standards of conduct for Defendants;

b. The prosecution of separate actions by individual Class and Fisherman Subclass members would also create the risk of adjudications with respect to them that would, as a practical matter, be dispositive of the interests of the other Class and Fisherman Subclass members who are not parties to such adjudications and would substantially impair or impede their ability to protect their interests; and

c. The questions of law or fact common to the Members of the Class predominate over any questions affecting only individual Members, and that a class action is superior to other available methods for the fair and efficient adjudication of the controversy.

## B. THE SHRIMPER SUBCLASS

### 1. Numerosity of the class

44.     The proposed Shrimper Subclass is so numerous that joinder of all parties is impractical. While the exact number of individuals has yet to be determined, it is believed that literally thousands of United States residents work as shrimpers in, or derive income from, the Gulf of Mexico "Coastal Zone," and who have or will sustain a legally cognizable loss and/or damages as a result of the events of April 20, 2010. The disposition of the claims asserted herein by the subclass through this class action will be more efficient and will benefit the parties and the Court.

### 2. Predominance of Common Questions of Fact and Law

45.     There is a well-defined community of interest in that the questions of law and fact common to the Shrimper Subclass predominate over questions affecting only individual Shrimper Subclass Members and include, but are not limited to, the following:

a. Whether Defendants caused and/or contributed to the fire, explosion and oil spill;

b. Whether Defendants' actions were negligent;

c. Whether the fire, explosion and oil spill have caused environmental or other damage; and

d. The amount of damages Plaintiff and the Class Members should receive in compensation.

### 3. Typicality

46. Plaintiff and the Shrimper Subclass Members have suffered similar harm as a result of Defendants' actions.

### 4. Adequacy of Representation

47. Plaintiff will fairly and adequately represent and protect the interests of the members of the Shrimper Subclass because his interests do not conflict with the interests of the Shrimper Subclass Members he seeks to represent. Plaintiff has no claims antagonistic to those of the Shrimper Subclass. Plaintiff has retained counsel competent and experienced in complex class actions and environmental litigation.

### 5. Superiority

48. A class action is superior to other available methods for the fair and efficient adjudication of this litigation since individual litigation of the claims of all Shrimper Subclass Members is impracticable. Even if every Shrimper Subclass Member could afford individual litigation, the court system could not. It would be unduly burdensome to this Court in which individual litigation of thousands of cases would proceed. Individual litigation presents a potential for inconsistent or contradictory judgments, and the prospect of a race for the courthouse and an inequitable allocation of recovery among those with equally meritorious claims. Individual litigation increases the expenses and delay to all parties and the court system in resolving the legal and factual issues common to all claims related to the Defendants' conduct alleged herein. By contrast, a class action presents far fewer management difficulties and provides the benefit of a single adjudication, economies of scale, and comprehensive supervision by a single court.

49.     Alternatively, the various claims asserted in the action by Plaintiff and members of the Class and Shrimper Subclass are also certifiable under the provisions of Rules 23(b)(1) and/or 23(b)(3) of the Federal Rules of Civil Procedure because:

a. The prosecution of separate actions by thousands of individual Class and Shrimper Subclass members would create a risk of inconsistent or varying adjudications with respect to individual Class and Shrimper Subclass members, thus establishing incompatible standards of conduct for Defendants;

b. The prosecution of separate actions by individual Class and Shrimper Subclass members would also create the risk of adjudications with respect to them that would, as a practical matter, be dispositive of the interests of the other Class and Shrimper Subclass members who are not parties to such adjudications and would substantially impair or impede their ability to protect their interests; and

c. The questions of law or fact common to the Members of the Class predominate over any questions affecting only individual Members, and that a class action is superior to other available methods for the fair and efficient adjudication of the controversy.

VII.

CAUSES OF ACTION

A. NEGLIGENCE

50.     Plaintiff, on behalf of himself and the Class, Fisherman Subclass Members, and Shrimper Subclass Members, repeat, reiterate, and reallege each and every allegation set forth above with the same force and effect as if copied herein.

51.     The fire, explosion and resulting oil spill was caused by the concurrent negligence of the Defendants.

52.     Upon information and belief, Plaintiff avers that the fire, explosion and resulting oil spill was caused by the joint negligence and fault of the Defendants in the following non-exclusive particulars:

a. Failing to properly operate the Deepwater Horizon;

14

b. Operating the Deepwater Horizon in such a manner that a fire and explosion occurred onboard, causing it to sink and resulting in an oil spill;

c. Failing to properly inspect the Deepwater Horizon to insure that its equipment and personnel were fit for their intended purpose;

d. Acting in a careless and negligent manner without due regard for the safety of others;

e. Failing to promulgate, implement and enforce rules and regulations pertaining to the safe operations of the Deepwater Horizon which, if they had been so promulgated, implemented and enforced, would have averted the fire, explosion, sinking and oil spill;

f. Operating the Deepwater Horizon with untrained and unlicensed personnel;

g. Inadequate and negligent training and hiring of personnel;

h. Failing to take appropriate action to avoid or mitigate the accident;

i. Negligent implementation of policies and procedures to safely conduct offshore operations in the Gulf of Mexico;

j. Employing untrained or poorly trained employees and failing to properly train their employees;

k. Failing to ascertain that the Deepwater Horizon and its equipment were free from defects and/or in proper working order;

l. Failure to timely warn;

m. Failure to timely bring the oil release under control;

n. Failure to provide appropriate accident preventionuipment;

o. Failure to observe and read gauges that would have indicated excessive pressures in the well;

p. Failure to react to danger signs;

q. Providing BOPs that did not work properly;

r. Conducting well and well cap cementing operations improperly;

s. Acting in a manner that justifies imposition of punitive damages; and

t. Such other acts of negligence and omissions as will be shown at the trial of this matter; all of which acts are in violation of state and Federal law applicable on the Outer Continental Shelf.

53. In addition, and in the alternative, the fire, explosion, sinking and resulting oil spill were caused by defective equipment, including the BOPs, which were in the care, custody, and control of Defendants and over which the Defendants had garde. Defendants knew or should have known of these defects and Defendants are, therefore, liable for them.

54. The injuries to Plaintiff and the Class, Fisherman Subclass members and Shrimper Subclass member, were also caused by or aggravated by the fact that Defendants failed to take necessary actions to mitigate the danger associated with their operations.

55. Plaintiff and the Class, Fisherman Subclass and Shrimper Subclass members also specifically plead the doctrine of Res Ipsa Loquitor.

56. Due to Defendants' negligence, Plaintiff has suffered, and continues to suffer from, a loss of profits or impairment of earning capacity due to the injury, destruction, or loss of real property and/or personal property. Plaintiff and the Class, Fisherman Subclass members and Shrimper Subclass members are entitled to a judgment finding Defendants liable to Plaintiff and the Class, Fisherman Subclass members and Shrimper Subclass members for damages suffered as a result of Defendants' negligence and awarding Plaintiff and the Class, Fisherman Subclass members and Shrimper Subclass members adequate compensation therefore in amounts determined by the trier of fact.

B. OIL POLLUTION ACT

57. Plaintiff, on behalf of himself and the Class, Fisherman Subclass members and Shrimper Subclass members, repeats, reiterates, and realleges each and every allegation set forth above with the same force and effect as if fully copied herein.

58. The Oil Pollution Act (33 U.S.C. § 2701, et seq.) imposes liability upon a "responsible party for a ... facility from which oil is discharged...into or upon navigable waters or adjoining shorelines" for the "damages that result from such incident." 33 U.S.C. § 2702.

59.     Section 2702(b)(2)(C) provides for the recovery of "[d]amages for subsistence use of natural resources, which shall be recoverable by any claimant who so uses natural resources which have been injured, destroyed, or lost, without regard to the ownership or management of the resources."

60.     The Coast Guard has already named BP as the responsible party. Therefore, BP is liable pursuant to Section 2702 for all the damages that result from the oil spill.

61.     As a result of the oil spill, Plaintiff and the Class, Fisherman Subclass members and Shrimper Subclass members have not been able to use natural resources (air, water, and potentially the wetlands and other areas and spaces that have and/or may become contaminated by the spilled oil) for their subsistence, and they are entitled to recover from BP, and any other Defendant that is determined to be a responsible party, for such damages in amounts to be determined by the trier of fact.

62.     Section 2702(b)(2)(E) provides for the recovery of "[d]amages equal to the loss of profits or impairment of earning capacity due to the injury, destruction, or loss of real property, personal property, or natural resources, which shall be recoverable by any claimant."

63.     As a result of the oil spill, Plaintiff and the Class, Fisherman Subclass members and Shrimper Subclass members have suffered the type of damages that may be recovered pursuant to Section 2702(b)(2)(E), and they demand compensation therefore from BP, and any other Defendant that is determined to be a responsible party, in amounts to be determined by the trier of fact.

## C. TEXAS PRODUCTS LIABILITY ACT

64.     Plaintiff, on behalf of himself and the Class, Fisherman Subclass members and Shrimper Subclass members, repeat, reiterate, and realleges each and every allegation set forth above with the same force and effect as if fully copied herein.

65.     Plaintiff, on behalf of himself and the Class, Fisherman Subclass members and Shrimper Subclass members, brings claims against Cameron under the Texas Products Liability Act (TEX. CIV. PRAC. & REM. CODE § 82.001, et seq.). Cameron designed, manufactured

17

and/or supplied the defective BOPs that were used on the Oil Rig and failed to operate as intended. Plaintiff, on behalf of himself and the Class, Fisherman Subclass members and Shrimper Subclass members, alleges that these BOPs were defective as manufactured and/or designed and these defects legally caused the explosion, fire and resulting oil spill. Further, Cameron failed to warn the other Defendants that these BOPs would not work as intended.

66. As a result of the oil spill, Plaintiff and the Class, Fisherman Subclass members and Shrimper Subclass members have suffered the type of damages that may be recovered under the Texas Product Liability Act and any other applicable law, and they demand compensation therefore from Cameron in amounts to be determined by the trier of fact.

VIII.

PRAYER FOR RELIEF

67. WHEREFORE, Plaintiff and the Class, Fisherman Subclass members and Shrimper Subclass members demand judgment against Defendants, jointly, severally, and *in solido*, as follows:

a. An order certifying the Class for the purpose of going forward with any one or all of the causes of action alleged herein; appointing Plaintiff as Class and Subclass Representative; and appointing undersigned counsel as counsel for the Class, the Fisherman Subclass and Shrimper Subclass;

b. Economic and compensatory damages in amounts to be determined at trial, but not less than the $5,000,000.00 required by the Class Action Fairness Act that establishes one of this Court's bases of jurisdiction to hear this case;

c. Punitive damages;

d. Pre-judgment and post-judgment interest at the maximum rate allowable by law;

e. Attorneys' fees and costs of litigation;

f. Such other and further relief available under all applicable state and federal laws and any relief the Court deems just and appropriate; and

18

g. A trial by jury as to all Defendants.

Respectfully submitted,

/s/ Ann E. Johnson

**JOHNSON LAW FIRM PC**
Ann E. Johnson
State Bar No. 24032595
Jake Johnson, Of Counsel
State Bar No. 10739000
5000 Caroline Blvd.
Houston, Texas 77004
Telephone: (713) 523-5000
Facsimile: (713) 523-8307
Email: ann@jlftx.com

**ATTORNEYS FOR PLAINTIFFS**

OF-COUNSEL

**KERSHAW, CUTTER & RATINOFF, LLP**
C. Brooks Cutter
Email: bcutter@kcrlegal.com
John R. Parker, Jr.
Email: jparker@kcrlegal.com
401 Watt Avenue
Sacramento, California 95864
Telephone: (916) 448-9800
Facsimile: (916) 669-4499

AND

**LAW OFFICES OF MILTON C. GRIMES**
Milton C. Grimes
3774 West 54th Street
Los Angeles, California 90043
Telephone: (323) 295-3023
Facsimile: (323) 295-3708

19

UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

**Jun 16, 2010**

**FILED**
**CLERK'S OFFICE**

**BEFORE THE JUDICIAL PANEL ON**

**MULTIDISTRICT LITIGATION**

In re:

OIL SPILL BY THE OIL RIG
"DEEPWATER HORIZON" IN THE
GULF OF MEXICO ON APRIL 20, 2010

MDL Docket No. 2179

## CERTIFICATE OF SERVICE

KERSHAW, CUTTER & RATINOFF, LLP
C. Brooks Cutter
John R. Parker, Jr.
401 Watt Avenue
Sacramento, California  95864
Telephone: (916) 448-9800
Facsimile:  (916) 669-4499

Attorneys for Individual and Representative
Plaintiff, *CHARLES J. CONTEGNI, JR., d/b/a*
*CHIPS SHRIMP, INC.*

I, Katie Gradwohl, employed by Kershaw, Cutter & Ratinoff, LLP, do hereby state under penalty of perjury that:

1.     On June 10, 2010, I caused to be served the following papers:

**NOTICE OF FILING OF RELATED ACTION
IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF TEXAS**

2.     On June 10, 2010, I caused those papers to be filed/served electronically (via email) pursuant to Rule 5.1.1 upon:

> **Email: JPMLeFILE@jpml.uscourts.gov**
> **Clerk of the Panel**
> **Judicial Panel on Multidistrict Litigation**
> **Thurgood Marshall Federal, Judicial Building**
> **One Columbus Circle, NE, Room G-255, North Lobby**
> **Washington, D.C.  20002-8004**

3.     On June 10, 2010, I caused those papers to be served via First Class Mail upon:

> **Clerk of the Court**
> **UNITED STATES DISTRICT COURT**
> **SOUTHERN DISTRICT OF TEXAS**
> **P.O. Box 61010**
> **Houston, TX  77208**
>
> **-And-**
>
> **SEE ATTACHED PANEL SERVICE LIST**

Executed on June 10, 2010, at Sacramento, California.

_____
Katie Gradwohl

CERTIFICATE OF SERVICE

## Judicial Panel On Multidistrict Litigation - Panel Service List

**Docket:**       2179 - IN RE: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010
**Status:**       Pending On / /
**Transferee District:**
**Judge:**
**Transferee District Master Docket No.:**

**Report key:  * Signifies that an appearance was made on behalf of the party by the representing attorney.**
**# Specified party was dismissed in some, but not all, of the actions in which it was named as a party.**
**All counsel and parties no longer active in this litigation have been suppressed.**

| ATTORNEY - FIRM | REPRESENTED PARTY(S) |
|---|---|
| **Arsenault, Richard J.**<br>NEBLETT BEARD & ARSENAULT<br>Post Office Box 1190<br><br>Alexandria LA 713091190<br>Phone No.:(318) 487-9874<br>Fax No.:   (318) 561-2591<br>rarsenault@nbalawfirm.com | Bill's Oyster House, LLC* |
| | Dudenherer's Fishing Charters, Inc.* |
| | Olivier, Ronald G.* |
| | Titeline Charter Service, LLC* |
| | Williams, Michael* |
| | Worthman, Nicole* |
| **Barnett, Ryan M.**<br>WHIBBS & STONE PA<br>801 West Romana Street<br><br>Pensacola FL 32502<br>Phone No.:(850) 434-5395<br>Fax No.:   (850) 469-0043<br>ryan@whibbsandstone.com | Bryant, III, Edward R. |
| | Douglass, Annette |
| | Douglass, Charles |
| | Loupe, John Chandler |
| | Loupe, Mary P. |
| **Barr, Brian H.**<br>LEVIN PAPANTONIO THOMAS ET AL<br>316 South Baylen Street<br>Suite 600<br>Pensacola FL 32502<br>Phone No.:(850) 435-7000<br>Fax No.:   (850) 436-6187 | Bay Breeze Aquatics & Dive Center, LLC |

bbarr@levinlaw.com

Joe Patti Seafood Co.

Mega-Bite Inshore Charters

Nichols, Benjamin Marvin

Phan Tran

Premier Island Management Group LLC

Reel Eazy Charters, LLC

Rooks Marina, Inc.

Southern Seafood of Pace, Inc.

---

**Beary, William C.**
ORRILL CORDELL & BEARY LLC
330 Carondolet Street

New Orleans LA 70130
Phone No.:(504) 299-8724
Fax No.:   (504) 299-8735
wcb@ocblaw.com

Cummins, Harold H.*

Ingram, Bay E.*

Kunstler, Joseph A.*

Weil, Jr., Farrel*

---

**Beck, David J.**
BECK REDDEN & SECREST LLP
1221 McKinney Street
Suite 4500
Houston TX 770102010
Phone No.:(713) 951-3700
Fax No.:   (713) 951-3720
brs383@brsfirm.com

Cameron International Corp.*

---

**Becnel, Daniel E.**
BECNEL LAW FIRM LLC
P.O. Drawer H

Reserve LA 70084
Phone No.:(985) 536-1186
Fax No.:   (985) 536-6445
dbecnel@becnellaw.com

Creppel, Isadore

Lyons, Roland Michael*

Picou, Randy John*

Rodrigue, Sr., Brent J.*

Weaver, Donald*

---

**Berman, Steve W.**
HAGENS BERMAN SOBOL SHAPIRO LLP
1918 Eighth Avenue
Suite 3300
Seattle WA 98101
Phone No.:(206) 623-7292
Fax No.:  (206) 623-0594
steve@hbsslaw.com

Brian Howard's Charter Fishing LLC*

---

Walker, Jr., Laurence Emory*

---

**Berniard, Jeffrey P.**
BERNIARD LAW FIRM
643 Magazine Street
Suite 402
New Orleans LA 70130
Phone No.:(504) 527-6225
Fax No.:  (504) 617-6300
jeffberniard@laclaim.com

Friloux, Ethlyn Marie Banquer*

---

Friloux, James J.*

---

**Bickford, Scott R.**
MARTZELL & BICKFORD
338 Lafayette Street

New Orleans LA 70130
Phone No.:(504) 581-9065
Fax No.:  (504) 581-7635
sbickford@mbfirm.com

Roshto (Ind./Per./Rep.-Shane & Her Son, Blaine), Natalie*

---

Williams, Michael*

---

**Bilek, Kelly Cox .**
BILEK LAW FIRM LLP
808 Travis
Suite 802
Houston TX 77002
Phone No.:(713) 227-7720
Fax No.:  (713) 227-9404
kbilek@bileklaw.com

Robin, Lisa*

---

**Bilek, Thomas E.**

808 Travis
Suite 802
Houston TX 77002
Phone No.:(713) 227-7720
Fax No.:  (713) 227-9404
tbilek@bileklaw.com

Robin, III, Charles*

---

**Bracken, Geoffrey H.**
GARDERE WYNNE SEWELL LLP
1000 Louisiana
Suite 3400
Houston TX 77002
Phone No.:(713) 276-5739
Fax No.:  (713) 276-6739
gbracken@gardere.com

M-I, L.L.C.*

---

**Bradford, Bobby J.**
AYLSTOCK WITKIN KREIS & OVERHOLTZ PLLC
803 North Palafox Street

Pensacola FL 35201
Phone No.:(850) 916-7450
Fax No.:  (850) 916-7449

Chiodo, Kristi

---

Harris, John T.

Harris, Nicholas

-------------------------------------------------

**Braud, S. Jacob .**
BALLAY BRAUD & COLON PLC
8114 Highway 23

Belle Chasse LA 70037
Phone No.:(504) 394-9841
Fax No.:   (504) 394-9945
JacobBraud@bbc-law.net

Taliancich, Sr., Bartol John*

-------------------------------------------------

**Brown, Eric B.**

P.O. Box 2765

Houston TX 772522765
Phone No.:
Fax No.:

Transocean, Ltd.

Transocean, Ltd. (Transocean Entity)

-------------------------------------------------

**Bruno, Joseph M.**
BRUNO & BRUNO LLP
855 Baronne Street

New Orleans LA 70113
Phone No.:(504) 525-1335
Fax No.:   (504) 561-6775
jbruno@jbrunobrunolaw.com

Alexie, Jr., Felix*

-------------------------------------------------

**Buzbee, Anthony G.**
BUZBEE LAW FIRM
600 Travis Street
Suite 7300
Houston TX 77002
Phone No.:(713) 223-5393
Fax No.:   (713) 223-5909
tbuzbee@txattorneys.com

Baron, Ned*

Davis, Matthew*

Davis, Stephen*

Haire, Christopher*

Hearn, Robert*

Martinez, Dennis DeWayne*

Moss, Eugene DeWayne*

Nelson (dba Jeri's Seafood, Inc.), Ben*

Nelson (dba Jeri's Seafood, Inc.), Jeri*

Pigg, Samuel Wade*

Sandell, Micah Joseph*

Tipps, Roy*

---------------------------------------------------

**Cabraser, Elizabeth J.**
LIEFF CABRASER HEIMANN & BERNSTEIN LLP
275 Battery Street
29th Floor
San Francisco CA 941113339
Phone No.:(415) 956-1000
Fax No.:   (415) 956-1008
ecabraser@lchb.com

Barnett, Robert*

Bates, Harley D.*

Burger (dba H2O Outfitters), Eddie*

Cajun Maid, LLC*

Food Express, LLC*

Gulf Shores Sea Products, Inc.*

Integrity Fisheries, Inc.*

Kirkland, Morgan*

Ladner, Keath*

Le Discount Seafood, Inc.*

Le, Namthi*

Nguyen, Charity*

Nguyen, Dinh Loc*

Nguyen, Van Kha*

Phasadovong, Souksavanh*

Reel Peace, LLC*

Rodriguez, Sr., Charles V.*

Sea Eagle Fisheries, Inc.*

T&D Fishery, LLC*

Tom Wade, Inc. dba Nautical Yacht*

---------------------------------------------------

**Chiepalich, C. S.**

Jett, George

P.O. Box 6505

Mobile AL 36660
Phone No.:(205) 478-1666
Fax No.:
csc@birch.net

---------------------------------------------

**Clark, Lange .**                                    Carbullido, Jesse*
LAW OFFICE OF LANGE CLARK PC
301 19th Street North
Suite 550
Birmingham AL 35203
Phone No.:(205) 939-3933
Fax No.:   (205) 939-1414
langeclark@mindspring.com

                                                      Gams, Robert Stephen*

                                                      Marine Horizons, Inc.*

---------------------------------------------

**Coffin, Christopher L.**                            Dugas, Eugene B.
PENDLEY BAUDIN & COFFIN LLP
P.O. Drawer 71
24110 Eden Street
Plaquemine LA 70765
Phone No.:(225) 687-6396
Fax No.:   (225) 687-6398
ccoffin@pbclawfirm.com

                                                      Rather Be Fishing Adventures, LLC

---------------------------------------------

**Coleman, Alice W.**                                 Grieshaber, Aleen
BRENT COON & ASSOCIATES
6360 I-55, North
Suite 340
Jackson MS 39211
Phone No.:(601) 957-6177
Fax No.:   (601) 957-6507
alice@bcoonlaw.com

                                                      Grieshaber, James

---------------------------------------------

**Coumanis, Christ N.**                               Drawdy Crab Co., Inc.*
COUMANIS & YORK PC
2101 Main Street

Daphne AL 36526
Phone No.:(251) 990-3083
Fax No.:   (251) 928-8665
coumanis@c-ylaw.com

                                                      Drawdy, Jessica*

                                                      Drawdy, Terry*

                                                      Handsome Crab, Inc.*

                                                      T&J's Last Minute Seafood Express, Inc.*

                                                      United Seafood, Inc. dba D&M Crabs*

---------------------------------------------

**Crump, Martin D.**                                  Barker, Daniel*

1712 15th Street
3rd Floor

Gulfport MS 39501
Phone No.:(228) 863-6000
Fax No.:  (228) 864-0907
martincrump@davis.com

------------------------------------------------
**Dampier, M. Stephen .**
VICKERS RIIS MURRAY & CURRAN LLC
Regions Bank Building
56 Saint Joseph Street11th Floor
Mobile AL 36602
Phone No.:(251) 432-9772
Fax No.:  (251) 432-9781
sdampier@vickersriis.com

Ferguson, Constance*

Ferguson, James*

------------------------------------------------
**Deshazo, Michael .**
KINNEY & ELLINGHAUSEN
1250 Poydras Street
Suite 2450
New Orleans LA 701130
Phone No.:(504) 524-0206
Fax No.:  (504) 525-6216
michaeld@kinneylaw.com

Bayouside Drive Seafood, LLC*

Blanchard, Eric*

Cajun Crab, LLC*

------------------------------------------------
**Discon, Thomas M.**
DISCON LAW FIRM LLC
424 North Causeway Boulevard
Suite A
Mandeville LA 70448
Phone No.:(985) 674-9748
Fax No.:  (985) 674-9749
tdiscon@aol.com

Dumas (dba Living a Dream Guide Service), Eric*

------------------------------------------------
**Dreher, William W.**
DREHER LAW FIRM PA
P.O. Box 968
2224 - 24th Avenue
Gulfport MN 39502
Phone No.:(228) 822-2222
Fax No.:  (228) 822-2626
wwdlaw@bellsouth.net

Baker, Cliff*

Bosarge, Robert*

Hormanski, A.D.*

Jacobs, Lester*

Necaise, J.C.*

Papania, Leonard*

Rowell, Jimmie*

Sevel, Michael D.*

Ship Island Excursions, Inc.*

Townsend, Johnny*

Ware USA, LLC*

Wolcott, Robert*

**Exnicios, Val Patrick .**
LISKA EXNICIOS & NUNGESSER
365 Canal Street
Suite 2290
New Orleans LA 70130
Phone No.:(504) 410-9611
Fax No.:   (504) 410-9937
vpexnicios@exnicioslaw.com

Barisich, George*

**Friedman, Jeffrey E.**
FRIEDMAN LEAK DAZZIO ZULANAS & BOWLING PC
3800 Corporate Woods Drive

Birmingham AL 35242
Phone No.:(205) 278-7000
Fax No.:   (202) 278-7001
jfriedman@friedmanleak.com

Barnes III, Harry M.*

Ben-Rip-J, Inc.*

LP Properties, LLC*

McLeod, Ben*

Necessity Sport Fishing, LLC*

Smith, Jud*

Smith, Sherri*

**Garbin, Vatroslav Jacob .**
LAW OFFICE OF WILLIAM S VINCENT JR
2018 Prytania Street

New Orleans LA 70130
Phone No.:(504) 522-3220
Fax No.:
jacob@wsvjr.com

Capt. Jacob, Inc.

Capt. Marko LLC

Dekovic, Danijel

Europe II Oysters, Inc.

Garbin, Vatroslav

Ivic, Michael

JJs Oysters, LLC

Jurisic, Jakov

Mishos Oyster Co.

Mishos Quality Oysters, LLC

Vinka Ann Co.

----------------------------------------------
**Garner, James M.**
SHER GARNER CAHILL RICHTER KLEIN & HILBERT LLC
909 Poydras Street
28th Floor
New Orleans LA 70112
Phone No.:(504) 299-2100
Fax No.:   (504) 299-2300
jgarner@shergarner.com

Extreme Fishing, LLC*

Wetzel, Troy*

----------------------------------------------
**Garrison, W. Lewis .**
HENINGER GARRISON DAVIS LLC
2224 1st Avenue North

Birmingham AL 35203
Phone No.:(205) 326-3336
Fax No.:   (205) 326-3332
wlgarrison@hgdlawfirm.com

B&B Properties, Inc.*

Caldwell, William*

Fran's On Fifty Nine*

Hopkins, Fran*

Imagine Enterprises I, LLC*

Imagine Enterprises, LLC*

Isbell, Melissa*

Overton Joseph*

Overstreet, Jr., John*

Robertson, Joni*

Salter, Stephen*

Smeraglia, Claude*

Spina, Johnnie*

Spina, Thomas*

--------------------------------------------------

**Gibbs, Darryl M.**
CHHABRA & GIBBS PA
120 North Congress Street
Suite 200
Jackson MS 39201
Phone No.:(601) 948-8005
Fax No.:  (601) 948-8010
dgibbs@cglawms.com

Brame, Margaret Ann

--------------------------------------------------

Daniels, Ronnie

--------------------------------------------------

Duyn, Stacey Van

--------------------------------------------------

Knight, Charles

--------------------------------------------------

Staley, Jessica

--------------------------------------------------

**Godwin, Donald E.**
GODWIN RONQUILLO PC
Renaissance Tower
1201 Elm StreetSuite 1700
Dallas TX 75270
Phone No.:(214) 939-4400
Fax No.:  (214) 760-7332
dgodwin@godwinronquillo.com

Halliburton Co.*

--------------------------------------------------

Halliburton Energy Services, Inc.*

--------------------------------------------------

**Greenwald, Robin L.**
WEITZ & LUXENBERG PC
700 Broadway

New York NY 10003
Phone No.:(212) 558-5802
Fax No.:  (212) 344-5461
rgreenwald@weitzlux.com

Abshire, Brad*

--------------------------------------------------

Allen, Scotty*

--------------------------------------------------

Arratt, Jeffrey*

--------------------------------------------------

Arrington, Sr., Kenneth*

--------------------------------------------------

Baily, Willis*

--------------------------------------------------

Baker, Tyree*

--------------------------------------------------

Ball, Clarence*

--------------------------------------------------

Ball, Darryl S.*

--------------------------------------------------

Ball, Jr., William*

--------------------------------------------------

Ball, William H.*

--------------------------------------------------

Bell, Danny*

Bell, Jerry*

Bell, Joseph*

Bessard, Sr., Chris*

Besteda, Alex*

Betancourt, Enrique A.*

Blevins, Thomas*

Blue, Leroy*

Bonner, Tyrone*

Bosarge, Michael A.*

Mitchell, James Kirk*

Tony Lynn, LLC

Hawkins, John F.
HAWKINS STRACENER & GIBSON PLLC
628 North State Street

Jackson MS 39202
Phone No.:(601) 969-9692
Fax No.:   (601) 914-3580
john@hsglawfirm.net,bridget@hsglawfirm.net

Hopper (Ind./dba Hopper Seafood & Grand Bature Seafood), Paul*

Herman, Russ M.
HERMAN HERMAN KATZ & COTLAR
820 O'Keefe Avenue

New Orleans LA 70113
Phone No.:(504) 581-4892
Fax No.:   (504) 561-6024
rherman@hhkc.com

321 Arabella, LLC. dba Franky and Johnny's Restaurant*

3401 N. Hullen, LLC. dba Tello's Bistro*

A Bar & Grill with a Bite, Inc. dba Crazy Lobster New Orleans LA*

Anderson, Ronnie Lewis*

Cooper, Jr., Acy J.*

Hambone, Inc. dba Zeke's Restaurant*

Harborwalk II, LLC. dba Poppy's Dancin' Iguana*

LACRIOLLO, Inc. dba Poppy's Time Out Sports Bar & Grill*

Mook, Eleanor Robin*

New Orleans Fish House, LLC*

Orlando Village Restaurant LLC dba Poppy's Crazy Lobster Destin*

P.A. Menard, Inc.*

Robin (Ind./Behalf-Oyster Fisheries, Inc., Gulf Quality, Inc. & Clearwater Oyster, Inc.)*

Tumolo Enterprises, Inc. dba Poppy's Seafood Factory*

We Too Inc. dba Eleven 79 Restaurant*

---

**Herman, Stephen J.**

820 O'Keefe Avenue

New Orleans LA 701131116
Phone No.:(504) 581-4892
Fax No.:
sherman@hhkc.com

Johnson, Elton

---

**Hingle, Waldon Michael .**
MICHAEL HINGLE & ASSOCIATES LLC
220 Gause Boulevard
Suite 200P.O. Box 1129
Slidell LA 70459
Phone No.:(985) 641-6800
Fax No.:   (985) 646-1471
servewmh@hinglelaw.com

Carrone, Bryan C.

Landry, Raymond K.

Terrebonne, Robroy J.

---

**Holland, Eric D.**
HOLLAND GROVES SCHNELLER & STOLZE LLC
300 North Tucker Boulevard
Suite 801
St. Louis MO 63101
Phone No.:(314) 241-8111
Fax No.:   (314) 241-5554
eholland@hgsslaw.com

Lavigne, Paul*

Lavigne, Steven*

Walsh, Stacey P.*

---

**Hornsby, Ernest C.**
MORRIS HAYNES INGRAM & HORNSBY
3500 Colonnade Parkway
Suite 100
Birmingham AL 35243
Phone No.:(256) 329-2000
Fax No.:   (256) 329-2015
chornsby@mhhlaw.net

Simpson, George C.

---

**Howard, D. Douglas .**

HOWARD & REED
839 St. Charles Ave.
Suite 306
New Orleans LA 70130
Phone No.:(504) 581-3610
Fax No.:  (504) 581-7509
dhoward@bellsouth.net

Silver, Curtis

---

Sophisticated Lady, LLC

---

**Howard, Phillip Timothy .**
HOWARD & ASSOCIATES PA
8511 Bull Headley Road
Suite 405
Tallahassee FL 32312
Phone No.:(850) 298-4455
Fax No.:   (850) 216-2537
ptim@aol.com

Crawford, Constance

---

Galloway, Jeff

---

Ward, George Weems

---

**Huey, Michael G.**
HUEY LAW FIRM LLC
1059 Dauphin Street

Mobile AL 36604
Phone No.:
Fax No.:

Gonzales, Dr. John

---

Trahan, Shannon

---

**Irvine, George R.**
STONE GRANADE & CROSBY PC
7133 Stone Drive

Daphne AL 36526
Phone No.:(251) 626-6696
Fax No.:   (251) 626-2617
gri@sgclaw.com

Billy's Seafood, Inc.

---

Elkins (Ind./Trustee-Terry L. & Janice M.), Janice M.

---

Elkins (Ind./Trustee-Terry L. & Janice M.), Terry L.

---

Goldsworthy, Richard

---

Goldsworthy, Susan Elkins

---

Gulf Shores West Beach Investments, LLC

---

Pendarvis, Gracie

---

Pendarvis, Robert V.

---

**Jackson, Sidney W.**
JACKSON FOSTER & RICHARDSON LLC
P.O. Box 2225

Mobile AL 36652
Phone No.:
Fax No.:

Mason, Jr. (Ind./Behalf-K&J, Inc.), James F.

---------------------------------------------------

**Jacobs, Darleen Marie .**
JACOBS SARRATT & LOVELACE
823 St. Louis Street

New Orleans LA 70112
Phone No.:(504) 522-3287
Fax No.:
dollyno@aol.com

Levy, Darleen Jacobs

---------------------------------------------------

**Johnson, R. Hayes .**
JOHNSON LAW FIRM PLLC
P.O. Box 717

Long Beach MS 395600717
Phone No.:(228) 388-9316
Fax No.:   (228) 388-4433
rhayesj@aol.com

Nguyen, Bihn Van

Nguyen, Charlie C.

---------------------------------------------------

**Jones, Gladstone N.**
JONES SWANSON HUDDELL & GARRISON LLC
Pan-American Life Center
601 Poydras StreetSuite 2655
New Orleans LA 70130
Phone No.:(504) 523-2500
Fax No.:   (504) 523-2508
gjones@jonesswanson.com

Phillips, John F.*

---------------------------------------------------

**Jones, Rhon E.**
BEASLEY ALLEN CROW METHVIN PORTIS & MILES PC
218 Commerce Street

Montgomery AL 36104
Phone No.:(334) 269-2343
Fax No.:   (334) 954-7555
rhon.jones@beasleyallen.com

Bon Secour Boats, Inc.*

Bon Secour Fisheries, Inc.*

Cotton Bayou Marina, Inc. dba Tacky Jacks Restaurant*

Deupree Outdoor Guide Services, Inc.*

Gulf Crown Seafood, Inc.*

Relax On The Beach, Inc.*

Sandcastle Escapes, L.L.C.*

Sunrise Rentals Enterprises*

---------------------------------------------------

**Kennedy, Richard R.**

309 Polk Street
P.O. Box 3243
Lafayette LA 705023243
Phone No.:(337) 232-1934
Fax No.:   (337) 232-9720
ken309@richardkennedy.com

Rhodes, Karl W.*

---------------------------------------------------

**Kuykendall, Frederick T.**
KUYKENDALL & ASSOCIATES LLC
P.O. Box 2129

Fairhope AL 36533

United Commercial Fisherman's Association, Inc.*

Phone No.:(205) 453-0060
Fax No.:  (205) 453-0042
ftkuykendall@yahoo.com

------------------------------------------------

**Lane, Joseph D.**
COCHRAN CHERRY GIVENS & SMITH
163 West Main Street

Dothan AL 36301
Phone No.:(334) 793-1555
Fax No.:  (334) 793-8280
jlane@cochranfirm.com

Barber, Peter J.*

------------------------------------------------

**Langan, J. Andrew .**
KIRKLAND & ELLIS LLP
300 North LaSalle Street

Chicago IL 60654
Phone No.:(312) 862-2064
Fax No.:  (312) 862-2200
andrew.langan@kirkland.com

BP America Inc.*

BP Exploration & Production, Inc.*

BP Products North America Inc.*

BP, PLC

BP, PLC aka BP

------------------------------------------------

**LeBlanc, J. Burton .**
BARON & BUDD PC
3102 Oak Lawn Avenue
Suite 1100
Dallas TX 75219
Phone No.:(214) 521-3605
Fax No.:  (214) 520-1181
bleblanc@baronbudd.com

Campo, Ernie*

Graf, Robert*

------------------------------------------------

**Lovelace, DeWitt M.**
LOVELACE LAW FIRM PA
12870 U.S. Highway 98 West
Suite 200
Miramar Beach FL 32550
Phone No.:(850) 837-6020
Fax No.:  (850) 837-4093
dml@lovelacelaw.com

Le (dba Bluewater Seafood), Hao Van*

------------------------------------------------

**Lucado, M. Shane .**
LUCADO LAW FIRM
1 Perimeter Park South
Suite 125 S.
Birmingham AL 35243
Phone No.:(205) 278-0025
Fax No.:  (205) 278-0030
slucado@lucadolaw.com

Chenault (Ind./For CMCO, LLC), Ben

Kilgore Realty, LLC*

------------------------------------------------

**Lundy, Matthew E.**
LUNDY LUNDY SOILEAU & SOUTH LLP
501 Broad Street

Lake Charles LA 70601
Phone No.:(337) 439-0707
Fax No.:  (337) 439-1029
mlundy@lundylawllp.com

Billy B, Inc.*

Jo Jo's Seafood, LLC*

---

**Mason, Angela Joy .**
COCHRAN FIRM
163 W. Main Street

Dothan AL 36302
Phone No.:(205) 793-1555
Fax No.:

Bratt (Ind./dba Chaise N'Rays), Gary

---

Bridges (Ind./dba H.R. Bridges Seafood), Randolf

---

Collier, Sr. (Ind./dba P.J. Seafood), Richard M.

---

Hodas (Ind./dba Island Times Mountain Time), Carrie

---

Hodas (Ind./dba Island Times Mountain Time), Kier

---

Meyer, David

---

Miller (Ind./dba The Island Rainbow & The Trading Post) Dennis Benjamin

---

Ponder (Ind./dba Deer River Seafood, LLC), John Samuel

---

**McKee, Robert J.**
KRUPNICK CAMPBELL MALONE BUSER SLAMA ET AL
12 Southeast 7th Street
Suite 801
Ft. Lauderdale FL 33301
Phone No.:(954) 763-8181
Fax No.:   (954) 763-8292
mckee@krupnicklaw.com

Griffitts Investments LP*

---

**Meunier, Gerald E.**
GAINSBURGH BENJAMIN DAVID MEUNIER &
WARSHAUER LLC
2800 Energy Centre
1100 Poydras Street
New Orleans LA 701632800
Phone No.:(504) 522-2304
Fax No.:   (504) 528-9973
gmeunier@gainsben.com

Bass, Frederick*

---

Eckert, Darryl*

---

Elmer, Charles C.*

---

Hayes, Michael*

---

Neumeyer, Jr., Rodney*

---

Nunez, Lena T.*

---

**Miller, Kerry J.**
FRILOT LLC
1100 Poydras Street
Suite 3700
New Orleans LA 70163
Phone No.:(504) 599-8194

Transocean Deepwater, Inc.*

Fax No.:   (504) 599-8145
kmiller@frilot.com

|  | Transocean Offshore Deepwater Drilling, Inc.* |

----------------------------------------

**Morrow, Patrick C.**
MORROW MORROW RYAN & BASSETT
Post Office Drawer 1787

Opelousas LA 70570
Phone No.:(337) 948-4483
Fax No.:   (337) 942-5234
pmorrow@mmrblaw.com

James, Jr., Joseph George*

Schouest, III, Ellis*

----------------------------------------

**Moskowitz, Adam M.**
KOZYAK TROPIN & THROCKMORTON PA
2525 Ponce de Leon Boulevard
9th Floor
Coral Gables FL 33134
Phone No.:(305) 372-1800
Fax No.:   (305) 372-3508
AMM@kttlaw.com

Destin, Dewey*

Edgewater Beach Owner's Association, Inc.*

----------------------------------------

**Neger, Peter C.**
BINGHAM MCCUTCHEN LLP
399 Park Avenue

New York NY 10075
Phone No.:(212) 705-7226
Fax No.:   (212) 702-3616
peter.neger@bingham.com

Anadarko E&P Co., L.P.*

Anadarko Petroleum Corp.*

----------------------------------------

**Nicholas, Steven L.**
CUNNINGHAM BOUNDS LLC
1601 Dauphin Street

Mobile AL 36604
Phone No.:(251) 471-6191
Fax No.:   (251) 479-1031
sln@cunninghambounds.com

Action Outdoors, LLC*

Alabama Gulf Coast Investments, LLC*

Blue Water Yacht Sales & Services, Inc.*

Country, Inc.*

Deep Sea Foods, Inc.*

Fishtrap Charters, LLC*

Fort Morgan Sales, Rentals & Development, Inc.*

Gumbo Properties, LLC*

Happy Harbor, LLC*

Ingram, Jon B.*

Jubilee Seafood, Inc.*

Long, John Forrest*

Malay, Inc.*

Margaritaville, LLC*

Ocean Reef Realty, Inc.*

Orange Beach Marina, Inc.*

Original Oyster House II, Inc.*

Original Oyster House, Inc.*

Oyster Bay Marina, LLA*

Pass Chateau Properties, LLC dba Dauphin Island Marina*

Premium Properties, Inc.*

Prickett Properties, LLC*

Romar Marina Club, LLC*

Salley, Micheal*

Southern Coastal Restaurants, LLC*

Sportsman Fish House, LLC*

Superb Food, Inc.*

T&E Seafood, Inc.*

TNT, LLC*

Wilkerson, Billy*

Wilkerson, Tessa*

----------------------------------------------------

**Norris, John E.**

| | |
|---|---|
| DAVIS & NORRIS LLP<br>The Bradshaw House<br>2154 Highland Avenue South<br>Birmingham AL 35205<br>Phone No.:(205) 930-9900<br>Fax No.:  (205) 930-9989<br>jnorris@davisnorris.com | Burke, Peter* |
| | Junghann, Brenda S.* |
| | Junghann, Jorg M.* |
| | Lykins, Ryan* |
| **Palmintier, Michael C.**<br>DEGRAVELLES PALMINTIER HOLTHAUS & FRUGE LLP<br>618 Main Street<br><br>Baton Rouge LA 70801<br>Phone No.:(225) 344-3735<br>Fax No.:  (225) 344-0522<br>mpalmintier@dphf-law.com | Gregoire, William D.* |
| | Stelly, Toby J.* |
| | Stelly, Veronica G.* |
| **Poynter, Scott E.**<br>EMERSON POYNTER LLP<br>500 President Clinton Avenue<br>Suite 305<br>Little Rock AR 72201<br>Phone No.:(501) 907-2555<br>Fax No.:  (501) 907-2556<br>scott@emersonpoynter.com | Charter Boat Seascape Inc.* |
| | Charter Boat Sunrise Inc.* |
| | Destin Fishing Fleet Inc.* |
| | First Light Enterprises Inc.* |
| | L&H Enterprises, Inc. dba Tackle This Shoot That* |
| | Paul, Gary* |
| **Price, Donald W.**<br>DUE PRICE GUIDRY PIEDRAHITA & ANDREWS<br>8201 Jefferson Highway<br><br>Baton Rouge LA 70809<br>Phone No.:(225) 929-7481<br>Fax No.:  (225) 924-4519<br>dprice@dueprice.com | Duet, Deanna G.* |
| | Duet, Raymond* |
| **Quin, William M.**<br>MCCRANEY MONTAGNET & QUIN PLLC<br>602 Steed Road<br>Suite 200<br>Ridgeland MS 39157<br>Phone No.:(601) 707-5725 | Montagnet, Monica C.* |

Fax No.:   (601) 510-2939
wquin@mmqlaw.com

--------------------------------------------------
**Rash, David C.**
ALTERS BOLDT BROWN RASH & CULMO PA
4141 N.E. 2nd Avenue
Suite 201
Miami FL 33137
Phone No.:(305) 571-8550
Fax No.:   (305) 571-8558
david@abbrclaw.com

Blue Parrott OceanFront Cafe, Inc.*

Captain Salty, Inc.*

G.A. Fish, Inc.*

Grant, John S.*

Greg Abrams Seafood, Inc.*

Lima (aka Captain Shelley Seafood), Steve*

Motor Vessel Captain Carl, Inc.*

Motor Vessel Fishermans Pride, Inc.*

Motor Vessel Lady Evelyn, Inc.*

Motor Vessel Three Brothers, Inc.*

Raffield Fisheries Inc.*

SGI Rentals Inc.*

Tarpon Dock Seafood Market*

WJ2 LLC*

Water Street Seafood, Inc.*

--------------------------------------------------
**Rifkin, Mark C.**
WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLP
270 Madison Avenue

New York NY 10016
Phone No.:(212) 545-4600
Fax No.:   (212) 545-4653
Rifkin@whafh.com

Brondum Jr., Richard C.*

Bundy, Jr., Bill R.*

Johnson, Cynthia*

Richard (dba Richard's Seafood Patio), Calvin J.*

------------------------------------------------
**Ritch, Joseph E.**
WIGINGTON RUMLEY DUNN LLP
800 North Shoreline Boulevard
Suite 1400 South Tower
Corpus Christi TX 78401
Phone No.:(361) 885-7500
Fax No.:   (361) 885-0487

Cajun Offshore Charters, LLC*

Fish Commander, LLC*

------------------------------------------------
**Salas, Camilo K.**
SALAS & CO LC
650 Poydras Street
Suite 1660
New Orleans LA 70130
Phone No.:(504) 799-3080
Fax No.:   (504) 799-3085
csalas@salaslaw.com

Garner, Tom*

------------------------------------------------
**Sexton, K. Edward .**
GENTLE TURNER & SEXTON
2 North 20th Street
Suite 1200
Birmingham AL 35203
Phone No.:(205) 716-3000
Fax No.:
esexton@gtandslaw.com

Lockridge, Captain Edward

------------------------------------------------
**Smith, Stuart H.**
SMITH STAG LLC
365 Canal Street
Suite 2850
New Orleans LA 70130
Phone No.:(504) 593-9600
Fax No.:   (504) 593-9601
ssmith@smithstag.com

Vath, Ray*

------------------------------------------------
**Strange, Brian R.**
STRANGE & CARPENTER
12100 Wilshire Boulevard
Suite 1900
Los Angeles CA 90025
Phone No.:(310) 207-5055
Fax No.:   (310) 826-3210
lacounsel@earthlink.net

Gaskins, Jr., Matthews*

------------------------------------------------
**Taschner, Dana B.**
LANIER LAW FIRM PC
2029 Century Park, East
Suite 1400
Los Angeles CA 90067
Phone No.:(310) 277-5100
Fax No.:   (310) 277-5103
dbt@lanierlawfirm.com

Nova Affiliated, S.A.*

------------------------------------------------
**Tran, Minh Tam .**
TAMMY TRAN LAW FIRM
2915 Fannin Street

Houston TX 77002
Phone No.:(713) 655-0737
Fax No.:   (713) 655-0823
tammytran@sbcglobal.net

National Vietnamese American Fisherman Emergency Association

Nguyen, Nam

Tran, Hung

------------------------------------------------
**Weigel, Alan M.**
BLANK ROME LLP
The Chrysler Building
405 Lexington Avenue
New York NY 101740208

Marine Spill Response Corp.*

Jackson, Kevin M.*

Knecht, Jr., Dennis*

Knecht, Jr., Frederick H.*

Kreger, Jr., Ronald A.*

Kreger, Robert*

Kreger, Ryan A.*

Kreger, Sr., Ronald A.*

Kreger, Sr., Roy*

Lyncker, Williams H.*

Moragas, Shannon D.*

Pomes, Christopher*

Raimer, Allen J.*

Roberts, John C.*

Sander, Jr., Gerald J.*

Schmalz, Charles*

Segrave, Jr., David A.*

Segrave, Michael A.*

Segrave, Sr., David A.*

---------------------------------------------------
**deGravelles, John W.**
DEGRAVELLES PALMINTIER HOLTHAUS & FRUGE LLP
618 Main Street

Baton Rouge LA 708011910
Phone No.:(225) 344-3735
Fax No.:   (225) 408-5339
jdegravelies@dphf-law.com

Jones (Ind./Per./Rep.-Stafford Hess), Michelle M.*