**Jul 27, 2010**

### BEFORE THE JUDICIAL PANEL
### ON MULTIDISTRICT LITIGATION
### MDL NO. 2179

FILED
CLERK'S OFFICE

### In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico

*Actions Related to this Filing on File in Southern District of Texas, Houston Division:*

*Thum Le, et al v. BP, plc, et al*
Civil Action No. 4:10-cv-01970

*Duc Truong Le, et al v. BP, plc, et al*
Civil Action No. 4:10-cv-01971

*Xuan V. Nguyen, et al v. BP, plc, et al*
Civil Action No. 4:10-cv-01968

*Dong Nguyen, et al v. BP plc, et al*
Civil Action No. 4:10-cv-01969

*Shun Chu, et al v. BP, plc, et al*
Civil Action No. 4:10-cv-01972

*Cindy T. Nguyen v. BP, plc, et al*
Civil Action No. 4:10-cv-02030

*Liem V. Do, et al v. BP, plc, et al*
Civil Action No. 4:10-cv-02256

*Thong Tran, et al v. BP, plc, et al*
Civil Action No. 4:10-cv-02254

*Roy Lam, et al v. BP, plc, et al*
Civil Action No. 4:10-cv-02261

*Dan A. Van, et al v. BP plc, et al*
Civil Action No. 4:10-cv-02257

*Ann H. Nguyen, et al v. BP, plc, et al*
Civil Action No. 4:10-cv-02259

*New Actions Related to this Filing on File in Southern District of Texas, Houston Division:*

*Amelia Mai, et al v. BP, plc, et al*
Civil Action No. 4:10-cv-02621

*Tien Le, et al v. BP, plc, et al*
Civil Action No. 4:10-cv-02625

*Tung Vo, et al v. BP, plc, et al*
Civil Action No. 4:10-cv-02622

*Phong Tran, et al v. BP, plc, et al*
Civil Action No. 4:10-cv-02624

*Cheiu Nguyen, et al v. BP, plc, et al*
Civil Action No. 4:10-cv-02625

### INTERESTED PARTY SECOND AMENDED RESPONSE OF PLAINTIFFS
### IN SUPPORT OF MOTION FOR TRANSFER AND
### CONSOLIDATION UNDER 28 U.S.C. § 1407

The undersigned, previously representing 15,474 Plaintiffs in suits filed in the Southern District of Texas, Houston Division, amends this Interested Party Response for a singular purpose: to notify the Court that the undersigned now represents 30,157 Plaintiffs whose claims have been filed in the Southern District of Texas, Houston

1

Division, or in Harris County state court and removed or to be removed to the Southern District of Texas, Houston Division.

The 15,474 Plaintiffs[1] previously filed in the Southern District of Texas, Houston Division hereby seek to amend their "Interested Party Amended Response of Plaintiffs in Support of Motion for Transfer and Consolidation Under 28 U.S.C. § 1407" in order to include the interests of an additional 1,577 Plaintiffs also filed and represented by the undersigned in the Southern District of Texas, Houston Division, and to include the interests of 13,124 Plaintiffs filed in State Court in Harris County, Texas, some of which have already been removed by the defendants to the Southern District of Texas, Houston Division.[2]

For the reasons stated in the original response filed,[3] all 17,051 Plaintiffs in the above referenced actions support transfer and consolidation under 28 U.S.C. § 1407, and respectfully recommend to the Panel that the Deepwater Horizon cases against BP, p.l.c., BP Exploration and Production, Inc., BP America, Inc., BP Products North

---

[1]   Referenced in the above caption as "Actions Related to this Filing."

[2]   Referenced in the above caption as "New Actions Related to this Filing." All original complaints of these additional actions, including a detailed list of all Plaintiffs, are hereto attached as Exhibit A, B, C, D, and E. Additionally, the undersigned recently filed claims on behalf of 7,641 Plaintiffs in *Doanh Tran, et al vs. BP Exploration and Production, Inc. et al*, cause number 2010–45681. Initially, 3,087 Plaintiffs were filed in Harris County in *Tran Ngoc Dung, et al v. BP Exploration and Production, Inc., et al*, cause number 2010-34825. These Plaintiffs, however, have been removed, and are presently stayed in the Southern District of Texas, Houston Division, civil action number 4:10-cv-02129. Likewise, an additional 2,396 Plaintiffs were filed in Harris County in *Cuch Nguyen, et al v. BP Exploration and Production, Inc., et al*, cause number 2010-39428, and have been subsequently removed to the Southern District of Texas, Houston Division, civil action number 4:10-cv-02484, pending a motion to remand.

[3]   This response, entitled "Interested Party Response of Plaintiffs in *Thum Le, et al; Duc Truong Le, et al; Xuan V. Nguyen, et al; Dong Nguyen, et al; Shun Chu, et al; and Cindy T. Nguyen, et al* in Support of Motion for Transfer and Consolidation Under 28 U.S.C. § 1407," is attached as Exhibit F, and Plaintiffs subsequent amendment, entitled "Interested Party Amended Response of Plaintiffs in Support of Motion for Transfer and Consolidation Under 28 U.S.C. § 1407," is attached as Exhibit G.

America, Inc., Transocean, Ltd., Transocean Deepwater, Inc., Transocean Offshore Deepwater Drilling, Inc., Halliburton Energy Services, Inc., and Cameron International Corporation f/k/a Cooper Cameron Corporation be transferred either to the Southern District of Texas, Houston Division, where the majority of defendants named in these actions maintain a principal place of business, or to the Eastern District of Louisiana, where the oil has primarily and first damaged the coastline and many Plaintiffs' commercial fishing operations. In the alternative, Plaintiffs respectfully request that the Panel transfer these suits to another district court with an experienced judge whose docket and energies enable the judge to actively manage the litigation.

Accordingly, the above named Plaintiffs respectfully amend their response in support of motion for transfer and consolidation, and pray that pursuant to 28 U.S.C. § 1407 this Court order the transfer of all related cases for discovery and pretrial purposes to the Southern District of Texas, Houston Division, or to the Eastern District of Louisiana.

Respectfully submitted:

Dated: July 26, 2010

/s/ Mikal C. Watts

Mikal C. Watts
Federal Bar No. 12419
MCWatts@wgclawfirm.com

J. Hunter Craft
Federal Bar No. 24377
HCraft@wgclawfirm.com

Emily C. Jeffcott
Federal Bar No. 1069933
EJeffcott@wgclawfirm.com

WATTS GUERRA CRAFT LLP
2506 North Port Avenue

Corpus Christi, Texas 78401
Phone:  361-693-3100
Fax:      361-882-1261

*Attorneys for Plaintiffs in the followings actions:*

> *Liem V. Do, et al v. BP, plc, et al*
> Civil Action No. 4:10-cv-02256
>
> *Thong Tran, et al v. BP, plc, et al*
> Civil Action No. 4:10-cv-02254
>
> *Roy Lam, et al v. BP, plc, et al*
> Civil Action No. 4:10-cv-02261
>
> *Dan A. Van, et al v.BP plc, et al*
> Civil Action No. 4:10-cv-02257
>
> *Ann H. Nguyen, et al v. BP, plc, et al*
> Civil Action No. 4:10-cv-02259
>
> *Thum Le, et al v. BP, plc, et al*
> Civil Action No. 4:10-cv-01970
>
> *Duc Truong Le, et al v. BP, plc, et al*
> Civil Action No. 4:10-cv-01971
>
> *Xuan V. Nguyen, et al v. BP, plc, et al*
> Civil Action No. 4:10-cv-01968
>
> *Dong Nguyen, et al v.BP plc, et al*
> Civil Action No. 4:10-cv-01969
>
> *Shun Chu, et al v. BP, plc, et al*
> Civil Action No. 4:10-cv-01972
>
> *Cindy T. Nguyen v. BP, plc, et al*
> Civil Action No. 4:10-cv-02030
>
> *Amelia Mai, et al v. BP, plc, et al*
> Civil Action No. 4:10-cv-02621
>
> *Tien Le, et al v. BP, plc, et al*
> Civil Action No. 4:10-cv-02625
>
> *Tung Vo, et al v. BP, plc, et al*
> Civil Action No. 4:10-cv-02622
>
> *Phong Tran, et al v. BP, plc, et al*

Civil Action No. 4:10-cv-02624

*Cheiu Nguyen, et al v. BP, plc, et al*
Civil Action No. 4:10-cv-02625



7/23/10 12:11 PM

302246
FL

## Complaints and Other Initiating Documents
4:10-cv-02619 LE, ET AL v. BP, PLC et al

### U.S. District Court

### SOUTHERN DISTRICT OF TEXAS

**Notice of Electronic Filing**

The following transaction was entered by Watts, Mikal on 7/23/2010 at 12:11 PM CDT and filed on 7/23/2010

| | |
|---|---|
| **Case Name:** | LE, ET AL v. BP, PLC et al |
| **Case Number:** | 4:10-cv-02619 |
| **Filer:** | TIEN LE, ET AL |
| **Document Number:** 1 | |

UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

**Jul 27, 2010**

FILED
CLERK'S OFFICE

**Docket Text:**
**COMPLAINT against BP America, Inc., BP Exploration and Production, Inc., BP Products North America, Inc., BP, PLC, Cameron International Corporation, Halliburton Energy Services, Inc., Transocean Deepwater, Inc., Transocean Offshore Deepwater Drilling, Inc., Transocean, Ltd. (Filing fee $ 350 receipt number 0541-6688207) filed by TIEN LE, ET AL. (Attachments: # (1) Exhibit Ex A, # (2) Civil Cover Sheet)(Watts, Mikal)**

**4:10-cv-02619 Notice has been electronically mailed to:**

Mikal C Watts    mcwatts@wgclawfirm.com, gpalmer@wgclawfirm.com

**4:10-cv-02619 Notice has not been electronically mailed to:**

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1045387613 [Date=7/23/2010] [FileNumber=11109202-0] [142243fd0a3a69e5f2ca24aa6bdf76d6496da85b762387b4ae5f82f8235859aab2 0a70abf196fb91a6ef05ca17580ad854e4ab57e96260ff9d51bfc2ef77763c]]
**Document description:** Exhibit Ex A
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1045387613 [Date=7/23/2010] [FileNumber=11109202-1] [3fd5d22eb0876d73ce0ab01be6d0332f185f5cc8077c4171c89f2afe9c3b0390d1 fa5c13e834eb9af0670a06855845a92383dee797e8900ad4580cc181a4970e]]
**Document description:** Civil Cover Sheet
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1045387613 [Date=7/23/2010] [FileNumber=11109202-2] [96f203e8f3b3d1ee2a9e407c3d324394427411b533c611a028569fe49dfd6a4bfe f2900dc82fda120c73c771b915225afd834a6c1243c9e22a7240479ebcf9a2]]



From: paygovadmin@mail.doc.twal.gov
Subject: **Pay.Gov Payment Confirmation**
Date: July 23, 2010 12:11:19 PM CDT
To: "gpalmer@wgclawfirm.com" <gpalmer@wgclawfirm.com>

THIS IS AN AUTOMATED MESSAGE. PLEASE DO NOT REPLY.

Your transaction has been successfully completed.

Transaction Summary

Application Name: TXSD CM ECF
Pay.gov Tracking ID: 251698TC
Agency Tracking ID: 0541-6688207

Account Holder Name: Ryan L Thompson
Transaction Type: Sale
Transaction Amount: S350.00
Billing Address: 4 Dominion Drive, Building 3
Billing Address 2: suite 100
City: San Antonio
State/Province: TX
Zip/Postal Code: 78257
Country: USA
Card Type: American Express
Card Number: ***********1128
Transaction Date: Jul 23, 2010 1:11:19 PM

From: DCECF_LiveDB@txs.uscourts.gov
Subject: **Activity in Case 4:10-cv-02619 LE, ET AL v. BP, PLC et al Complaint**
Date: July 23, 2010 12:11:34 PM CDT
To: DC_Notices@txs.uscourts.gov

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.

***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

## U.S. District Court

## SOUTHERN DISTRICT OF TEXAS

### Notice of Electronic Filing

The following transaction was entered by Watts, Mikal on 7/23/2010 at 12:11 PM CDT and filed on 7/23/2010
**Case Name:** LE, ET AL v. BP, PLC et al
**Case Number:** 4:10-cv-02619
**Filer:** TIEN LE, ET AL
**Document Number:** 1

### Docket Text:
COMPLAINT against BP America, Inc., BP Exploration and Production, Inc., BP Products North America, Inc., BP, PLC, Cameron International Corporation, Halliburton Energy Services, Inc., Transocean Deepwater, Inc., Transocean Offshore Deepwater Drilling, Inc., Transocean, Ltd. (Filing fee $ 350 receipt number 0541-6688207) filed by TIEN LE, ET AL. (Attachments: # (1) Exhibit Ex A, # (2) Civil Cover Sheet)(Watts, Mikal)

### 4:10-cv-02619 Notice has been electronically mailed to:

Mikal C Watts   mcwatts@wgclawfirm.com, gpalmer@wgclawfirm.com

### 4:10-cv-02619 Notice has not been electronically mailed to:

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1045387613 [Date=7/23/2010] [FileNumber=11109202-0] [142243fd0a3a69e5f2ca24aa6bdf76d6496da85b762387b4ae5f82f8235859aab2 0a70abf196fb91a6ef05ca17580ad854e4ab57e96260ff9d51bfc2ef77763c]]
**Document description:**Exhibit Ex A
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1045387613 [Date=7/23/2010] [FileNumber=11109202-1] [3fd5d22eb0876d73ce0ab01be6d0332f185f5cc8077c4171c89f2afe9c3b0390d1 fa5c13e834eb9af0670a06855845a92383dee797e8900ad4580ce181a4970e]]
**Document description:**Civil Cover Sheet
**Original filename:**n/a
**Electronic document Stamp:**

[STAMP dcecfStamp_ID=1045387613 [Date=7/23/2010] [FileNumber=11109202-2] [96f203e8f3b3d1ee2a9e407c3d324394427411b533c611a028569fe49dfd6a4bfe f2900dc82fda120c73c771b915225afd834a6e1243c9e22a7240479ebef9a2]]

IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| TIEN LE, ET AL; § | |
| § | |
| Plaintiffs, § | |
| § | |
| vs. § | |
| § | |
| BP, P.L.C.; BP EXPLORATION AND § | Civil Action No. |
| PRODUCTION, INC.; BP AMERICA, § | |
| INC.; BP PRODUCTS NORTH § | JURY TRIAL REQUESTED |
| AMERICA, INC.; TRANSOCEAN, LTD.; § | |
| TRANSOCEAN DEEPWATER, INC.; § | |
| TRANSOCEAN OFFSHORE § | |
| DEEPWATER DRILLING, INC.; § | |
| HALLIBURTON ENERGY SERVICES, § | |
| INC.; AND CAMERON § | |
| INTERNATIONAL CORPORATION § | |
| F/K/A COOPER CAMERON § | |
| CORPORATION; § | |
| § | |
| Defendants. § | |

## PLAINTIFFS' ORIGINAL COMPLAINT

TO THE HONORABLE JUDGE OF SAID COURT:

Plaintiffs, Tien Le and all individuals named in Exhibit A, attached hereto, file this their Original Petition against Defendants BP, p.l.c.; BP Exploration and Production, Inc.; BP America, Inc.; BP Products North America, Inc.; Transocean, Ltd.; Transocean Deepwater, Inc.; Transocean Offshore Deepwater Drilling, Inc.; Halliburton Energy Services, Inc. and Cameron International Corporation f/k/a Cooper Cameron Corporation; and in support of their causes of action, respectfully show the following:

## I.
## PARTIES

### A. Plaintiffs

1.1    Plaintiffs Tien Le and all individuals named in Exhibit A, attached hereto, are commercial fisherman, including oystermen and shrimpers, who own or work on

commercial fishing boats that operate in the area affected by Defendants' conduct. Plaintiffs are and were citizens of the State of Florida at all times relevant to this lawsuit.

## B. Defendants

1.2     Defendant BP p.l.c. is a foreign corporation doing business in Texas, and is incorporated under the laws of England. Service of process on Defendant BP p.l.c. is proper through the means authorized by the Hague Convention On the Service Abroad of Judicial Extrajudicial Docs in Civil or Commercial Matters.

1.3     Defendant BP Exploration and Production, Inc. is a foreign corporation doing business in Texas and maintains its principal place of business in the Southern District of Texas at 501 Westlake Park Boulevard, Houston, Texas 77079. Defendant BP Exploration and Production Inc. may be served with process through its registered agent for service C T Corporation System, at 350 North St. Paul Street, Dallas, Texas 75201.

1.4     Defendant BP America, Inc. is a foreign corporation doing business in Texas and maintains its principal place of business in the Southern District of Texas at 501 Westlake Park Boulevard, Houston, Texas 77079. Defendant BP America, Inc. may be served with process through its registered agent for service C T Corporation System, at 350 North St. Paul Street, Dallas, Texas 75201.

1.5     Defendant BP North America, Inc. is a foreign corporation doing business in Texas and maintains its principal place of business in the Southern District of Texas at 501 Westlake Park Boulevard, Houston, Texas 77079. Defendant BP Products North America, Inc. may be served with process through its registered agent for service C T Corporation System, at 350 North St. Paul Street, Dallas, Texas 75201.

1.6     Defendant Transocean, Ltd. is a foreign corporation doing business in

Texas, and is incorporated under the laws of Switzerland. Service of process on Defendant Transocean, Ltd. is proper through the means authorized by the Hague Convention On the Service Abroad of Judicial Extrajudicial Docs in Civil or Commercial Matters.

1.7    Defendant Transocean Deepwater, Inc. is a foreign corporation doing business in Texas and maintains its principal place of business in the Southern District of Texas at 4 Greenway Plaza, Houston, Texas 77046.    Defendant Transocean Deepwater, Inc. may be served with process by and through their counsel of record: Frank A. Piccolo, Wesleyan Tower, 24 Greenway Plaza, Ste. 2050, Houston, Texas 77046.

1.8    Defendant Transocean Offshore Deepwater Drilling, Inc. is a foreign corporation doing business in Texas and maintains its principal place of business in the Southern District of Texas at 4 Greenway Plaza, Houston, Texas 77046. Defendant Transocean Offshore Deepwater Drilling, Inc. may be served with process by and through their counsel of record: Frank A. Piccolo, Wesleyan Tower, 24 Greenway Plaza, Ste. 2050, Houston, Texas 77046.

1.9    Defendant Halliburton Energy Services, Inc. is a foreign corporation doing business in Texas. Defendant Halliburton Energy Services, Inc. (hereinafter referred to as "Halliburton") may be served with process through their registered agent for service: CT Corporation System, 350 N. St. Paul Street, Ste. 2900, Dallas, Texas 75201.

1.10    Defendant Cameron International Corporation f/k/a Cooper Cameron Corporation (hereinafter referred to as "Cameron") is a foreign corporation doing business in Texas and maintains it principal place of business in the Southern District of Texas at 1333 West Loop S # 1700 Houston, Texas 77027. Defendant Cameron may be served with process through its registered agent for service: CT Corporation System,

3

350 N. St. Paul Street, Dallas, Texas 75201.

## II.
## JURISDICTION AND VENUE

2.1     Jurisdiction is appropriate in this Court by virtue of 28 U.S.C. § 1332(d)(3) and the Class Action Fairness Act ("CAFA"). At least one Plaintiff is a citizen of a different state than at least one Defendant, and the aggregated amount in controversy in this action exceeds five million dollars, ($5,000,000), exclusive of interest and costs.

2.2     Venue is proper in the Southern District of Texas under 28 U.S.C. § 1391(a)(3) as this is a judicial district where at least one defendant is subject to personal jurisdiction at the time the action accrued.

2.3     This Court has personal jurisdiction over Defendants because they have substantial and continuous contacts with this district so as to satisfy both general and specific minimum contact, and exercising jurisdiction over Defendants does not offend the traditional notions of fair play and substantial justice.

## III.
## FACTUAL ALLEGATIONS

3.1     Upon information and belief, BP, p.l.c., BP Production and Exploration, Inc., BP Products North America, Inc., and BP America, Inc. (hereinafter collectively referred to as "BP") are the holders of an an oil and gas lease granted by the Minerals Management Service.   BP leased Deepwater Horizon, a semi-submersible mobile drilling rig, from its owners/operators Transocean, Ltd., Transocean Offshore Deepwater Drilling, Inc., and Transocean Deepwater, Inc. (hereinafter collectively referred to as "Transocean") to drill a well pursuant to the above mentioned lease.

3.2     Upon information and belief, on April 20, 2010 at approximately 10 p.m., an explosion and fire occurred on Deepwater Horizon, resulting in the sinking of the

4

semi-submersible mobile drilling rig. Prior to the explosion, Defendant Halliburton was engaged by BP and Transocean to conduct cementing operations on the well. Although Halliburton had stated that it completed the final stage of cementation and integrity tests had been performed on the well, in fact, at the time of the explosion, placement of a final cement casing plug had not yet occurred.

3.3    Upon information and belief, after the explosion, the blowout preventer ("BOP"), a wellhead safety device manufactured by Cameron and used to seal pipes carrying subsea oil and gas, failed to properly engage and prevent the uncontrolled release of oil into the Gulf of Mexico.

3.4    Upon information and belief, the explosion and blowout preventer failure commenced an oil spill that has resulted in the daily release of approximately 12,000 to 19,000 barrels of oil per day into the Gulf of Mexico. The size of the Deepwater Horizon oil plume has eclipsed ExxonValdez to become the largest oil spill in United States history.

3.5    Defendants knew of the dangers of deep water drilling, and the incidents described above were caused by the combined negligence of all named Defendants, rendering them jointly, severally and *in solido* liable to Plaintiffs.

## IV.
## NEGLIGENCE – ALL DEFENDANTS

4.1    Plaintiffs incorporate by reference all preceding paragraphs as if fully set forth herein and further allege as follows:

4.2    Defendants were, directly or indirectly, negligent in the operation of the Deepwater Horizon in the Gulf of Mexico, and have negligently discharged millions of barrels of oil into the waters of the Gulf of Mexico. The resulting widespread contamination from the oil spill has devastated the economic livelihood of Plaintiffs.

4.3    Deepwater Horizon, its pipes, casing, the well it was drilling, and all of the related equipment and materials, including its safety and spill prevention devices, were in the care, custody, and control of Defendants at the time of the incidents giving rise to this action.

4.4    Defendants owed a duty of reasonable care to Plaintiffs to exercise reasonable care in the design, construction, operation, management, use, maintenance, and inspection of Deepwater Horizon, its pipes, casings, the well it was drilling, and all of the related equipment and materials, including its safety and spill prevention measures and devices.

4.5    Defendants, through their agents, servants and employees, further breached their duty by:

> a.    Failing to properly operate the Deepwater Horizon;
>
> b.    Failing to properly inspect the Deepwater Horizon to assure that its equipment were operable and fit for their intended purpose;
>
> c.    Failing to ascertain that the Deepwater Horizon and its equipment were free from defects or in proper working order;
>
> d.    Failing to implement policies and procedures to safely conduct offshore operations in the Gulf of Mexico;
>
> e.    Failing to promulgate, implement and enforce rules and regulations pertaining to the safe operations of the Deepwater Horizon which, if they had been so promulgated, implemented and enforced, would have averted the fire, explosion, sinking and oil spill;
>
> f.    Failing to appropriately hire and adequately train personnel charged with operating Deepwater Horizon;

6

Florida Commercial Fisherman – 3

g.   Failing to timely bring the oil release under control;

h.   Failing to timely warn of the release of oil;

i.   Failing to properly respond to the release and take necessary actions to mitigate the danger surrounding community; and

j.   Such other acts of negligence and omissions as will be shown at the trial of this matter.

4.6   In the alternative, Plaintiff, reiterating and realleging each and every allegation set forth above, avers the applicability of the doctrine of *res ipsa loquitur*.

## V.
## GROSS NEGLIGENCE – BP & TRANSOCEAN

5.1   Plaintiffs incorporate by reference all preceding paragraphs as if fully set forth herein and further allege as follows:

5.2   BP and Transocean committed not only the acts and omissions of negligence enunciated above, but also acts of gross negligence, which are a proximate cause of the economic injuries sustained by Plaintiffs, and for which Plaintiffs are entitled to recover punitive damages, pursuant to Florida Statute § 768.72.

5.3   BP and Transocean knew that their actions and omissions created unsafe and hazardous conditions. BP and Transocean did nothing to remedy the unsafe conditions even though they had knowledge of them prior to the incident. BP and Transocean's acts and omissions in this regard, when viewed objectively from the standpoint of BP and Transocean, involved an extreme degree of risk, considering the probability and magnitude of potential harm to others. BP and Transocean had actual, subjective awareness of the risk involved, but nevertheless proceeded with conscious indifference to the rights, safety, or welfare of others, including Plaintiffs.

## VI.

## STRICT LIABILITY FOR ABNORMALLY DANGEROUS
## ACTIVITY – ALL DEFENDANTS

6.1     Plaintiffs incorporate by reference all preceding paragraphs as if fully set forth herein and further allege as follows:

6.2     Deepwater Horizon drilling operations involved abnormally dangerous activities and:

     a.     such activities created a high degree of risk of harm to Plaintiffs;

     b.     such activities involved a likelihood that the harm threatened by Defendants' conduct would be great;

     c.     such activities involved practices not common nor prevalent in Florida; and

     d.     any value of such activities was outweighed by the abnormal risk of harm and actual harm suffered by Plaintiffs.

6.3     Defendants were involved in abnormally dangerous activities because Defendants' operations created an abnormal risk of physical harm to the natural resources of the Gulf Coast, coastal and shore areas, and contiguous environments. The physical harm is characteristic of the risk posed by Defendants' operations, which has been suffered as a result of the Deepwater Horizon oil plume.

### VII.
## VIOLATION OF FLORIDA STATUTE § 376.302 – ALL DEFENDANTS

7.1     Plaintiffs incorporate by reference all preceding paragraphs as if fully set forth herein and further allege as follows:

7.2     Defendants' conduct constitutes a violation of Florida Statute § 376.302(1)(a), as a discharge of pollutants or hazardous substances into or upon the

surface waters of the state or lands of Florida, as defined by Florida Statutes §§ 376.301(10); 376.301(11); and 376.301(13).

7.3    Defendants had a statutory duty to Plaintiffs to design, construct, operate, manage, use, maintain, and inspect the Deepwater Horizon, its pipes, casings, the well it was drilling, and all of the related equipment and materials, including its safety and spill prevention measures and devices, such that pollutants and hazardous substances were not discharged into and upon the surface waters and coastal areas of Florida.

7.4    Pursuant to Florida Statute § 376.313(3), Defendants are strictly liable to Plaintiffs as a result of their conduct which cause the prohibited discharge of pollutants or hazardous substances.

## VIII.
## STRICT LIABILITY FOR PRODUCT DEFECT - CAMERON

8.1    Plaintiffs incorporate by reference all preceding paragraphs as if fully set forth herein and further allege as follows:

8.2    At all times relevant hereto, Defendant Cameron designed, manufactured and supplied the defective BOP that was used on Deepwater Horizon and failed to operate as intended. Plaintiffs allege that this BOP was defective as manufactured and designed and this defect was a proximate cause of the Deepwater Horizon oil spill and the economic injuries sustained by Plaintiffs. Further, Cameron failed to warn the other Defendants that this BOP would not work as intended.

## IX.
## OIL POLLUTION ACT

9

9.1     In addition to the state claims alleged herein, Plaintiffs anticipate that they will ultimately assert claims under the Oil Pollution Act, 33 U.S.C. § 2701 et seq., but such claims are not yet ripe.

## X.
## DAMAGES

10.1     Prior to the incident described above, the Gulf of Mexico was one of the most prolific fishing grounds for Plaintiffs and was the source of large quantities of, among other species, Red Snapper and Grouper. As a result of the above described incidents, the fisheries and other natural resources in the Gulf of Mexico have been harmed to the extent that Plaintiffs are prevented from commercially fishing in the Gulf of Mexico, and Plaintiffs have sustained economic harm in the form of lost profits or impairment of earning capacity.

10.2     Plaintiffs are entitled to recover such economic damages for this and future economic harm, and are also entitled to recover damages against Cameron compensable for its defective design.

## XI.
## PUNITIVE DAMAGES

11.1     Because BP and Transocean are guilty of gross negligence, they should have punitive damages assessed against them in an amount deemed appropriate by the jury.

## XII.
## JURY DEMAND

12.1     Plaintiffs request a trial by jury.

## XIII.
## PRAYER

13.1 WHEREFORE, PREMISES CONSIDERED, Plaintiffs pray that Defendants be cited to appear and answer herein, that this cause be set down for trial before a jury, and that Plaintiffs recover judgment of and from Defendants for their damages, in such amount as the evidence may show and the jury may determine to be proper, together with pre-judgment interest and post-judgment interest, costs of suit, and such other and further relief to which Plaintiffs may show to be entitled, whether at law or in equity.

Respectfully submitted:

/s/ Mikal C. Watts

Mikal C. Watts
State Bar No. 20981820
Federal Bar No. 12419
MCWatts@wgclawfirm.com

ATTORNEY IN CHARGE

J. Hunter Craft
State Bar No. 24012466
Federal Bar No. 24377
HCraft@wgclawfirm.com

Emily C. Jeffcott
State Bar No. 24069993
Federal Bar No. 1069933
EJeffcott@wgclawfirm.com

ATTORNEYS FOR PLAINTIFF

OF COUNSEL:

WATTS GUERRA CRAFT LLP
2506 North Port Avenue
Corpus Christi, Texas 78401
Phone: 361-693-3100
Fax: 361-882-1261

# Exhibit A

| Case ID | Client Name | County | ST |
|---------|-------------|--------|-----|
| 257154 | Tien Le | Bay | FL |
| 266278 | Oai Bui | Bay | FL |
| 281211 | Vu Ngoc Huong | Bay | FL |
| 288289 | Jason Nguyen | Bay | FL |
| 288347 | Thao Nguyen | Bay | FL |
| 288362 | Minh Nguyen | Bay | FL |
| 260325 | Mike Chu | Broward | FL |
| 260331 | Steven B Phan | Broward | FL |
| 277201 | Tam Tran | Collier | FL |
| 280030 | Jack Dang | Collier | FL |
| 288622 | Laura Nguyen | Columbia | FL |
| 275893 | Ben Tran | Duval | FL |
| 265844 | Tuan Q. Vu | Escambia | FL |
| 266230 | Alexander Q Bui | Escambia | FL |
| 281026 | Long Vo | Escambia | FL |
| 281027 | Don Le | Escambia | FL |
| 281080 | Thien Van Vu | Escambia | FL |
| 281129 | Khanh Cong Nguyen | Escambia | FL |
| 281130 | Sang Nguyen | Escambia | FL |
| 281131 | Mai Thi Huynh | Escambia | FL |
| 288216 | Viet Nguyen | Escambia | FL |
| 288218 | Lilly Tran | Escambia | FL |
| 288220 | Chau Tran | Escambia | FL |
| 288223 | Van Ngo | Escambia | FL |
| 288240 | Em Nguyen | Escambia | FL |
| 288243 | Thi Ho | Escambia | FL |
| 288257 | Van Ngo | Escambia | FL |
| 288259 | Dung Tran | Escambia | FL |
| 288268 | Hoang Nguyen | Escambia | FL |
| 288269 | Hoang Nguyen | Escambia | FL |
| 288288 | Jennifer Nguyen | Escambia | FL |
| 288299 | Chung Vo | Escambia | FL |
| 288317 | Quang Ho | Escambia | FL |
| 288318 | Het Tran | Escambia | FL |
| 288334 | Phan Tran | Escambia | FL |
| 288509 | Rose Nguyen | Escambia | FL |
| 288510 | Quoc Nguyen | Escambia | FL |
| 288618 | Thi Nhuong Binh | Escambia | FL |
| 288689 | Lisa Chea | Escambia | FL |
| 288690 | Nhi Tran | Escambia | FL |
| 288713 | Thanh Hang Nguyen | Escambia | FL |
| 256271 | Allen Kim | Hillsborough | FL |
| 257137 | Bich T Trinh | Hillsborough | FL |
| 257302 | Khan H Le | Hillsborough | FL |
| 257356 | Tommy Ty Tran | Hillsborough | FL |
| 257393 | Trang Thai Le | Hillsborough | FL |

# Exhibit A

| Case ID | Client Name | County | ST |
|---------|-------------|--------|-----|
| 257394 | Richard C Le | Hillsborough | FL |
| 260409 | Con T Lam | Hillsborough | FL |
| 266261 | Kenny T Duong | Hillsborough | FL |
| 268813 | Hiep T Nghiem | Hillsborough | FL |
| 268823 | Anh H Luu | Hillsborough | FL |
| 275170 | Thein L Dang | Hillsborough | FL |
| 275275 | Lam H Dinh | Hillsborough | FL |
| 276008 | Dan Trinh | Hillsborough | FL |
| 277040 | Hien T Chuong | Hillsborough | FL |
| 277792 | Anh M Nguyen | Hillsborough | FL |
| 277924 | Binh Truong | Hillsborough | FL |
| 278664 | Chau H Dinh | Hillsborough | FL |
| 279605 | Dat V Dang | Hillsborough | FL |
| 288360 | Nam Nguyen | Jackson | FL |
| 275118 | Julio Chu | Lee | FL |
| 281093 | Can Nguyen | Leon | FL |
| 281139 | Uyen T Nguyen | Leon | FL |
| 281140 | Tang Nguyen | Leon | FL |
| 281209 | Vet Yu | Leon | FL |
| 281239 | Son Vuong | Leon | FL |
| 274279 | Chien Le | Manatee | FL |
| 274288 | Son V Vo | Manatee | FL |
| 274297 | Nhon T Vo | Manatee | FL |
| 274308 | Tuan Nguyen | Manatee | FL |
| 274352 | Jim Doan | Manatee | FL |
| 274361 | Grey Duc Dung | Manatee | FL |
| 274374 | Phuong Le | Manatee | FL |
| 274395 | Thoi Quan Duong | Manatee | FL |
| 274397 | Linh Phomg Dang | Manatee | FL |
| 274398 | Thomas Tuy Dang | Manatee | FL |
| 274400 | Thuan T Le | Manatee | FL |
| 274414 | Quang Tho Duong | Manatee | FL |
| 274419 | Trao My Doan | Manatee | FL |
| 274434 | Quynh Lam | Manatee | FL |
| 274435 | Rolando Lam | Manatee | FL |
| 274444 | Lee Nguyen | Manatee | FL |
| 274446 | Nga Nguyen | Manatee | FL |
| 274462 | Peter Le | Manatee | FL |
| 274471 | Hoang Quan Doan | Manatee | FL |
| 274474 | Johnny Tien Le | Manatee | FL |
| 274475 | Luc Nguyen | Manatee | FL |
| 274481 | Tony L Le | Manatee | FL |
| 278441 | Nicholas Luu | Manatee | FL |
| 280026 | John J Le. | Manatee | FL |
| 281539 | Ky Thai Lam | Manatee | FL |
| 281568 | Mabel Phi Lam | Manatee | FL |

# Exhibit A

| Case ID | Client Name | County | ST |
|---|---|---|---|
| 281240 | Christina Huynh | Okaloosa | FL |
| 288215 | Hung Ho | Okaloosa | FL |
| 288681 | Hien Nguyen | Okaloosa | FL |
| 273550 | Huey Nguyen | Orange | FL |
| 274135 | Thonh Thach | Orange | FL |
| 274273 | Ca M Ta | Orange | FL |
| 274274 | Binh Ton | Orange | FL |
| 274275 | Banh T Ton | Orange | FL |
| 274276 | Canh T Ton | Orange | FL |
| 274277 | Cam N Ton | Orange | FL |
| 274278 | Chris T Ton | Orange | FL |
| 274283 | Trang N Ha | Orange | FL |
| 274285 | Minh Le | Orange | FL |
| 274287 | Mike Le | Orange | FL |
| 274293 | Nga T Le | Orange | FL |
| 274296 | Nam Le | Orange | FL |
| 274300 | Matthew V Le | Orange | FL |
| 274302 | Nam Le | Orange | FL |
| 274304 | My H Le | Orange | FL |
| 274307 | Han M Le | Orange | FL |
| 274311 | Nick Le | Orange | FL |
| 274315 | Ngu V Le | Orange | FL |
| 274317 | Ngan T Le | Orange | FL |
| 274321 | Minh T Le | Orange | FL |
| 274324 | Duc Nguyen | Orange | FL |
| 274325 | Sang V Le | Orange | FL |
| 274328 | Thach Le | Orange | FL |
| 274329 | Phuc T Le | Orange | FL |
| 274330 | Vinh T Nguyen | Orange | FL |
| 274331 | Tan V Nguyen | Orange | FL |
| 274332 | Tein D Le | Orange | FL |
| 274333 | Danh Nguyen | Orange | FL |
| 274334 | Tam Le | Orange | FL |
| 274335 | Mac Nguyen | Orange | FL |
| 274336 | Tan Le | Orange | FL |
| 274337 | Long D Nguyen | Orange | FL |
| 274338 | Lu Nguyen | Orange | FL |
| 274339 | Thao H Le | Orange | FL |
| 274340 | Hao T Ta | Orange | FL |
| 274341 | Hoang M Ta | Orange | FL |
| 274346 | David Q Ta | Orange | FL |
| 274347 | Dong T Ta | Orange | FL |
| 274348 | Quoc Nguyen | Orange | FL |
| 274349 | Thuc Le | Orange | FL |
| 274362 | Dai V Ta | Orange | FL |
| 274375 | Wade W Han | Orange | FL |

3

# Exhibit A

| Case ID | Client Name | County | ST |
|---------|-------------|--------|-----|
| 274376 | Thanh N Ta | Orange | FL |
| 274386 | Luc V Ta | Orange | FL |
| 274387 | Luon V Ta | Orange | FL |
| 274388 | Man D Ta | Orange | FL |
| 274389 | Minh P Ta | Orange | FL |
| 274390 | Nga T Ta | Orange | FL |
| 274391 | Phoenix Ta | Orange | FL |
| 274392 | Phung Ta | Orange | FL |
| 274393 | Quoc H Ta | Orange | FL |
| 274394 | Si N Ta | Orange | FL |
| 274396 | Ken Han | Orange | FL |
| 274409 | Ti Nguyen | Orange | FL |
| 274410 | John Tu | Orange | FL |
| 274411 | Vinh Q Le | Orange | FL |
| 274412 | Steve T Ha | Orange | FL |
| 274417 | Robert Nguyen | Orange | FL |
| 274421 | Trang M Ta | Orange | FL |
| 274422 | Tuan Q Ta | Orange | FL |
| 274423 | Tuyen K Ta | Orange | FL |
| 274424 | Andrew A Tu | Orange | FL |
| 274425 | Bao H Tu | Orange | FL |
| 274426 | Chung Tu | Orange | FL |
| 274427 | Danny Tu | Orange | FL |
| 274428 | Dan Tu | Orange | FL |
| 274429 | Hoang Tu | Orange | FL |
| 274443 | Dinh Ha | Orange | FL |
| 274447 | Tam V Le | Orange | FL |
| 274448 | Hai Nguyen | Orange | FL |
| 274449 | Diep N Nguyen | Orange | FL |
| 274453 | Xiao J Han | Orange | FL |
| 274454 | Boi Nguyen | Orange | FL |
| 274456 | Thang Le | Orange | FL |
| 274457 | Cat Nguyen | Orange | FL |
| 274458 | Duc A Le | Orange | FL |
| 274459 | Thinh Le | Orange | FL |
| 274460 | Chanh Nguyen | Orange | FL |
| 274463 | Tho X Ta | Orange | FL |
| 274466 | Nghia Nguyen | Orange | FL |
| 274468 | Bay Ton | Orange | FL |
| 274472 | Thang N Le | Orange | FL |
| 274479 | Buu Nguyen | Orange | FL |
| 274480 | Chen T Nguyen | Orange | FL |
| 274483 | Thai T Le | Orange | FL |
| 274484 | Toai V Nguyen | Orange | FL |
| 274485 | Thai T Le | Orange | FL |
| 274486 | Ca T Nguyen | Orange | FL |
| | | Orange | FL |

# Exhibit A

| Case ID | Client Name | County | ST |
|---------|-------------|--------|-----|
| 274487 | Thanh N Le | Orange | FL |
| 274489 | Thang X Le | Orange | FL |
| 274490 | Tho X Ta | Orange | FL |
| 274491 | Loi Nguyen | Orange | FL |
| 274493 | Linh Thuy | Orange | FL |
| 274495 | Vinh X Le | Orange | FL |
| 274496 | Hien Nguyen | Orange | FL |
| 274497 | Chien Nguyen | Orange | FL |
| 274498 | Suz H Han | Orange | FL |
| 274499 | Quoc Le | Orange | FL |
| 274500 | Sinh V Le | Orange | FL |
| 274501 | Anh Al Ton | Orange | FL |
| 274504 | Bao Le | Orange | FL |
| 274505 | Muu P Ha | Orange | FL |
| 274506 | Cat P Ta | Orange | FL |
| 274508 | Van Le | Orange | FL |
| 274510 | Yom Han | Orange | FL |
| 274512 | Josh H Ton | Orange | FL |
| 274513 | Kenny Han | Orange | FL |
| 274515 | Tot Nguyen | Orange | FL |
| 274516 | Ve Nguyen | Orange | FL |
| 274517 | Van Le | Orange | FL |
| 274518 | Kevin Le | Orange | FL |
| 274519 | Phong Le | Orange | FL |
| 274520 | Paul Le | Orange | FL |
| 274521 | Phuoc Le | Orange | FL |
| 274522 | Phuong Le | Orange | FL |
| 274767 | Andy M. Tran | Orange | FL |
| 275065 | Manh L Tran | Orange | FL |
| 276421 | Tung Tran | Orange | FL |
| 276441 | Hal T Nguyen | Orange | FL |
| 276658 | Bich Tran | Orange | FL |
| 276736 | Bich N Tran | Orange | FL |
| 276851 | Hao T Tran | Orange | FL |
| 276879 | Duvan Tran | Orange | FL |
| 276897 | Ethan Tran | Orange | FL |
| 277692 | Dung V Tran | Orange | FL |
| 277696 | Dung T Tran | Orange | FL |
| 277738 | Frank T Tran | Orange | FL |
| 278322 | Vong C Tran | Orange | FL |
| 278388 | Lang Tran | Orange | FL |
| 278455 | Huynh T Le | Orange | FL |
| 278458 | Binh Nguyen | Orange | FL |
| 278460 | Binh Nguyen | Orange | FL |
| 279523 | Michael Le | Orange | FL |
| 279549 | Sang Thach | Orange | FL |

# Exhibit A

| Case ID | Client Name | County | ST |
|---|---|---|---|
| 279551 | Ho V Mai | Orange | FL |
| 279552 | Linh M Duong | Orange | FL |
| 279553 | Vu Nguyen | Orange | FL |
| 279555 | Huy A Mai | Orange | FL |
| 279556 | Dinh N Mai | Orange | FL |
| 279557 | Hai T Mai | Orange | FL |
| 279558 | Fei Mai | Orange | FL |
| 279560 | Dung Ton | Orange | FL |
| 279561 | Su M Ha | Orange | FL |
| 280024 | Thanh Le | Orange | FL |
| 280029 | Tinh T Tran | Orange | FL |
| 280044 | Nhai T Ha | Orange | FL |
| 280059 | Johnny Tu | Orange | FL |
| 280062 | Khanh T Ha | Orange | FL |
| 280068 | Thien Ton | Orange | FL |
| 280977 | Huu Le | Orange | FL |
| 281292 | Thanh X Le | Orange | FL |
| 281293 | Han Nguyen | Orange | FL |
| 281294 | Quy H Le | Orange | FL |
| 281524 | Chanh Nguyen | Orange | FL |
| 281528 | Chein Nguyen | Orange | FL |
| 281529 | Doan Vo | Orange | FL |
| 281554 | Thuan T Le | Orange | FL |
| 281555 | Thuan M Le | Orange | FL |
| 281556 | Minh C Nguyen | Orange | FL |
| 281557 | Thu T Le | Orange | FL |
| 281558 | Dan Nguyen | Orange | FL |
| 281559 | Thu Le | Orange | FL |
| 281560 | Tung T Nguyen | Orange | FL |
| 281561 | Tim Thong Le | Orange | FL |
| 281562 | Thuan Le | Orange | FL |
| 281563 | Thong Le | Orange | FL |
| 281564 | Thoa Le | Orange | FL |
| 281565 | Tho Le | Orange | FL |
| 281566 | Vinh H Le | Orange | FL |
| 281567 | Leo Nguyen | Orange | FL |
| 288463 | Thuong Mai | Orange | FL |
| 288551 | Thu Le | Orange | FL |
| 288565 | Oanh T Le | Orange | FL |
| 288612 | Steven Lam | Orange | FL |
| 273535 | Trong G Vu | Palm Beach | FL |
| 273771 | Huy H Le | Palm Beach | FL |
| 274430 | Hoang Huynh | Palm Beach | FL |
| 274436 | Anne Huynh | Palm Beach | FL |
| 274437 | Bao Tran Huynh | Palm Beach | FL |
| 274438 | Phuong T Vo | Palm Beach | FL |

# Exhibit A

| Case ID | Client Name | County | ST |
|---------|-------------|--------|-----|
| 274439 | Thao Vo | Palm Beach | FL |
| 274440 | Quang P Vo | Palm Beach | FL |
| 274441 | Hung T Huynh | Palm Beach | FL |
| 274442 | Vu Huynh | Palm Beach | FL |
| 278275 | Khanh K Le | Palm Beach | FL |
| 279562 | Xuong T Vu | Palm Beach | FL |
| 280978 | Duolainey D Hoang | Palm Beach | FL |
| 280979 | Gai T Hoang | Palm Beach | FL |
| 280980 | Tuan Hoang | Palm Beach | FL |
| 280981 | Andy T Vo | Palm Beach | FL |
| 280982 | Betts K Vo | Palm Beach | FL |
| 280983 | Chau K Vo | Palm Beach | FL |
| 280984 | Lam Vo | Palm Beach | FL |
| 280985 | My T Vo | Palm Beach | FL |
| 280986 | Brian T Huynh | Palm Beach | FL |
| 280987 | Cuong D Huynh | Palm Beach | FL |
| 280988 | Toan C Vo | Palm Beach | FL |
| 280989 | Tra N Vo | Palm Beach | FL |
| 280990 | Yen P Vo | Palm Beach | FL |
| 280991 | Hien Huynh | Palm Beach | FL |
| 280992 | Dung Huynh | Palm Beach | FL |
| 280993 | Duyen L Huynh | Palm Beach | FL |
| 280994 | Hieu V Huynh | Palm Beach | FL |
| 280995 | Brian T Huynh | Palm Beach | FL |
| 280996 | Hieu C Huynh | Palm Beach | FL |
| 288614 | Thoam Nam Le | Palm Beach | FL |
| 288615 | Keam Ngoc Le | Palm Beach | FL |
| 288617 | Chi Ngoc Nguyen | Palm Beach | FL |
| 266417 | Trunh Trinh Thi Pham | Pinellas | FL |
| 274565 | Khan T. Tran | Pinellas | FL |
| 275476 | Kiem H D | Pinellas | FL |
| 275956 | Bach Vo | Pinellas | FL |
| 275987 | Phong Vo | Pinellas | FL |
| 276007 | Dau Vo | Pinellas | FL |
| 276010 | Thao Vo | Pinellas | FL |
| 276013 | Cao Vo | Pinellas | FL |
| 276057 | Yao Ho | Pinellas | FL |
| 276647 | Amanda H. Nguyen | Pinellas | FL |
| 276975 | Hung Cao | Pinellas | FL |
| 277545 | Dung Dinh | Pinellas | FL |
| 277559 | Manh Vo | Pinellas | FL |
| 277565 | Nick Vo | Pinellas | FL |
| 277578 | Ricky Vo | Pinellas | FL |
| 277582 | Quoc Vo | Pinellas | FL |
| 277584 | Phuoc Vo | Pinellas | FL |
| 277780 | Giang Cao | Pinellas | FL |

# Exhibit A

| Case ID | Client Name | County | ST |
|---------|-------------|--------|-----|
| 279554 | Oanh T Mai | Pinellas | FL |
| 280031 | Thu T Duong | Pinellas | FL |
| 280033 | Can Ngo | Pinellas | FL |
| 288234 | Doi Nguyen | Pinellas | FL |
| 288294 | Tu Trinh | Santa Rosa | FL |
| 263169 | Zung A Thach | Sarasota | FL |
| 267866 | Ban Ho | Sarasota | FL |
| 273971 | Maria Nguyen | Sarasota | FL |
| 274168 | Thanh T Truong | Sarasota | FL |
| 274216 | Khuyen X Pham | Sarasota | FL |
| 274280 | Chuch Thanh Le | Sarasota | FL |
| 274281 | Dung Le | Sarasota | FL |
| 274282 | Hien Nhat Le | Sarasota | FL |
| 274284 | Tony Nguyen | Sarasota | FL |
| 274286 | Hue Nguyen | Sarasota | FL |
| 274289 | Thang T Pham | Sarasota | FL |
| 274290 | Hung Nguyen | Sarasota | FL |
| 274291 | Tana T Pham | Sarasota | FL |
| 274292 | Nhan T Vo | Sarasota | FL |
| 274294 | Thanh Pham | Sarasota | FL |
| 274295 | Hong Nguyen | Sarasota | FL |
| 274298 | Tai Thanh Vo | Sarasota | FL |
| 274299 | Tho H Pham | Sarasota | FL |
| 274301 | Hung T Nguyen | Sarasota | FL |
| 274303 | Thom Pham | Sarasota | FL |
| 274305 | Huong Nguyen | Sarasota | FL |
| 274306 | Tommy Pham | Sarasota | FL |
| 274309 | Trung T Pham | Sarasota | FL |
| 274310 | Thanh Vo | Sarasota | FL |
| 274312 | Khang Nguyen | Sarasota | FL |
| 274313 | Ut T Pham | Sarasota | FL |
| 274314 | Thanh T Vo | Sarasota | FL |
| 274316 | Uyen P Pham | Sarasota | FL |
| 274318 | Nieu Phan | Sarasota | FL |
| 274319 | Jimmy Nguyen | Sarasota | FL |
| 274320 | Thanh Tai Vo | Sarasota | FL |
| 274322 | Van Pham | Sarasota | FL |
| 274323 | Peter D Ngo | Sarasota | FL |
| 274326 | Viet Quang Le | Sarasota | FL |
| 274327 | Francis Hoang Le | Sarasota | FL |
| 274342 | Map Le | Sarasota | FL |
| 274344 | Allen Tham Le | Sarasota | FL |
| 274345 | Nam Tan Dam | Sarasota | FL |
| 274350 | Khanh Le | Sarasota | FL |
| 274355 | Hoan Dinh | Sarasota | FL |
| 274356 | Kim T Dinh | Sarasota | FL |

# Exhibit A

| Case ID | Client Name | County | ST |
|---|---|---|---|
| 274357 | Kerry Dinh | Sarasota | FL |
| 274358 | Ram Dinh | Sarasota | FL |
| 274359 | Lam Dinh | Sarasota | FL |
| 274360 | My Phong Dinh | Sarasota | FL |
| 274367 | Lary Lam | Sarasota | FL |
| 274399 | Thanh Le | Sarasota | FL |
| 274401 | Tai A Dinh | Sarasota | FL |
| 274402 | Thien Ly Dinh | Sarasota | FL |
| 274403 | Trang Thang Dinh | Sarasota | FL |
| 274404 | Andrew Lam | Sarasota | FL |
| 274405 | Ying Han | Sarasota | FL |
| 274406 | Sam Han | Sarasota | FL |
| 274407 | Phong Cu | Sarasota | FL |
| 274408 | Vien Quang Dinh | Sarasota | FL |
| 274415 | Duoc V Le | Sarasota | FL |
| 274416 | Mai Nguyen | Sarasota | FL |
| 274418 | William Lam | Sarasota | FL |
| 274420 | Timmy Quang Duong | Sarasota | FL |
| 274431 | Hung Lam | Sarasota | FL |
| 274432 | Oliver Lam | Sarasota | FL |
| 274433 | Quy Duc Lam | Sarasota | FL |
| 274452 | Ha H Trinh | Sarasota | FL |
| 274461 | John H Le | Sarasota | FL |
| 274465 | Frock Le | Sarasota | FL |
| 274467 | Bay Thanh Dam | Sarasota | FL |
| 274473 | Teddy Le | Sarasota | FL |
| 274477 | John Lam Le | Sarasota | FL |
| 274478 | Hung Van Le | Sarasota | FL |
| 274482 | Thanh Duc Hoang | Sarasota | FL |
| 274492 | Martin Le | Sarasota | FL |
| 274494 | Ho Thanh Hoang | Sarasota | FL |
| 277442 | Chat Pham | Sarasota | FL |
| 279003 | Bao Nguyen | Sarasota | FL |
| 279604 | Khanh Van Lee | Sarasota | FL |
| 280025 | Nghia Le | Sarasota | FL |
| 280027 | Long Le | Sarasota | FL |
| 280043 | Minh Thuan Nguyen | Sarasota | FL |
| 280064 | Nam Kim Le | Sarasota | FL |
| 280066 | Kim Nam Le | Sarasota | FL |
| 280067 | Mao Canh Le | Sarasota | FL |
| 280975 | Lin Kien Doan | Sarasota | FL |
| 281538 | Gin Lieu Lam | Sarasota | FL |
| 281569 | Lieu Banh Lam | Sarasota | FL |
| 281570 | Brandon Lam | Sarasota | FL |
| 281579 | Dac Thanh Hoang | Sarasota | FL |
| 281592 | Nanh K Hoang | Sarasota | FL |

# Exhibit A

| Case ID | Client Name |
| --- | --- |
| 274363 | Kiem Ho |
| 281028 | Vicky Cao |

| County | ST |
| --- | --- |
| Volusia | FL |
| Walton | FL |

JS 44　(Rev. 12/07)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS

TIEN LE, ET AL

**(b)** County of Residence of First Listed Plaintiff　Bay
(EXCEPT IN U.S. PLAINTIFF CASES)

**(c)** Attorney's (Firm Name, Address, and Telephone Number)

Mikal C. Watts, WATTS GUERRA CRAFT, LLP, 2506 North Port Ave, Corpus Christi, TX 78401. 361-693-3100. Fax 361-882-1261

## DEFENDANTS

BP, PLC; BP EXPLORATION and PRODUCTION, INC, ET AL

County of Residence of First Listed Defendant　Harris
(IN U.S. PLAINTIFF CASES ONLY)

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

Attorneys (If Known)

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

☐ 1　U.S. Government Plaintiff

☐ 2　U.S. Government Defendant

☐ 3　Federal Question
(U.S. Government Not a Party)

☒ 4　Diversity
(Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff
(For Diversity Cases Only)　and One Box for Defendant)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☒ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☒ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury - | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product | Med. Malpractice | ☐ 625 Drug Related Seizure | 28 USC 157 | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | Liability | ☐ 365 Personal Injury - | of Property 21 USC 881 | | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment | ☐ 320 Assault, Libel & | Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 460 Deportation |
| & Enforcement of Judgment | Slander | ☐ 368 Asbestos Personal | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 470 Racketeer Influenced and |
| ☐ 151 Medicare Act | ☐ 330 Federal Employers' | Injury Product | ☐ 650 Airline Regs. | ☐ 830 Patent | Corrupt Organizations |
| ☐ 152 Recovery of Defaulted | Liability | Liability | ☐ 660 Occupational | ☐ 840 Trademark | ☐ 480 Consumer Credit |
| Student Loans | ☐ 340 Marine | **PERSONAL PROPERTY** | Safety/Health | | ☐ 490 Cable/Sat TV |
| (Excl. Veterans) | ☐ 345 Marine Product | ☐ 370 Other Fraud | ☐ 690 Other | | ☐ 810 Selective Service |
| ☐ 153 Recovery of Overpayment | Liability | ☐ 371 Truth in Lending | **LABOR** | **SOCIAL SECURITY** | ☐ 850 Securities/Commodities/ |
| of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 380 Other Personal | ☐ 710 Fair Labor Standards | ☐ 861 HIA (1395ff) | Exchange |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle | Property Damage | Act | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge |
| ☐ 190 Other Contract | Product Liability | ☐ 385 Property Damage | ☐ 720 Labor/Mgmt. Relations | ☐ 863 DIWC/DIWW (405(g)) | 12 USC 3410 |
| ☐ 195 Contract Product Liability | ☐ 360 Other Personal | Product Liability | ☐ 730 Labor/Mgmt.Reporting | ☐ 864 SSID Title XVI | ☐ 890 Other Statutory Actions |
| ☐ 196 Franchise | Injury | | & Disclosure Act | ☐ 865 RSI (405(g)) | ☐ 891 Agricultural Acts |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 740 Railway Labor Act | **FEDERAL TAX SUITS** | ☐ 892 Economic Stabilization Act |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate | ☐ 790 Other Labor Litigation | ☐ 870 Taxes (U.S. Plaintiff | ☒ 893 Environmental Matters |
| ☐ 220 Foreclosure | ☐ 442 Employment | Sentence | ☐ 791 Empl. Ret. Inc. | or Defendant) | ☐ 894 Energy Allocation Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ | **Habeas Corpus:** | Security Act | ☐ 871 IRS—Third Party | ☐ 895 Freedom of Information |
| ☐ 240 Torts to Land | Accommodations | ☐ 530 General | | 26 USC 7609 | Act |
| ☐ 245 Tort Product Liability | ☐ 444 Welfare | ☐ 535 Death Penalty | **IMMIGRATION** | | ☐ 900Appeal of Fee Determination |
| ☐ 290 All Other Real Property | ☐ 445 Amer. w/Disabilities - | ☐ 540 Mandamus & Other | ☐ 462 Naturalization Application | | Under Equal Access |
| | Employment | ☐ 550 Civil Rights | ☐ 463 Habeas Corpus - | | to Justice |
| | ☐ 446 Amer. w/Disabilities - | ☐ 555 Prison Condition | Alien Detainee | | ☐ 950 Constitutionality of |
| | Other | | ☐ 465 Other Immigration | | State Statutes |
| | ☐ 440 Other Civil Rights | | Actions | | |

## V. ORIGIN (Place an "X" in One Box Only)

☒ 1　Original Proceeding

☐ 2　Removed from State Court

☐ 3　Remanded from Appellate Court

☐ 4　Reinstated or Reopened

☐ 5　Transferred from another district (specify)

☐ 6　Multidistrict Litigation

☐ 7　Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
28 USC 1332 (d)(3) and CAFA

Brief description of cause:

## VII. REQUESTED IN COMPLAINT:

☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23

DEMAND $

CHECK YES only if demanded in complaint:
JURY DEMAND:　☒ Yes　☐ No

## VIII. RELATED CASE(S) IF ANY

(See instructions):　JUDGE

DOCKET NUMBER

DATE
07/23/2010

SIGNATURE OF ATTORNEY OF RECORD
"s/MIKAL C. WATTS"

**FOR OFFICE USE ONLY**

RECEIPT #＿＿＿＿　AMOUNT＿＿＿＿　APPLYING IFP＿＿＿＿　JUDGE＿＿＿＿　MAG. JUDGE＿＿＿＿

JS 44 Reverse (Rev. 12/07)

# INSTRUCTIONS FOR ATTORNEYS COMPLETING CIVIL COVER SHEET FORM JS 44

## Authority For Civil Cover Sheet

The JS 44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleading or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently, a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. The attorney filing a case should complete the form as follows:

I.      (a) Plaintiffs-Defendants. Enter names (last, first, middle initial) of plaintiff and defendant. If the plaintiff or defendant is a government agency, use only the full name or standard abbreviations. If the plaintiff or defendant is an official within a government agency, identify first the agency and then the official, giving both name and title.

(b) County of Residence. For each civil case filed, except U.S. plaintiff cases, enter the name of the county where the first listed plaintiff resides at the time of filing. In U.S. plaintiff cases, enter the name of the county in which the first listed defendant resides at the time of filing. (NOTE: In land condemnation cases, the county of residence of the "defendant" is the location of the tract of land involved.)

(c) Attorneys. Enter the firm name, address, telephone number, and attorney of record. If there are several attorneys, list them on an attachment, noting in this section "(see attachment)".

II.     Jurisdiction. The basis of jurisdiction is set forth under Rule 8(a), F.R.C.P., which requires that jurisdictions be shown in pleadings. Place an "X" in one of the boxes. If there is more than one basis of jurisdiction, precedence is given in the order shown below.

United States plaintiff. (1) Jurisdiction based on 28 U.S.C. 1345 and 1348. Suits by agencies and officers of the United States are included here.

United States defendant. (2) When the plaintiff is suing the United States, its officers or agencies, place an "X" in this box.

Federal question. (3) This refers to suits under 28 U.S.C. 1331, where jurisdiction arises under the Constitution of the United States, an amendment to the Constitution, an act of Congress or a treaty of the United States. In cases where the U.S. is a party, the U.S. plaintiff or defendant code takes precedence, and box 1 or 2 should be marked.

Diversity of citizenship. (4) This refers to suits under 28 U.S.C. 1332, where parties are citizens of different states. When Box 4 is checked, the citizenship of the different parties must be checked. (See Section III below; federal question actions take precedence over diversity cases.)

III.    Residence (citizenship) of Principal Parties. This section of the JS 44 is to be completed if diversity of citizenship was indicated above. Mark this section for each principal party.

IV.     Nature of Suit. Place an "X" in the appropriate box. If the nature of suit cannot be determined, be sure the cause of action, in Section VI below, is sufficient to enable the deputy clerk or the statistical clerks in the Administrative Office to determine the nature of suit. If the cause fits more than one nature of suit, select the most definitive.

V.      Origin. Place an "X" in one of the seven boxes.

Original Proceedings. (1) Cases which originate in the United States district courts.

Removed from State Court. (2) Proceedings initiated in state courts may be removed to the district courts under Title 28 U.S.C., Section 1441. When the petition for removal is granted, check this box.

Remanded from Appellate Court. (3) Check this box for cases remanded to the district court for further action. Use the date of remand as the filing date.

Reinstated or Reopened. (4) Check this box for cases reinstated or reopened in the district court. Use the reopening date as the filing date.

Transferred from Another District. (5) For cases transferred under Title 28 U.S.C. Section 1404(a). Do not use this for within district transfers or multidistrict litigation transfers.

Multidistrict Litigation. (6) Check this box when a multidistrict case is transferred into the district under authority of Title 28 U.S.C. Section 1407. When this box is checked, do not check (5) above.

Appeal to District Judge from Magistrate Judgment. (7) Check this box for an appeal from a magistrate judge's decision.

VI.     Cause of Action. Report the civil statute directly related to the cause of action and give a brief description of the cause. Do not cite jurisdictional statutes unless diversity.       Example:        U.S. Civil Statute: 47 USC 553
                                                Brief Description: Unauthorized reception of cable service

VII.    Requested in Complaint. Class Action. Place an "X" in this box if you are filing a class action under Rule 23, F.R.Cv.P.

Demand. In this space enter the dollar amount (in thousands of dollars) being demanded or indicate other demand such as a preliminary injunction.

Jury Demand. Check the appropriate box to indicate whether or not a jury is being demanded.

VIII.   Related Cases. This section of the JS 44 is used to reference related pending cases if any. If there are related pending cases, insert the docket numbers and the corresponding judge names for such cases.

Date and Attorney Signature. Date and sign the civil cover sheet.

## Complaints and Other Initiating Documents
4:10-cv-02621 MAI, ET AL v. BP, PLC et al



**EXHIBIT**

B

7/23/10 12:31 PM

302245

AL

## U.S. District Court

### SOUTHERN DISTRICT OF TEXAS

### Notice of Electronic Filing

The following transaction was entered by Watts, Mikal on 7/23/2010 at 12:30 PM CDT and filed on 7/23/2010

| | |
|---|---|
| **Case Name:** | MAI, ET AL v. BP, PLC et al |
| **Case Number:** | 4:10-cv-02621 |
| **Filer:** | AMELIA MAI, ET AL |
| **Document Number:** 1 | |

**Docket Text:**
**COMPLAINT against BP America, Inc., BP Exploration and Production, Inc., BP Products North America, Inc., BP, PLC, Cameron International Corporation, Halliburton Energy Services, Inc., Transocean Deepwater, Inc., Transocean Offshore Deepwater Drilling, Inc., Transocean, Ltd. (Filing fee $ 350 receipt number 0541-6688266) filed by AMELIA MAI, ET AL. (Attachments: # (1) Exhibit Ex A, # (2) Civil Cover Sheet)(Watts, Mikal)**

**4:10-cv-02621 Notice has been electronically mailed to:**

Mikal C Watts    mcwatts@wgclawfirm.com, gpalmer@wgclawfirm.com

**4:10-cv-02621 Notice has not been electronically mailed to:**

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1045387613 [Date=7/23/2010] [FileNumber=11109352-0] [5c6876ff0fb281d0307173ecee7fefabf458671f3b47485e7767491054d6dd5055 ce14921164077bcd5a0cdc9c43957c868f3d05e95fe3d7ac94eba557bb0c44]]
**Document description:** Exhibit Ex A
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1045387613 [Date=7/23/2010] [FileNumber=11109352-1] [9e0fbf33ead292cb8cac3e9686f3d595c6a8bbd62d65f9cca1edeaf5580f20d446 99e6584e4f439f03c1c8bd7657f05892f9f8fde43a22a2922a3ca48cbc3172]]
**Document description:** Civil Cover Sheet
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1045387613 [Date=7/23/2010] [FileNumber=11109352-2] [84a726ec2b388788f931552d952e3ecdc53c3119923823546dafbd485ee736b89f 54d5f807d3c959e0faa55401feb0f82e0479bdd67e1ed78ee743e48bbdc766]]



SCANNED
JUL 2 3 2010

**From:** paygovadmin@mail.doc.twai.gov
**Subject:** **Pay.Gov Payment Confirmation**
**Date:** July 23, 2010 12:30:34 PM CDT
**To:** "gpalmer@wgclawfirm.com" <gpalmer@wgclawfirm.com>

THIS IS AN AUTOMATED MESSAGE. PLEASE DO NOT REPLY.

Your transaction has been successfully completed.

Transaction Summary

Application Name: TXSD CM ECF
Pay.gov Tracking ID: 25169B2M
Agency Tracking ID: 0541-8888266

Account Holder Name: Ryan L Thompson
Transaction Type: Sale
Transaction Amount: $350.00
Billing Address: 4 Dominion Drive, Building 3
Billing Address 2: suite 100
City: san Antonio
State/Province: TX
Zip/Postal Code: 78257
Country: USA
Card Type: American Express
Card Number: ***********1128
Transaction Date: Jul 23, 2010 1:30:34 PM

From: DCECF_LiveDB@txs.uscourts.gov
Subject: **Activity in Case 4:10-cv-02621 MAI, ET AL v. BP, PLC et al Complaint**
Date: July 23, 2010 12:30:47 PM CDT
To: DC_Notices@txs.uscourts.gov

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.
***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

## U.S. District Court

## SOUTHERN DISTRICT OF TEXAS

### Notice of Electronic Filing

The following transaction was entered by Watts, Mikal on 7/23/2010 at 12:30 PM CDT and filed on 7/23/2010
**Case Name:**    MAI, ET AL v. BP, PLC et al
**Case Number:**    4:10-cv-02621
**Filer:**    AMELIA MAI, ET AL
**Document Number:** 1

**Docket Text:**
COMPLAINT against BP America, Inc., BP Exploration and Production, Inc., BP Products North America, Inc., BP, PLC, Cameron International Corporation, Halliburton Energy Services, Inc., Transocean Deepwater, Inc., Transocean Offshore Deepwater Drilling, Inc., Transocean, Ltd. (Filing fee $ 350 receipt number 0541-6688266) filed by AMELIA MAI, ET AL. (Attachments: # (1) Exhibit Ex A, # (2) Civil Cover Sheet)(Watts, Mikal)

**4:10-cv-02621 Notice has been electronically mailed to:**

Mikal C Watts    mcwatts@wgclawfirm.com, gpalmer@wgclawfirm.com

**4:10-cv-02621 Notice has not been electronically mailed to:**

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1045387613 [Date=7/23/2010] [FileNumber=11109352-0] [5c6876ff0fb281d0307173ecee7fefabf458671f3b47485e7767491054d6dd5055 ce14921164077bcd5a0cdc9c43957c868f3d05e95fe3d7ac94eba557bb0c44]]
**Document description:**Exhibit Ex A
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1045387613 [Date=7/23/2010] [FileNumber=11109352-1] [9e0fbf33ead292cb8cac3e9686f3d595c6a8bbd62d65f9cca1edeaf5580f20d446 99e6584e4f439f03c1c8bd7657f05892f9f8fde43a22a2922a3ca48cbc3172]]
**Document description:**Civil Cover Sheet
**Original filename:**n/a
**Electronic document Stamp:**

[STAMP dcecfStamp_ID=1045387613 [Date=7/23/2010] [FileNumber=11109352-
2] [84a726ec2b388788f931552d952e3ecdc53c3119923823546dafbd485ee736b89f
54d5f807d3c959e0faa55401feb0f82e0479bdd67e1ed78ee743e48bbdc766]]

<u>IN THE UNITED STATES DISTRICT COURT FOR THE</u>
<u>SOUTHERN DISTRICT OF TEXAS</u>
<u>HOUSTON DIVISION</u>

| | | |
|---|---|---|
| AMELIA MAI, ET AL; | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| vs. | § | |
| | § | |
| BP, P.L.C.; BP EXPLORATION AND | § | |
| PRODUCTION, INC.; BP AMERICA, | § | |
| INC.; BP PRODUCTS NORTH | § | Civil Action No. |
| AMERICA, INC.; TRANSOCEAN, LTD.; | § | |
| TRANSOCEAN DEEPWATER, INC.; | § | JURY TRIAL REQUESTED |
| TRANSOCEAN OFFSHORE | § | |
| DEEPWATER DRILLING, INC.; | § | |
| HALLIBURTON ENERGY SERVICES, | § | |
| INC.; AND CAMERON | § | |
| INTERNATIONAL CORPORATION | § | |
| F/K/A COOPER CAMERON | § | |
| CORPORATION; | § | |
| | § | |
| Defendants. | § | |
| | § | |

### PLAINTIFFS' ORIGINAL COMPLAINT

TO THE HONORABLE JUDGE OF SAID COURT:

Plaintiffs, Amelia Mai and all individuals named in Exhibit A, attached hereto, file this their Original Petition against Defendants BP, p.l.c.; BP Exploration and Production, Inc.; BP America, Inc.; BP Products North America, Inc.; Transocean, Ltd.; Transocean Deepwater, Inc.; Transocean Offshore Deepwater Drilling, Inc.; Halliburton Energy Services, Inc. and Cameron International Corporation f/k/a Cooper Cameron Corporation; and in support of their causes of action, respectfully show the following:

### I.
### PARTIES

**A.    Plaintiffs**

1.1    Plaintiffs Amelia Mai and all individuals named in Exhibit A, attached

1

hereto, are commercial fisherman, including oystermen and shrimpers, who own or work on commercial fishing boats that operate in the area affected by Defendants' conduct. Plaintiffs are and were citizens of the State of Alabama at all times relevant to this lawsuit.

**B.    Defendants**

1.2     Defendant BP p.l.c. is a foreign corporation doing business in Texas, and is incorporated under the laws of England. Service of process on Defendant BP p.l.c. is proper through the means authorized by the Hague Convention On the Service Abroad of Judicial Extrajudicial Docs in Civil or Commercial Matters.

1.3     Defendant BP Exploration and Production, Inc. is a foreign corporation doing business in Texas and maintains its principal place of business in the Southern District of Texas at 501 Westlake Park Boulevard, Houston, Texas 77079. Defendant BP Exploration and Production Inc. may be served with process through its registered agent for service C T Corporation System, at 350 North St. Paul Street, Dallas, Texas 75201.

1.4     Defendant BP America, Inc. is a foreign corporation doing business in Texas and maintains its principal place of business in the Southern District of Texas at 501 Westlake Park Boulevard, Houston, Texas 77079. Defendant BP America, Inc. may be served with process through its registered agent for service C T Corporation System, at 350 North St. Paul Street, Dallas, Texas 75201.

1.5     Defendant BP North America, Inc. is a foreign corporation doing business in Texas and maintains its principal place of business in the Southern District of Texas at 501 Westlake Park Boulevard, Houston, Texas 77079. Defendant BP Products North America, Inc. may be served with process through its registered agent for service C T

2

Corporation System, at 350 North St. Paul Street, Dallas, Texas 75201.

1.6    Defendant Transocean, Ltd. is a foreign corporation doing business in Texas, and is incorporated under the laws of Switzerland. Service of process on Defendant Transocean, Ltd. is proper through the means authorized by the Hague Convention On the Service Abroad of Judicial Extrajudicial Docs in Civil or Commercial Matters.

1.7    Defendant Transocean Deepwater, Inc. is a foreign corporation doing business in Texas and maintains its principal place of business in the Southern District of Texas at 4 Greenway Plaza, Houston, Texas 77046. Defendant Transocean Deepwater, Inc. may be served with process by and through their counsel of record: Frank A. Piccolo, Wesleyan Tower, 24 Greenway Plaza, Ste. 2050, Houston, Texas 77046.

1.8    Defendant Transocean Offshore Deepwater Drilling, Inc. is a foreign corporation doing business in Texas and maintains its principal place of business in the Southern District of Texas at 4 Greenway Plaza, Houston, Texas 77046. Defendant Transocean Offshore Deepwater Drilling, Inc. may be served with process by and through their counsel of record: Frank A. Piccolo, Wesleyan Tower, 24 Greenway Plaza, Ste. 2050, Houston, Texas 77046.

1.9    Defendant Halliburton Energy Services, Inc. is a foreign corporation doing business in Texas. Defendant Halliburton Energy Services, Inc. (hereinafter referred to as "Halliburton") may be served with process through their registered agent for service: CT Corporation System, 350 N. St. Paul Street, Ste. 2900, Dallas, Texas 75201.

1.10   Defendant Cameron International Corporation f/k/a Cooper Cameron Corporation (hereinafter referred to as "Cameron") is a foreign corporation doing business in Texas and maintains it principal place of business in the Southern District of

3

Texas at 1333 West Loop S # 1700 Houston, Texas 77027. Defendant Cameron may be served with process through its registered agent for service: CT Corporation System, 350 N. St. Paul Street, Dallas, Texas 75201.

## II.
## JURISDICTION AND VENUE

2.1     Jurisdiction is appropriate in this Court by virtue of 28 U.S.C. § 1332(d)(3) and the Class Action Fairness Act ("CAFA"). At least one Plaintiff is a citizen of a different state than at least one Defendant, and the aggregated amount in controversy in this action exceeds five million dollars, ($5,000,000), exclusive of interest and costs.

2.2     Venue is proper in the Southern District of Texas under 28 U.S.C. § 1391(a)(3) as this is a judicial district where at least one defendant is subject to personal jurisdiction at the time the action accrued.

2.3     This Court has personal jurisdiction over Defendants because they have substantial and continuous contacts with this district so as to satisfy both general and specific minimum contact, and exercising jurisdiction over Defendants does not offend the traditional notions of fair play and substantial justice.

## III.
## FACTUAL ALLEGATIONS

3.1     Upon information and belief, BP, p.l.c., BP Production and Exploration, Inc., BP Products North America, Inc., and BP America, Inc. (hereinafter collectively referred to as "BP") are the holders of an an oil and gas lease granted by the Minerals Management Service. BP leased Deepwater Horizon, a semi-submersible mobile drilling rig, from its owners/operators Transocean, Ltd., Transocean Offshore Deepwater Drilling, Inc., and Transocean Deepwater, Inc. (hereinafter collectively referred to as "Transocean") to drill a well pursuant to the above mentioned lease.

4

3.2     Upon information and belief, on April 20, 2010 at approximately 10 p.m., an explosion and fire occurred on Deepwater Horizon, resulting in the sinking of the semi-submersible mobile drilling rig. Prior to the explosion, Defendant Halliburton was engaged by BP and Transocean to conduct cementing operations on the well. Although Halliburton had stated that it completed the final stage of cementation and integrity tests had been performed on the well, in fact, at the time of the explosion, placement of a final cement casing plug had not yet occurred.

3.3     Upon information and belief, after the explosion, the blowout preventer ("BOP"), a wellhead safety device manufactured by Cameron and used to seal pipes carrying subsea oil and gas, failed to properly engage and prevent the uncontrolled release of oil into the Gulf of Mexico.

3.4     Upon information and belief, the explosion and blowout preventer failure commenced an oil spill that has resulted in the daily release of approximately 12,000 to 19,000 barrels of oil per day into the Gulf of Mexico. The size of the Deepwater Horizon oil plume has eclipsed ExxonValdez to become the largest oil spill in United States history.

3.5     Defendants knew of the dangers of deep water drilling, and the incidents described above were caused by the combined negligence of all named Defendants, rendering them jointly, severally and *in solido* liable to Plaintiffs.

5

## IV.
## NEGLIGENCE – ALL DEFENDANTS

4.1     Plaintiffs incorporate by reference all preceding paragraphs as if fully set forth herein and further allege as follows:

4.2     Defendants were, directly or indirectly, negligent in the operation of the Deepwater Horizon in the Gulf of Mexico, and have negligently discharged millions of barrels of oil into the waters of the Gulf of Mexico. The resulting widespread contamination from the oil spill has devastated the economic livelihood of Plaintiffs.

4.3     Deepwater Horizon, its pipes, casing, the well it was drilling, and all of the related equipment and materials, including its safety and spill prevention devices, were in the care, custody, and control of Defendants at the time of the incidents giving rise to this action.

4.4     Defendants owed a duty of reasonable care to Plaintiffs to exercise reasonable care in the design, construction, operation, management, use, maintenance, and inspection of Deepwater Horizon, its pipes, casings, the well it was drilling, and all of the related equipment and materials, including its safety and spill prevention measures and devices.

4.5     Defendants, through their agents, servants and employees, further breached their duty by:

>        a.     Failing to properly operate the Deepwater Horizon;

>        b.     Failing to properly inspect the Deepwater Horizon to assure that its equipment were operable and fit for their intended purpose;

>        c.     Failing to ascertain that the Deepwater Horizon and its equipment were free from defects or in proper working order;

6

d.   Failing to implement policies and procedures to safely conduct offshore operations in the Gulf of Mexico;

e.   Failing to promulgate, implement and enforce rules and regulations pertaining to the safe operations of the Deepwater Horizon which, if they had been so promulgated, implemented and enforced, would have averted the fire, explosion, sinking and oil spill;

f.   Failing to appropriately hire and adequately train personnel charged with operating Deepwater Horizon;

g.   Failing to timely bring the oil release under control;

h.   Failing to timely warn of the release of oil;

i.   Failing to properly respond to the release and take necessary actions to mitigate the danger surrounding community; and

j.   Such other acts of negligence and omissions as will be shown at the trial of this matter.

4.6   In the alternative, Plaintiff, reiterating and realleging each and every allegation set forth above, avers the applicability of the doctrine of *res ipsa loquitur*.

## V.
## WANTONNESS – BP & TRANSOCEAN

5.1   Plaintiffs incorporate by reference all preceding paragraphs as if fully set forth herein and further allege as follows:

5.2   BP and Transocean committed not only the acts and omissions of negligence enunciated above, but also acts of wantonness, which are a proximate cause of the economic injuries sustained by Plaintiffs, and for which Plaintiffs are entitled to recover punitive damages, pursuant to Ala. Code § 6-11-20.

7

5.3 BP and Transocean knew that their actions and omissions created unsafe and hazardous conditions. BP and Transocean did nothing to remedy the unsafe conditions even though they had knowledge of them prior to the incident. BP and Transocean's acts and omissions in this regard, when viewed objectively from the standpoint of BP and Transocean, involved an extreme degree of risk, considering the probability and magnitude of potential harm to others. BP and Transocean had actual, subjective awareness of the risk involved, but nevertheless proceeded with conscious indifference to the rights, safety, or welfare of others, including Plaintiffs.

## VI.
### STRICT LIABILITY FOR ABNORMALLY DANGEROUS ACTIVITY – ALL DEFENDANTS

6.1 Plaintiffs incorporate by reference all preceding paragraphs as if fully set forth herein and further allege as follows:

6.2 Deepwater Horizon drilling operations involved abnormally dangerous activities and:

a. such activities created a high degree of risk of harm to Plaintiffs;

b. such activities involved a likelihood that the harm threatened by Defendants' conduct would be great;

c. such activities involved practices not common nor prevalent in Florida; and

d. any value of such activities was outweighed by the abnormal risk of harm and actual harm suffered by Plaintiffs.

6.3 Defendants were involved in abnormally dangerous activities because Defendants' operations created an abnormal risk of physical harm to the natural resources of the Gulf Coast, coastal and shore areas, and contiguous environments. The

8

physical harm is characteristic of the risk posed by Defendants' operations, which has been suffered as a result of the Deepwater Horizon oil plume.

## VII.
## ALABAMA EXTENDED MANUFACTURER'S
## LIABILITY DOCTRINE - CAMERON

7.1     Plaintiffs incorporate by reference all preceding paragraphs as if fully set forth herein and further allege as follows:

7.2     At all times relevant hereto, Defendant Cameron designed, manufactured and supplied the defective BOP that was used on Deepwater Horizon and failed to operate as intended. Plaintiffs allege that this BOP was defective as manufactured and designed and this defect was a proximate cause of the Deepwater Water oil spill and the economic injuries sustained by Plaintiffs. Further, Cameron failed to warn the other Defendants that this BOP would not work as intended.

7.3     As a result of the defect in Cameron's product, Plaintiffs have suffered harm and damages in amounts to be determined by the trier of fact.

## VIII.
## OIL POLLUTION ACT

8.1     In addition to the state claims alleged herein, Plaintiffs anticipate that they will ultimately assert claims under the Oil Pollution Act, 33 U.S.C. § 2701 *et seq.*, but such claims are not yet ripe.

## IX.
## DAMAGES

9.1     Prior to the incident described above, the Gulf of Mexico was one of the most prolific fishing grounds for Plaintiffs and was the source of large quantities of, among other species, Red Snapper and Grouper. As a result of the above described incidents, the fisheries and other natural resources in the Gulf of Mexico have been

9

harmed to the extent that Plaintiffs are prevented from commercially fishing in the Gulf of Mexico, and Plaintiffs have sustained economic harm in the form of lost profits or impairment of earning capacity.

9.2    Plaintiffs are entitled to recover such economic damages for this and future economic harm, and are also entitled to recover damages against Cameron compensable for its defective design under the Alabama Extended Manufacturer's Liability Doctrine.

## X.
## PUNITIVE DAMAGES

10.1    Because BP and Transocean are guilty of gross negligence, they should have punitive damages assessed against them in an amount deemed appropriate by the jury.

## XI.
## JURY DEMAND

11.1    Plaintiffs request a trial by jury.

## XII.
## PRAYER

12.1    WHEREFORE, PREMISES CONSIDERED, Plaintiffs pray that Defendants be cited to appear and answer herein, that this cause be set down for trial before a jury, and that Plaintiffs recover judgment of and from Defendants for their damages, in such amount as the evidence may show and the jury may determine to be proper, together with pre-judgment interest and post-judgment interest, costs of suit, and such other and further relief to which Plaintiffs may show to be entitled, whether at law or in equity.

10

Respectfully submitted:

/s/ Mikal C. Watts

Mikal C. Watts
State Bar No. 20981820
Federal Bar No. 12419
MCWatts@wgclawfirm.com

ATTORNEY IN CHARGE

J. Hunter Craft
State Bar No. 24012466
Federal Bar No. 24377
HCraft@wgclawfirm.com

Emily C. Jeffcott
State Bar No. 24069993
Federal Bar No. 1069933
EJeffcott@wgclawfirm.com

ATTORNEYS FOR PLAINTIFF

OF COUNSEL:

WATTS GUERRA CRAFT LLP
2506 North Port Avenue
Corpus Christi, Texas 78401
Phone: 361-693-3100
Fax:    361-882-1261

11

# Exhibit A

| Case ID | Client Name | County | ST |
|---------|-------------|--------|-----|
| 267195 | Amelia Mai | Baldwin | AL |
| 288717 | Susie Nguyen | Baldwin | AL |
| 288698 | Jason Le | Barbour | AL |
| 288239 | Dung Nguyen | Covington | AL |
| 288693 | Tammy Le | Houston | AL |
| 269010 | Hong Vu | Lauderdale | AL |
| 256994 | Luannguyen | Mobile | AL |
| 258923 | Lely T Dang | Mobile | AL |
| 261195 | Toni H Do | Mobile | AL |
| 261196 | Tuan Do | Mobile | AL |
| 261200 | Ngoc T Do | Mobile | AL |
| 261206 | William T Luc | Mobile | AL |
| 263233 | Gee F. Tong | Mobile | AL |
| 264072 | Khanh X Long | Mobile | AL |
| 266138 | Le Hang Tran | Mobile | AL |
| 266243 | Huong H Bui | Mobile | AL |
| 267216 | Mark Tong | Mobile | AL |
| 275727 | Tuan D Dang | Mobile | AL |
| 275756 | Loren D Dang | Mobile | AL |
| 275757 | Phuong V Do | Mobile | AL |
| 281094 | Hung Van Nguyen | Mobile | AL |
| 281178 | Vy Quoc Tran | Mobile | AL |
| 281229 | Tung Nguyen | Mobile | AL |
| 281241 | Tham Van Nguyen | Mobile | AL |
| 281246 | Hoa Le | Mobile | AL |
| 281247 | Elizabeth Nguyen | Mobile | AL |
| 281248 | Minh Thai Tran | Mobile | AL |
| 281250 | Lieu Dang | Mobile | AL |
| 281251 | Nhan Nguyen | Mobile | AL |
| 281254 | Hong Thi Le | Mobile | AL |
| 281255 | Hong Dang | Mobile | AL |
| 281256 | Hai Dinh | Mobile | AL |
| 281258 | Nga Danh | Mobile | AL |
| 288222 | De Le | Mobile | AL |
| 288224 | Van Ngo | Mobile | AL |
| 288230 | Can Nguyen | Mobile | AL |
| 288232 | Chat Nguyen | Mobile | AL |
| 288235 | Dong Nguyen | Mobile | AL |
| 288251 | Truong Le | Mobile | AL |
| 288258 | Giup Tran | Mobile | AL |
| 288260 | Binh Tran | Mobile | AL |
| 288261 | Thanh Thi | Mobile | AL |
| 288265 | Bich Thach | Mobile | AL |
| 288280 | Kim Nguyen | Mobile | AL |
| 288301 | Hue Vo | Mobile | AL |
| 288311 | Tam Minh Huynh | Mobile | AL |

# Exhibit A

| Case ID | Client Name | County | ST |
|---------|-------------|--------|-----|
| 288312 | Dung Huynh | Mobile | AL |
| 288313 | An Tu Ngoc Huyen | Mobile | AL |
| 288325 | Hoang Le | Mobile | AL |
| 288326 | Van Ngo | Mobile | AL |
| 288336 | Nhan Tran | Mobile | AL |
| 288364 | Mai Nguyen | Mobile | AL |
| 288512 | Phuong Nguyen | Mobile | AL |
| 288513 | Phuoc Nguyen | Mobile | AL |
| 288694 | Pham Le | Mobile | AL |
| 288696 | Kim Le | Mobile | AL |
| 288715 | Thang Nguyen | Mobile | AL |
| 288718 | Son Nguyen | Mobile | AL |
| 288227 | Anh Nguyen | Montgomery | AL |
| 288255 | Tho Le | Montgomery | AL |
| 288264 | Hiep Thai | Montgomery | AL |
| 288340 | John Tran | Montgomery | AL |
| 288365 | Ly Nguyen | Montgomery | AL |
| 288315 | Minh Hoang | Shelby | AL |
| 288344 | Thom Nguyen | Tuscaloosa | AL |

JS 44 (Rev. 12/07)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS
AMELIA MAI, ET AL

**DEFENDANTS**
BP, PLC; BP EXPLORATION and PRODUCTION, INC, ET AL

**(b)** County of Residence of First Listed Plaintiff  Baldwin
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant  Harris
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

**(c)** Attorney's (Firm Name, Address, and Telephone Number)
Mikal C. Watts, WATTS GUERRA CRAFT, LLP, 2506 North Port Ave, Corpus Christi, TX 78401. 361-693-8100. Fax 361-882-1261

Attorneys (If Known)

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

☐ 1  U.S. Government Plaintiff

☐ 3  Federal Question (U.S. Government Not a Party)

☐ 2  U.S. Government Defendant

☒ 4  Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant)
(For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☒ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☒ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** / **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane / ☐ 362 Personal Injury - Med. Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 |  | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander / ☐ 365 Personal Injury - Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability / ☐ 368 Asbestos Personal Injury Product Liability | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | ☐ 650 Airline Regs. | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability / **PERSONAL PROPERTY** | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 480 Consumer Credit |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle / ☐ 370 Other Fraud | ☐ 690 Other | **SOCIAL SECURITY** | ☐ 490 Cable/Sat TV |
|  | ☐ 355 Motor Vehicle Product Liability / ☐ 371 Truth in Lending | **LABOR** | ☐ 861 HIA (1395ff) | ☐ 810 Selective Service |
| ☐ 160 Stockholders' Suits | ☐ 360 Other Personal Injury / ☐ 380 Other Personal Property Damage | ☐ 710 Fair Labor Standards Act | ☐ 862 Black Lung (923) | ☐ 850 Securities/Commodities/Exchange |
| ☐ 190 Other Contract |  | ☐ 720 Labor/Mgmt. Relations | ☐ 863 DIWC/DIWW (405(g)) | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 195 Contract Product Liability | / ☐ 385 Property Damage Product Liability | ☐ 730 Labor/Mgmt.Reporting & Disclosure Act | ☐ 864 SSID Title XVI | ☐ 890 Other Statutory Actions |
| ☐ 196 Franchise |  | ☐ 740 Railway Labor Act | ☐ 865 RSI (405(g)) | ☐ 891 Agricultural Acts |
| **REAL PROPERTY** | **CIVIL RIGHTS** / **PRISONER PETITIONS** | ☐ 790 Other Labor Litigation | **FEDERAL TAX SUITS** | ☐ 892 Economic Stabilization Act |
| ☐ 210 Land Condemnation | ☐ 441 Voting / ☐ 510 Motions to Vacate Sentence | ☐ 791 Empl. Ret. Inc. Security Act | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 893 Environmental Matters |
| ☐ 220 Foreclosure | ☐ 442 Employment / **Habeas Corpus:** |  | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 894 Energy Allocation Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ Accommodations / ☐ 530 General | **IMMIGRATION** |  | ☐ 895 Freedom of Information Act |
| ☐ 240 Torts to Land |  | ☐ 462 Naturalization Application |  |  |
| ☐ 245 Tort Product Liability | ☐ 444 Welfare / ☐ 535 Death Penalty | ☐ 463 Habeas Corpus - Alien Detainee |  | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 290 All Other Real Property | ☐ 445 Amer. w/Disabilities - Employment / ☐ 540 Mandamus & Other | ☐ 465 Other Immigration Actions |  | ☐ 950 Constitutionality of State Statutes |
|  | ☐ 446 Amer. w/Disabilities - Other / ☐ 550 Civil Rights |  |  |  |
|  | ☐ 440 Other Civil Rights / ☐ 555 Prison Condition |  |  |  |

## V. ORIGIN (Place an "X" in One Box Only)

☒ 1 Original Proceeding  ☐ 2 Removed from State Court  ☐ 3 Remanded from Appellate Court  ☐ 4 Reinstated or Reopened  ☐ 5 Transferred from another district (specify)  ☐ 6 Multidistrict Litigation  ☐ 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
28 USC 1332 (d)(2) and CAFA

Brief description of cause:

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23

DEMAND $

CHECK YES only if demanded in complaint:
JURY DEMAND:  ☒ Yes  ☐ No

## VIII. RELATED CASE(S) IF ANY
(See instructions):

JUDGE

DOCKET NUMBER

DATE
07/23/2010

SIGNATURE OF ATTORNEY OF RECORD
"s/MIKAL C. WATTS"

**FOR OFFICE USE ONLY**

RECEIPT #          AMOUNT          APPLYING IFP          JUDGE          MAG. JUDGE

JS 44 Reverse (Rev. 12/07)

# INSTRUCTIONS FOR ATTORNEYS COMPLETING CIVIL COVER SHEET FORM JS 44

### Authority For Civil Cover Sheet

The JS 44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleading or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently, a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. The attorney filing a case should complete the form as follows:

I.     (a) Plaintiffs-Defendants. Enter names (last, first, middle initial) of plaintiff and defendant. If the plaintiff or defendant is a government agency, use only the full name or standard abbreviations. If the plaintiff or defendant is an official within a government agency, identify first the agency and then the official, giving both name and title.

(b) County of Residence. For each civil case filed, except U.S. plaintiff cases, enter the name of the county where the first listed plaintiff resides at the time of filing. In U.S. plaintiff cases, enter the name of the county in which the first listed defendant resides at the time of filing. (NOTE: In land condemnation cases, the county of residence of the "defendant" is the location of the tract of land involved.)

(c) Attorneys. Enter the firm name, address, telephone number, and attorney of record. If there are several attorneys, list them on an attachment, noting in this section "(see attachment)".

II.     Jurisdiction. The basis of jurisdiction is set forth under Rule 8(a), F.R.C.P., which requires that jurisdictions be shown in pleadings. Place an "X" in one of the boxes. If there is more than one basis of jurisdiction, precedence is given in the order shown below.

United States plaintiff. (1) Jurisdiction based on 28 U.S.C. 1345 and 1348. Suits by agencies and officers of the United States are included here.

United States defendant. (2) When the plaintiff is suing the United States, its officers or agencies, place an "X" in this box.

Federal question. (3) This refers to suits under 28 U.S.C. 1331, where jurisdiction arises under the Constitution of the United States, an amendment to the Constitution, an act of Congress or a treaty of the United States. In cases where the U.S. is a party, the U.S. plaintiff or defendant code takes precedence, and box 1 or 2 should be marked.

Diversity of citizenship. (4) This refers to suits under 28 U.S.C. 1332, where parties are citizens of different states. When Box 4 is checked, the citizenship of the different parties must be checked. (See Section III below; federal question actions take precedence over diversity cases.)

III.     Residence (citizenship) of Principal Parties. This section of the JS 44 is to be completed if diversity of citizenship was indicated above. Mark this section for each principal party.

IV.     Nature of Suit. Place an "X" in the appropriate box. If the nature of suit cannot be determined, be sure the cause of action, in Section VI below, is sufficient to enable the deputy clerk or the statistical clerks in the Administrative Office to determine the nature of suit. If the cause fits more than one nature of suit, select the most definitive.

V.     Origin. Place an "X" in one of the seven boxes.

Original Proceedings. (1) Cases which originate in the United States district courts.

Removed from State Court. (2) Proceedings initiated in state courts may be removed to the district courts under Title 28 U.S.C., Section 1441. When the petition for removal is granted, check this box.

Remanded from Appellate Court. (3) Check this box for cases remanded to the district court for further action. Use the date of remand as the filing date.

Reinstated or Reopened. (4) Check this box for cases reinstated or reopened in the district court. Use the reopening date as the filing date.

Transferred from Another District. (5) For cases transferred under Title 28 U.S.C. Section 1404(a). Do not use this for within district transfers or multidistrict litigation transfers.

Multidistrict Litigation. (6) Check this box when a multidistrict case is transferred into the district under authority of Title 28 U.S.C. Section 1407. When this box is checked, do not check (5) above.

Appeal to District Judge from Magistrate Judgment. (7) Check this box for an appeal from a magistrate judge's decision.

VI.     Cause of Action. Report the civil statute directly related to the cause of action and give a brief description of the cause. Do not cite jurisdictional statutes unless diversity.     Example:     U.S. Civil Statute: 47 USC 553
                                                                       Brief Description: Unauthorized reception of cable service

VII.     Requested in Complaint. Class Action. Place an "X" in this box if you are filing a class action under Rule 23, F.R.Cv.P.

Demand. In this space enter the dollar amount (in thousands of dollars) being demanded or indicate other demand such as a preliminary injunction.

Jury Demand. Check the appropriate box to indicate whether or not a jury is being demanded.

VIII.     Related Cases. This section of the JS 44 is used to reference related pending cases if any. If there are related pending cases, insert the docket numbers and the corresponding judge names for such cases.

Date and Attorney Signature. Date and sign the civil cover sheet.

**Complaints and Other Initiating Documents**
4:10-cv-02622 VO, ET AL v. BP, PLC et al



302242
LA

## U.S. District Court

### SOUTHERN DISTRICT OF TEXAS

### Notice of Electronic Filing

The following transaction was entered by Watts, Mikal on 7/23/2010 at 12:47 PM CDT and filed on 7/23/2010
**Case Name:** VO, ET AL v. BP, PLC et al
**Case Number:** 4:10-cv-02622
**Filer:** TUNG VO, ET AL
**Document Number:** 1

**Docket Text:**
**COMPLAINT against BP America, Inc., BP Exploration and Production, Inc., BP Products North America, Inc., BP, PLC, Cameron International Corporation, Halliburton Energy Services, Inc., Transocean Deepwater, Inc., Transocean Offshore Deepwater Drilling, Inc., Transocean, Ltd. (Filing fee $ 350 receipt number 0541-6688344) filed by TUNG VO, ET AL. (Attachments: # (1) Exhibit Ex A, # (2) Civil Cover Sheet)(Watts, Mikal)**

**4:10-cv-02622 Notice has been electronically mailed to:**

Mikal C Watts    mcwatts@wgclawfirm.com, gpalmer@wgclawfirm.com

**4:10-cv-02622 Notice has not been electronically mailed to:**

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1045387613 [Date=7/23/2010] [FileNumber=11109450-
0] [49abb0f26cf5971f0466b046dcd7f8046bab8dfe05c95ff6fe661e09eef010308f
9e2695641f2c78569722af4574898f876db0d3028853974cf517c8709a4de9]]
**Document description:** Exhibit Ex A
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1045387613 [Date=7/23/2010] [FileNumber=11109450-
1] [604bf12607b7f000c3ca757d6cea2d2030e304fdef3f12ed3638a0647a0c78e052
e7575cfdad5ccbb20c6b1fcd41483aad29bf3ab82592f6f69b15ea328c2878]]
**Document description:** Civil Cover Sheet
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1045387613 [Date=7/23/2010] [FileNumber=11109450-
2] [352d4043ec5747ef350fb7b9ea272bf74905340816210f27c598ffdcb0fcff4d24
734c0299697bd805781c09a8e138833447a212fdc510dbd4074875451e46f7]]



From: paygovadmin@mail.doc.twai.gov
Subject: **Pay.Gov Payment Confirmation**
Date: July 23, 2010 12:47:00 PM CDT
To: "gpalmer@wgclawfirm.com" <gpalmer@wgclawfirm.com>

THIS IS AN AUTOMATED MESSAGE. PLEASE DO NOT REPLY.

Your transaction has been successfully completed.

Transaction Summary

Application Name: TXSD CM ECF
Pay.gov Tracking ID: 25169DGI
Agency Tracking ID: 0541-6688344

Account Holder Name: Ryan L Thompson
Transaction Type: Sale
Transaction Amount: $350.00
Billing Address: 4 Dominion Drive, Building 3
Billing Address 2: Suite 100
City: San Antonio
State/Province: TX
Zip/Postal Code: 78257
Country: USA
Card Type: American Express
Card Number: ***********1128
Transaction Date: Jul 23, 2010 1:47:00 PM

From: DCECF_LiveDB@txs.uscourts.gov
Subject: **Activity in Case 4:10-cv-02622 VO, ET AL v. BP, PLC et al Complaint**
Date: July 23, 2010 12:47:16 PM CDT
To: DC_Notices@txs.uscourts.gov

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.
***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

### U.S. District Court

### SOUTHERN DISTRICT OF TEXAS

Notice of Electronic Filing

The following transaction was entered by Watts, Mikal on 7/23/2010 at 12:47 PM CDT and filed on 7/23/2010
**Case Name:** VO, ET AL v. BP, PLC et al
**Case Number:** 4:10-cv-02622
**Filer:** TUNG VO, ET AL
**Document Number:** 1

**Docket Text:**
COMPLAINT against BP America, Inc., BP Exploration and Production, Inc., BP Products North America, Inc., BP, PLC, Cameron International Corporation, Halliburton Energy Services, Inc., Transocean Deepwater, Inc., Transocean Offshore Deepwater Drilling, Inc., Transocean, Ltd. (Filing fee $ 350 receipt number 0541-6688344) filed by TUNG VO, ET AL. (Attachments: # (1) Exhibit Ex A, # (2) Civil Cover Sheet)(Watts, Mikal)

**4:10-cv-02622 Notice has been electronically mailed to:**

Mikal C Watts    mcwatts@wcclawfirm.com, gpalmer@wgclawfirm.com

**4:10-cv-02622 Notice has not been electronically mailed to:**

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1045387613 [Date=7/23/2010] [FileNumber=11109450-0] [49abb0f26cf5971f0466b046dcd7f8046bab8dfe05c95ff6fe661e09eef010308f
9e2695641f2c78569722af4574898f876db0d3028853974cf517c8709a4de9]]
**Document description:**Exhibit Ex A
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1045387613 [Date=7/23/2010] [FileNumber=11109450-1] [604bf12607b7f000c3ca757d6cea2d2030e304fdef3f12ed3638a0647a0c78e052
e7575cfdad5ccbb20c6b1fcd41483aad29bf3ab82592f6f59b15ea328c2878]]
**Document description:**Civil Cover Sheet
**Original filename:**n/a
**Electronic document Stamp:**

[STAMP dcecfStamp_ID=1045367613 [Date=7/23/2010] [FileNumber=11109450-2] [352d4043ec5747ef350fb7b9ea272bf74905340816210f27c598ffdcb0fcff4d24 734c0299697bd805781c09a8e138833447a212fdc510dbd4074875451e46f7]]

## IN THE UNITED STATES DISTRICT COURT FOR THE
## SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | |
|---|---|
| TUNG VO, ET AL; | § |
| | § |
| Plaintiffs, | § |
| | § |
| vs. | § |
| | § |
| BP, P.L.C.; BP EXPLORATION AND | § |
| PRODUCTION, INC.; BP AMERICA, | § |
| INC.; BP PRODUCTS NORTH | § Civil Action No. |
| AMERICA, INC.; TRANSOCEAN, LTD.; | § |
| TRANSOCEAN DEEPWATER, INC.; | § JURY TRIAL REQUESTED |
| TRANSOCEAN OFFSHORE | § |
| DEEPWATER DRILLING, INC.; | § |
| HALLIBURTON ENERGY SERVICES, | § |
| INC.; AND CAMERON | § |
| INTERNATIONAL CORPORATION | § |
| F/K/A COOPER CAMERON | § |
| CORPORATION; | § |
| | § |
| Defendants. | § |

### PLAINTIFFS' ORIGINAL COMPLAINT

TO THE HONORABLE JUDGE OF SAID COURT:

Plaintiffs, Tung Vo and all individuals named in Exhibit A, attached hereto, file this their Original Complaint against Defendants BP, p.l.c.; BP Exploration and Production, Inc.; BP America, Inc.; BP Products North America, Inc.; Transocean, Ltd.; Transocean Deepwater, Inc.; Transocean Offshore Deepwater Drilling, Inc.; Halliburton Energy Services, Inc. and Cameron International Corporation f/k/a Cooper Cameron Corporation; and in support of their causes of action, respectfully show the following:

### I.
### PARTIES

#### A. Plaintiffs

1.1 Plaintiffs Tung Vo and all individuals named in Exhibit A, attached hereto, are commercial fisherman, including oystermen and shrimpers, who own or

Louisiana Commercial Fisherman – 3

1

work on commercial fishing boats that operate in the area affected by Defendants'
conduct. Plaintiffs are and were citizens of the State of Louisiana at all times relevant to
this lawsuit.

## B.   Defendants

1.2     Defendant BP p.l.c. is a foreign corporation doing business in Texas, and is
incorporated under the laws of England. Service of process on Defendant BP p.l.c. is
proper through the means authorized by the Hague Convention On the Service Abroad
of Judicial Extrajudicial Docs in Civil or Commercial Matters.

1.3     Defendant BP Exploration and Production, Inc. is a foreign corporation
doing business in Texas and maintains its principal place of business in the Southern
District of Texas at 501 Westlake Park Boulevard, Houston, Texas 77079. Defendant BP
Exploration and Production Inc. may be served with process through its registered
agent for service C T Corporation System, at 350 North St. Paul Street, Dallas, Texas
75201.

1.4     Defendant BP America, Inc. is a foreign corporation doing business in
Texas and maintains its principal place of business in the Southern District of Texas at
501 Westlake Park Boulevard, Houston, Texas 77079. Defendant BP America, Inc. may
be served with process through its registered agent for service C T Corporation System,
at 350 North St. Paul Street, Dallas, Texas 75201.

1.5     Defendant BP North America, Inc. is a foreign corporation doing business
in Texas and maintains its principal place of business in the Southern District of Texas
at 501 Westlake Park Boulevard, Houston, Texas 77079. Defendant BP Products North
America, Inc. may be served with process through its registered agent for service C T
Corporation System, at 350 North St. Paul Street, Dallas, Texas 75201.

1.6     Defendant Transocean, Ltd. is a foreign corporation doing business in

2

Texas, and is incorporated under the laws of Switzerland. Service of process on Defendant Transocean, Ltd. is proper through the means authorized by the Hague Convention On the Service Abroad of Judicial Extrajudicial Docs in Civil or Commercial Matters.

1.7 Defendant Transocean Deepwater, Inc. is a foreign corporation doing business in Texas and maintains its principal place of business in the Southern District of Texas at 4 Greenway Plaza, Houston, Texas 77046. Defendant Transocean Deepwater, Inc. may be served with process by and through their counsel of record: Frank A. Piccolo, Wesleyan Tower, 24 Greenway Plaza, Ste 2050, Houston, Texas 77046.

1.8 Defendant Transocean Offshore Deepwater Drilling, Inc. is a foreign corporation doing business in Texas and maintains its principal place of business in the Southern District of Texas at 4 Greenway Plaza, Houston, Texas 77046. Defendant Transocean Offshore Deepwater Drilling, Inc. may be served with process by and through their counsel of record: Frank A. Piccolo, Wesleyan Tower, 24 Greenway Plaza, Ste 2050, Houston, Texas 77046.

1.9 Defendant Halliburton Energy Services, Inc. is a foreign corporation doing business in Texas. Defendant Halliburton Energy Services, Inc. (hereinafter referred to as "Halliburton") may be served with process through its registered agent for service C T Corporation System, at 350 North St. Paul Street, Dallas, Texas 75201.

1.10 Defendant Cameron International Corporation f/k/a Cooper Cameron Corporation (hereinafter referred to as "Cameron") is a foreign corporation doing business in Texas and maintains it principal place of business in the Southern District of Texas at 1333 West Loop S # 1700 Houston, Texas 77027. Defendant Cameron may be served with process through its registered agent for service: CT Corporation System, 350 N. St. Paul Street, Dallas, Texas 75201.

Louisiana Commercial Fisherman – 3

3

## II.
## JURISDICTION AND VENUE

2.1     Jurisdiction is appropriate in this Court by virtue of 28 U.S.C. § 1332(d)(3) and the Class Action Fairness Act ("CAFA"). At least one Plaintiff is a citizen of a different state than at least one Defendant, and the aggregated amount in controversy in this action exceeds five million dollars, ($5,000,000), exclusive of interest and costs.

2.2     Venue is proper in the Southern District of Texas under 28 U.S.C. § 1391(a)(3) as this is a judicial district where at least one defendant is subject to personal jurisdiction at the time the action accrued.

2.3     This Court has personal jurisdiction over Defendants because they have substantial and continuous contacts with this district so as to satisfy both general and specific minimum contact, and exercising jurisdiction over Defendants does not offend the traditional notions of fair play and substantial justice.

## III.
## FACTUAL ALLEGATIONS

3.1     Upon information and belief, BP, p.l.c., BP Production and Exploration, Inc., BP Products North America, Inc., and BP America, Inc. (hereinafter collectively referred to as "BP") are the holders of an an oil and gas lease granted by the Minerals Management Service. BP leased Deepwater Horizon, a semi-submersible mobile drilling rig, from its owners/operators Transocean, Ltd., Transocean Offshore Deepwater Drilling, Inc., and Transocean Deepwater, Inc. (hereinafter collectively referred to as "Transocean") to drill a well pursuant to the above mentioned lease.

3.2     Upon information and belief, on April 20, 2010 at approximately 10 p.m., an explosion and fire occurred on Deepwater Horizon, resulting in the sinking of the semi-submersible mobile drilling rig. Prior to the explosion, Defendant Halliburton was engaged by BP and Transocean to conduct cementing operations on the well.

Although Halliburton had stated that it completed the final stage of cementation and integrity tests had been performed on the well, in fact, at the time of the explosion, placement of a final cement casing plug had not yet occurred.

3.3     Upon information and belief, after the explosion, the blowout preventer ("BOP"), a wellhead safety device manufactured by Cameron and used to seal pipes carrying subsea oil and gas, failed to properly engage and prevent the uncontrolled release of oil into the Gulf of Mexico.

3.4     Upon information and belief, the explosion and blowout preventer failure commenced an oil spill that has resulted in the daily release of approximately 12,000 to 19,000 barrels of oil per day into the Gulf of Mexico. The size of the Deepwater Horizon oil plume has eclipsed ExxonValdez to become the largest oil spill in United States history.

3.5     Defendants knew of the dangers of deep water drilling, and the incidents described above were caused by the combined negligence of all named Defendants, rendering them jointly, severally and *in solido* liable to Plaintiffs.

### IV.
### NEGLIGENCE – ALL DEFENDANTS

4.1     Plaintiffs incorporate by reference all preceding paragraphs as if fully set forth herein and further allege as follows:

4.2     Defendants were, directly or indirectly, negligent in the operation of the Deepwater Horizon in the Gulf of Mexico, and have negligently discharged millions of barrels of oil into the waters of the Gulf of Mexico.  The resulting widespread contamination from the oil spill has devastated the economic livelihood of Plaintiffs.

4.3     Deepwater Horizon, its pipes, casing, the well it was drilling, and all of the related equipment and materials, including its safety and spill prevention devices,

were in the care, custody, and control of Defendants at the time of the incidents giving rise to this action.

4.4     Defendants owed a duty of reasonable care to Plaintiffs to exercise reasonable care in the design, construction, operation, management, use, maintenance, and inspection of Deepwater Horizon, its pipes, casings, the well it was drilling, and all of the related equipment and materials, including its safety and spill prevention measures and devices.

4.5     Defendants, through their agents, servants and employees, further breached their duty by:

      a.     Failing to properly operate the Deepwater Horizon;

      b.     Failing to properly inspect the Deepwater Horizon to assure that its equipment were operable and fit for their intended purpose;

      c.     Failing to ascertain that the Deepwater Horizon and its equipment were free from defects or in proper working order;

      d.     Failing to implement policies and procedures to safely conduct offshore operations in the Gulf of Mexico;

      e.     Failing to promulgate, implement and enforce rules and regulations pertaining to the safe operations of the Deepwater Horizon which, if they had been so promulgated, implemented and enforced, would have averted the fire, explosion, sinking and oil spill;

      f.     Failing to appropriately hire and adequately train personnel charged with operating Deepwater Horizon;

      g.     Failing to timely bring the oil release under control;

      h.     Failing to timely warn of the release of oil;

6

i.      Failing to properly respond to the release and take necessary actions to mitigate the danger surrounding community; and

j.      Such other acts of negligence and omissions as will be shown at the trial of this matter.

4.6     In the alternative, Plaintiff, reiterating and realleging each and every allegation set forth above, avers the applicability of the doctrine of *res ipsa loquitur*.

## V.
## GROSS NEGLIGENCE – BP & TRANSOCEAN

5.1     Plaintiffs incorporate by reference all preceding paragraphs as if fully set forth herein and further allege as follows:

5.2     BP and Transocean committed not only the acts and omissions of negligence enunciated above, but also acts of gross negligence, which are a proximate cause of the economic injuries sustained by Plaintiffs, and for which Plaintiffs are entitled to recover punitive damages.

5.3     BP and Transocean knew that their actions and omissions created unsafe and hazardous conditions. BP and Transocean did nothing to remedy the unsafe conditions even though they had knowledge of them prior to the incident. BP and Transocean's acts and omissions in this regard, when viewed objectively from the standpoint of BP, involved an extreme degree of risk, considering the probability and magnitude of potential harm to others. BP and Transocean had actual, subjective awareness of the risk involved, but nevertheless proceeded with conscious indifference to the rights, safety, or welfare of others, including Plaintiffs.

## VI.
## STRICT LIABILITY FOR ABNORMALLY DANGEROUS
## ACTIVITY – ALL DEFENDANTS

6.1     Plaintiffs incorporate by reference all preceding paragraphs as if fully set forth herein and further allege as follows:

6.2     Deepwater Horizon drilling operations involved abnormally dangerous activities and:

a.     such activities created a high degree of risk of harm to Plaintiffs;

b.     such activities involved a likelihood that the harm threatened by Defendants' conduct would be great;

c.     such activities involved practices not common nor prevalent in Florida; and

d.     any value of such activities was outweighed by the abnormal risk of harm and actual harm suffered by Plaintiffs.

6.3     Defendants were involved in abnormally dangerous activities because Defendants' operations created an abnormal risk of physical harm to the natural resources of the Gulf Coast, coastal and shore areas, and contiguous environments. The physical harm is characteristic of the risk posed by Defendants' operations, which has been suffered as a result of the Deepwater Horizon oil plume.

## VII.
## LOUISIANA PRODUCTS LIABILITY ACT - CAMERON

7.1     Plaintiffs incorporate by reference all preceding paragraphs as if fully set forth herein and further allege as follows:

7.2     At all times relevant hereto, Defendant Cameron designed, manufactured and supplied the defective BOP that was used on Deepwater Horizon and failed to operate as intended in violation of the Louisiana Products Liability Act, La. Rev. Stat.

8

9:2800.51, *et seq.* Plaintiffs allege that this BOP was defective as manufactured and designed and this defect was a proximate cause of the Deepwater Horizon oil spill and the economic injuries sustained by Plaintiffs. Further, Cameron failed to warn the other Defendants that this BOP would not work as intended.

## VIII.
## OIL POLLUTION ACT

8.1    In addition to the state claims alleged herein, Plaintiffs anticipate that they will ultimately assert claims under the Oil Pollution Act, 33 U.S.C. § 2701 *et seq.*, but such claims are not yet ripe.

## IX.
## DAMAGES

9.1    Prior to the incident described above, the Gulf of Mexico was one of the most prolific fishing grounds for Plaintiffs and was the source of large quantities of, among other species, Red Snapper and Grouper. As a result of the above described incidents, the fisheries and other natural resources in the Gulf of Mexico have been harmed to the extent that Plaintiffs are prevented from commercially fishing in the Gulf of Mexico, and Plaintiffs have sustained economic harm in the form of lost profits or impairment of earning capacity.

9.2    Plaintiffs are entitled to recover such economic damages for this and future economic harm, and are also entitled to recover damages against Cameron compensable for its violations to the Louisiana Products Liability Act.

## X.
## PUNITIVE DAMAGES

10.1   Because BP and Transocean are guilty of gross negligence, they should have punitive damages assessed against them in an amount deemed appropriate by the jury.

## XI.
## JURY DEMAND

11.1    Plaintiffs request a trial by jury.

## XII.
## PRAYER

12.1    WHEREFORE, PREMISES CONSIDERED, Plaintiffs pray that Defendants be cited to appear and answer herein, that this cause be set down for trial before a jury, and that Plaintiffs recover judgment of and from Defendants for their damages, in such amount as the evidence may show and the jury may determine to be proper, together with pre-judgment interest and post-judgment interest, costs of suit, and such other and further relief to which Plaintiffs may show to be entitled, whether at law or in equity.

Respectfully submitted:

/s/ Mikal C. Watts

Mikal C. Watts
State Bar No. 20981820
Federal Bar No. 12419
MCWatts@wgclawfirm.com

ATTORNEY IN CHARGE

J. Hunter Craft
State Bar No. 24012466
Federal Bar No. 24377
HCraft@wgclawfirm.com

Emily C. Jeffcott
State Bar No. 24069993
Federal Bar No. 1069933
EJeffcott@wgclawfirm.com

ATTORNEYS FOR PLAINTIFFS

OF COUNSEL:

WATTS GUERRA CRAFT LLP
2506 North Port Avenue
Corpus Christi, Texas 78401
Phone: 361-693-3100
Fax:    361-882-1261

11

# Exhibit A

| Case ID | Client Name | County | ST |
|---------|-------------|--------|-----|
| 266257 | Tung Vo | Calcasieu | LA |
| 280965 | Tung Dang | Calcasieu | LA |
| 263203 | Trung Ba Le | Cameron | LA |
| 262465 | Mei Chung | East Baton Rouge | LA |
| 266265 | Jr Vu | East Baton Rouge | LA |
| 288219 | Li Ho | East Baton Rouge | LA |
| 288241 | Giang Nguyen | East Baton Rouge | LA |
| 288279 | Kim Nguyen | East Baton Rouge | LA |
| 288286 | Jimmy Nguyen | East Baton Rouge | LA |
| 288303 | Hoa Vu | East Baton Rouge | LA |
| 288324 | Duc Le | East Baton Rouge | LA |
| 281119 | Khen Tran | Iberia | LA |
| 281186 | Thom Tran | Iberia | LA |
| 262458 | Sau Le | Jefferson | LA |
| 266260 | Kiet Do | Jefferson | LA |
| 280524 | Uyen N Dang | Jefferson | LA |
| 280525 | Viet Dang | Jefferson | LA |
| 280526 | Vincent Dang | Jefferson | LA |
| 280528 | Jr Do | Jefferson | LA |
| 280529 | Hanh Huynh | Jefferson | LA |
| 280530 | Hoanz D Huynh | Jefferson | LA |
| 280533 | Bal C Do | Jefferson | LA |
| 280535 | Chunz Bao | Jefferson | LA |
| 280536 | Tam M Phan | Jefferson | LA |
| 280537 | Tommy N Phan | Jefferson | LA |
| 280538 | Thuy V Phan | Jefferson | LA |
| 280539 | Thanh N Phan | Jefferson | LA |
| 280540 | Thanh S Phan | Jefferson | LA |
| 280547 | Nhan T Do | Jefferson | LA |
| 280548 | Song Q Do | Jefferson | LA |
| 280549 | Tai T Do | Jefferson | LA |
| 280550 | Thuan N Do | Jefferson | LA |
| 280551 | Tu T Do | Jefferson | LA |
| 280555 | Lee Phan | Jefferson | LA |
| 280556 | Troung D Phan | Jefferson | LA |
| 280557 | My L Phan | Jefferson | LA |
| 280558 | Son T Phan | Jefferson | LA |
| 280559 | Tony Vu Phan | Jefferson | LA |
| 280560 | Binh Do | Jefferson | LA |
| 280565 | Jeannie Huynh | Jefferson | LA |
| 280566 | Kevin Huynh | Jefferson | LA |
| 280577 | Nhien T Hoang | Jefferson | LA |
| 280597 | Mikey M Van | Jefferson | LA |
| 280618 | Phu Q Huynh | Jefferson | LA |
| 280619 | Phuong V Huynh | Jefferson | LA |
| 280620 | Quan Huynh | Jefferson | LA |

# Exhibit A

| Case ID | Client Name | County | ST |
|---------|-------------|--------|-----|
| 280624 | Phan Huynh | Jefferson | LA |
| 280625 | Ngoc Huynh | Jefferson | LA |
| 280626 | Nghep V Huynh | Jefferson | LA |
| 280627 | Cethu T Huynh | Jefferson | LA |
| 280628 | Long H Huynh | Jefferson | LA |
| 280629 | Meu N Huynh | Jefferson | LA |
| 280630 | Lanh T Huynh | Jefferson | LA |
| 280632 | Troy D Van | Jefferson | LA |
| 280633 | Chung Manh | Jefferson | LA |
| 280634 | Vu A Vuong | Jefferson | LA |
| 280782 | Tan N Trinh | Jefferson | LA |
| 280811 | Hao T Lam | Jefferson | LA |
| 280813 | Thien Lam | Jefferson | LA |
| 280814 | Son T Huynh | Jefferson | LA |
| 280815 | Sonny Huynh | Jefferson | LA |
| 280816 | Tam Huynh | Jefferson | LA |
| 280817 | Thanh Huynh | Jefferson | LA |
| 280818 | Thanh V Huynh | Jefferson | LA |
| 280819 | Thanh Huynh | Jefferson | LA |
| 280820 | Thanh V Huynh | Jefferson | LA |
| 280821 | Thanh X Huynh | Jefferson | LA |
| 280822 | Thom V Huynh | Jefferson | LA |
| 280823 | Timothy V Huynh | Jefferson | LA |
| 280824 | Trang N Huynh | Jefferson | LA |
| 280825 | Van Huynh | Jefferson | LA |
| 280848 | Cindy Huynh | Jefferson | LA |
| 280849 | David Huynh | Jefferson | LA |
| 280850 | Hien V Dang | Jefferson | LA |
| 280851 | Huyen X Dang | Jefferson | LA |
| 280852 | Lee N Dang | Jefferson | LA |
| 280853 | Huong N Dang Jr. | Jefferson | LA |
| 280854 | Kha T Dang | Jefferson | LA |
| 280855 | Liem Dang | Jefferson | LA |
| 280856 | Long N Dang | Jefferson | LA |
| 280857 | Lynn N Dang | Jefferson | LA |
| 280858 | Michael H Dang | Jefferson | LA |
| 280859 | Michael H Dang | Jefferson | LA |
| 280860 | Nene Dang | Jefferson | LA |
| 280861 | Nga T Dang | Jefferson | LA |
| 280862 | Nhat Dang | Jefferson | LA |
| 280863 | Sam Dang | Jefferson | LA |
| 280864 | Thai Dang | Jefferson | LA |
| 280865 | Thao Dang | Jefferson | LA |
| 280866 | Theresa Dang | Jefferson | LA |
| 280867 | Van B Dang | Jefferson | LA |
| 280868 | Vi Dang | Jefferson | LA |

1724 BP-LA                                    2

# Exhibit A

| Case ID | Client Name | County | ST |
|---|---|---|---|
| 280869 | Kim Thuy | Jefferson | LA |
| 280870 | Bich T Dinh | Jefferson | LA |
| 280871 | Christopher M Dinh | Jefferson | LA |
| 280872 | Duc V Dinh | Jefferson | LA |
| 280874 | Hien Dinh | Jefferson | LA |
| 280875 | Bich Dinh | Jefferson | LA |
| 280877 | Minh D Lam | Jefferson | LA |
| 280880 | Tam D Lam | Jefferson | LA |
| 280889 | Charl A Do | Jefferson | LA |
| 280897 | Allen D Nguyen | Jefferson | LA |
| 280898 | Anh B Trinh | Jefferson | LA |
| 280899 | Hien Q Trinh | Jefferson | LA |
| 280900 | Hoai V Trinh | Jefferson | LA |
| 280901 | My T Trinh | Jefferson | LA |
| 280902 | Nancy M Trinh | Jefferson | LA |
| 280903 | Nga Trinh | Jefferson | LA |
| 280904 | Phillip Trihn | Jefferson | LA |
| 280907 | Dung V Huynh | Jefferson | LA |
| 280909 | Tony Bao | Jefferson | LA |
| 280912 | Thi Q Pham | Jefferson | LA |
| 280913 | Trung D Phan | Jefferson | LA |
| 280914 | John T Phan | Jefferson | LA |
| 280915 | Allen Phan | Jefferson | LA |
| 280955 | Anh T Huynh | Jefferson | LA |
| 280956 | Be X Huynh | Jefferson | LA |
| 280957 | Can V Huynh | Jefferson | LA |
| 280958 | Cao Huynh | Jefferson | LA |
| 280959 | Chau Huynh | Jefferson | LA |
| 280960 | Chi Huynh | Jefferson | LA |
| 280961 | Christine Huynh | Jefferson | LA |
| 280963 | Kim Thi Vo | Jefferson | LA |
| 281100 | Hung Le | Jefferson | LA |
| 281101 | Hoang Le | Jefferson | LA |
| 281177 | Danh Ho | Jefferson | LA |
| 281219 | Khoa Le | Jefferson | LA |
| 281231 | Dung Bui | Jefferson | LA |
| 281242 | Duyen Bui | Jefferson | LA |
| 281260 | Dung Nguyen | Jefferson | LA |
| 281261 | Thai Nguyen | Jefferson | LA |
| 281263 | Lan Nguyen | Jefferson | LA |
| 281264 | Nhieu Hoang | Jefferson | LA |
| 281265 | Ngoc Nguyen | Jefferson | LA |
| 281266 | Cuong Nguyen | Jefferson | LA |
| 281267 | Loc Nguyen | Jefferson | LA |
| 281268 | Trang Tran | Jefferson | LA |
| 281285 | Nghi Tran | Jefferson | LA |

# Exhibit A

| Case ID | Client Name | County | ST |
|---------|-------------|--------|-----|
| 281311 | Nhan Do | Jefferson | LA |
| 281312 | Ngo Do | Jefferson | LA |
| 281313 | Nghia Do | Jefferson | LA |
| 281314 | Ming Do | Jefferson | LA |
| 281315 | Loan Do | Jefferson | LA |
| 281316 | Julie Do | Jefferson | LA |
| 281317 | Kim Do | Jefferson | LA |
| 281318 | Ky Do | Jefferson | LA |
| 281320 | Ivy Do | Jefferson | LA |
| 281333 | Lien Hoang | Jefferson | LA |
| 281345 | Tuyen Do | Jefferson | LA |
| 281346 | Vu Do | Jefferson | LA |
| 281347 | Yenni Do | Jefferson | LA |
| 281348 | Theo Do | Jefferson | LA |
| 281349 | Tinh Do | Jefferson | LA |
| 281350 | Peter Do | Jefferson | LA |
| 281371 | David D Tran | Jefferson | LA |
| 281372 | Daniel R Tran | Jefferson | LA |
| 281373 | Danh N Tran | Jefferson | LA |
| 281374 | Cuong H Tran | Jefferson | LA |
| 281375 | Cong P Tran | Jefferson | LA |
| 281376 | Cong Tran | Jefferson | LA |
| 281377 | Chuont Tran | Jefferson | LA |
| 281378 | Chu Tran | Jefferson | LA |
| 281379 | Chau Tran | Jefferson | LA |
| 281380 | Can Tran | Jefferson | LA |
| 281381 | Bich T Tran | Jefferson | LA |
| 281382 | Benjamin T Tran | Jefferson | LA |
| 281383 | Batchtuyet Tran | Jefferson | LA |
| 281384 | An Tran | Jefferson | LA |
| 281385 | Augustine Tran | Jefferson | LA |
| 281400 | Hung D Tran | Jefferson | LA |
| 281401 | Hoang Tran | Jefferson | LA |
| 281402 | Hoa T Tran | Jefferson | LA |
| 281403 | Ho Tran | Jefferson | LA |
| 281404 | Hien Tran | Jefferson | LA |
| 281405 | Hanh Tran | Jefferson | LA |
| 281406 | Hai Tran | Jefferson | LA |
| 281407 | Dung H Tran | Jefferson | LA |
| 281408 | Duc Tran | Jefferson | LA |
| 281409 | Dien Tran | Jefferson | LA |
| 281422 | Sang Hoang | Jefferson | LA |
| 281423 | Than Hoang | Jefferson | LA |
| 281424 | Doi V Tran | Jefferson | LA |
| 281426 | Tien Hoang | Jefferson | LA |
| 281427 | Mary Hoang | Jefferson | LA |

# Exhibit A

| Case ID | Client Name | County | ST |
|---------|-------------|--------|----|
| 281428 | Minh Hoang | Jefferson | LA |
| 281429 | Lien N Hoang | Jefferson | LA |
| 281430 | Linda K Hoang | Jefferson | LA |
| 281432 | Tony Hoang | Jefferson | LA |
| 281433 | Tot Hoang | Jefferson | LA |
| 281434 | Ouang Hoang | Jefferson | LA |
| 281438 | Tot Hoang | Jefferson | LA |
| 281446 | Nhung Hoang | Jefferson | LA |
| 281461 | Khang D Tran | Jefferson | LA |
| 281462 | Khai D Tran | Jefferson | LA |
| 281463 | Khac V Tran | Jefferson | LA |
| 281464 | Kevin Tran | Jefferson | LA |
| 281465 | K Tran | Jefferson | LA |
| 281466 | Jim T Tran | Jefferson | LA |
| 281467 | Hung T Tran | Jefferson | LA |
| 281468 | Huoy Tran | Jefferson | LA |
| 281469 | Huong Tran | Jefferson | LA |
| 281475 | Kiet A Tran | Jefferson | LA |
| 281477 | Khanh Dang | Jefferson | LA |
| 281483 | Huyen Do | Jefferson | LA |
| 281484 | Jenni Dang | Jefferson | LA |
| 281485 | Chieu Do | Jefferson | LA |
| 281486 | Chuong Do | Jefferson | LA |
| 281487 | Dung Do | Jefferson | LA |
| 281488 | Emily Do | Jefferson | LA |
| 281489 | Lin Dang | Jefferson | LA |
| 281490 | Peter Dang | Jefferson | LA |
| 281491 | Mimi Dang | Jefferson | LA |
| 281492 | Phong Dang | Jefferson | LA |
| 281493 | Mimi Dang | Jefferson | LA |
| 281494 | Quyen Dang | Jefferson | LA |
| 281495 | Canh Do | Jefferson | LA |
| 281496 | Can Trin | Jefferson | LA |
| 281497 | Vuyen Hoang | Jefferson | LA |
| 281498 | Truong Hoang | Jefferson | LA |
| 281499 | Ha Do | Jefferson | LA |
| 281500 | Giao Do | Jefferson | LA |
| 281501 | Ha Do | Jefferson | LA |
| 281502 | Eric Dang | Jefferson | LA |
| 281503 | Diep Dang | Jefferson | LA |
| 281504 | Uyen Phan | Jefferson | LA |
| 281505 | Den Dang | Jefferson | LA |
| 281506 | Robert Phan | Jefferson | LA |
| 281507 | Michelle Phan | Jefferson | LA |
| 281508 | Trung Phan | Jefferson | LA |
| 281509 | Hoang Phan | Jefferson | LA |

1724  BP-LA

# Exhibit A

| Case ID | Client Name | County | ST |
|---------|-------------|--------|-----|
| 281510 | Jimmy Phan | Jefferson | LA |
| 281511 | Nam Phan | Jefferson | LA |
| 281512 | Lien Do | Jefferson | LA |
| 281513 | Andy Phan | Jefferson | LA |
| 281514 | Thiem Dang | Jefferson | LA |
| 281515 | Thuy Dang | Jefferson | LA |
| 281516 | Tien Dang | Jefferson | LA |
| 281517 | Tina Dang | Jefferson | LA |
| 281519 | Tran Dang | Jefferson | LA |
| 281520 | Tuyen Dang | Jefferson | LA |
| 281521 | Tuyet Dang | Jefferson | LA |
| 281522 | Ty Dang | Jefferson | LA |
| 281523 | Uyen Dang | Jefferson | LA |
| 281596 | Eddie H Trinh | Jefferson | LA |
| 288217 | Eric Trinh | Jefferson | LA |
| 288226 | Bich Khuc Nguyen | Jefferson | LA |
| 288276 | Tuan Tran | Jefferson | LA |
| 288282 | Johnny Nguyen | Jefferson | LA |
| 288290 | Huyen Nguyen | Jefferson | LA |
| 288335 | Nhon Tran | Jefferson | LA |
| 288345 | Thin Nguyen | Jefferson | LA |
| 288465 | Lamar Armstrong | Jefferson | LA |
| 288545 | Nanette L Phan | Jefferson | LA |
| 288616 | Hoa Nhu Thi Nguyen | Jefferson | LA |
| 288683 | Diem Tran | Jefferson | LA |
| 288688 | Mary Mcdonald | Jefferson | LA |
| 288716 | Tam Nguyen | Jefferson | LA |
| 266281 | Minh Ngoc Bui | Lafourche | LA |
| 274849 | Huy Phan | Lafourche | LA |
| 274874 | Dung T Cao | Lafourche | LA |
| 275039 | Thai V Nguyen | Lafourche | LA |
| 276047 | Binh Le | Lafourche | LA |
| 278563 | Phong Pham | Lafourche | LA |
| 281415 | Ngoc B Thanh | Lafourche | LA |
| 281417 | Lawrence Chi | Lafourche | LA |
| 288244 | Lien Nguyen | Lafourche | LA |
| 266229 | Nuoi Van Bui | Livingston | LA |
| 259777 | Myle La | Orleans | LA |
| 259779 | Steven B Phan | Orleans | LA |
| 259783 | Tam Phan | Orleans | LA |
| 260336 | Thomas Ohan | Orleans | LA |
| 260342 | David Chu | Orleans | LA |
| 279563 | To Thi Nguyen | Orleans | LA |
| 280039 | Chong Hoang | Orleans | LA |
| 280041 | Dao Do | Orleans | LA |
| 280527 | Lua Hoang | Orleans | LA |

# Exhibit A

| Case ID | Client Name | County | ST |
|---------|-------------|--------|-----|
| 280531 | Tami W Do | Orleans | LA |
| 280532 | Tham Do | Orleans | LA |
| 280534 | Joseph N Bao | Orleans | LA |
| 280541 | Timmy C Do | Orleans | LA |
| 280542 | Thi Do | Orleans | LA |
| 280543 | Nhan Do | Orleans | LA |
| 280544 | Lawrence E Do | Orleans | LA |
| 280545 | Minh So Do | Orleans | LA |
| 280546 | Minh Quan Do | Orleans | LA |
| 280552 | Sy Q Do | Orleans | LA |
| 280553 | Nhan L Do | Orleans | LA |
| 280554 | Nhiem T Do | Orleans | LA |
| 280561 | Ben Xiem Hoang | Orleans | LA |
| 280562 | Harry T Hoang | Orleans | LA |
| 280563 | Anh D Hoang | Orleans | LA |
| 280564 | Lorna Hoang | Orleans | LA |
| 280567 | Manh Hoang | Orleans | LA |
| 280568 | Mark V Hoang | Orleans | LA |
| 280569 | Anh T Hoang | Orleans | LA |
| 280570 | Michael Hoang | Orleans | LA |
| 280571 | Minh N Hoang | Orleans | LA |
| 280572 | Minh T Hoang | Orleans | LA |
| 280573 | Ngo Hoang | Orleans | LA |
| 280574 | Nha Hoang | Orleans | LA |
| 280575 | Nhai T Hoang | Orleans | LA |
| 280576 | Nhiem T Hoang | Orleans | LA |
| 280578 | Phan Hoang | Orleans | LA |
| 280579 | Phil Hoang | Orleans | LA |
| 280580 | Quan H Hoang | Orleans | LA |
| 280581 | Trey Trinh | Orleans | LA |
| 280582 | Trong V Trinh | Orleans | LA |
| 280583 | Xu Trinh | Orleans | LA |
| 280584 | Trang Van | Orleans | LA |
| 280585 | Tham B Hoang | Orleans | LA |
| 280586 | Than H Hoang | Orleans | LA |
| 280587 | Thang Hoang | Orleans | LA |
| 280588 | Thanh N Hoang | Orleans | LA |
| 280589 | Thanh V Hoang | Orleans | LA |
| 280590 | Ricky Hoang | Orleans | LA |
| 280591 | Henry Hoang | Orleans | LA |
| 280592 | Tieu T Hoang | Orleans | LA |
| 280593 | Timmy Hoang | Orleans | LA |
| 280594 | Tinh V Hoang | Orleans | LA |
| 280595 | Carl Van | Orleans | LA |
| 280596 | Hom Van | Orleans | LA |
| 280598 | Don Hoang | Orleans | LA |

# Exhibit A

| Case ID | Client Name | County | ST |
|---------|-------------|--------|-----|
| 280599 | Dinh V Hoang | Orleans | LA |
| 280600 | Van Hoang | Orleans | LA |
| 280601 | Truc Hoang | Orleans | LA |
| 280602 | Hoan Hoang | Orleans | LA |
| 280603 | Hieu Hoang | Orleans | LA |
| 280604 | Hien Hoang | Orleans | LA |
| 280605 | Hang Hoang | Orleans | LA |
| 280606 | Chau Binh Trinh | Orleans | LA |
| 280607 | Dung Q Trinh | Orleans | LA |
| 280608 | Dung Trinh | Orleans | LA |
| 280609 | Christina H Trinh | Orleans | LA |
| 280610 | Hung Trinh | Orleans | LA |
| 280611 | Long Trinh | Orleans | LA |
| 280612 | Mai Trinh | Orleans | LA |
| 280613 | Minh D Trinh | Orleans | LA |
| 280614 | Son Hoang | Orleans | LA |
| 280615 | Tam Hoang | Orleans | LA |
| 280616 | Tao B Hoang | Orleans | LA |
| 280617 | Hoa M Do | Orleans | LA |
| 280621 | Ky Van Hoang | Orleans | LA |
| 280622 | Lam T Hoang | Orleans | LA |
| 280623 | Lan L Hoang | Orleans | LA |
| 280635 | Canh T Hoang | Orleans | LA |
| 280636 | Thet M Hoang | Orleans | LA |
| 280637 | Tran Hoang | Orleans | LA |
| 280638 | Duong T Hoang | Orleans | LA |
| 280779 | Ngoan V Trinh | Orleans | LA |
| 280780 | Quyet P Trinh | Orleans | LA |
| 280781 | Son Trinh | Orleans | LA |
| 280783 | Thomas Trinh | Orleans | LA |
| 280784 | Thom A Trinh | Orleans | LA |
| 280785 | Tho T Trinh | Orleans | LA |
| 280786 | Tommy V Trinh | Orleans | LA |
| 280787 | Tony T Trinh | Orleans | LA |
| 280788 | Chinh Hoang | Orleans | LA |
| 280789 | Chau M Hoang | Orleans | LA |
| 280790 | Canh M Hoang | Orleans | LA |
| 280791 | Bui Hoang | Orleans | LA |
| 280792 | Bach V Hoang | Orleans | LA |
| 280793 | Anh Hoang | Orleans | LA |
| 280794 | Khai T Hoang | Orleans | LA |
| 280795 | Johnny Hoang | Orleans | LA |
| 280801 | Keithan T Hoang | Orleans | LA |
| 280802 | Joe Hoang | Orleans | LA |
| 280803 | Hiep T Hoang | Orleans | LA |
| 280804 | Jimmie Q Hoang | Orleans | LA |

# Exhibit A

| Case ID | Client Name | County | ST |
|---------|-------------|--------|-----|
| 280805 | Huan Hoang | Orleans | LA |
| 280806 | Lam P Hoang | Orleans | LA |
| 280807 | Chien C Lam | Orleans | LA |
| 280808 | Chun Lam | Orleans | LA |
| 280809 | Elvin Lam | Orleans | LA |
| 280810 | Gin Lam | Orleans | LA |
| 280812 | Hein T Lam | Orleans | LA |
| 280845 | Joseph N Bao | Orleans | LA |
| 280873 | Hung Tu Do | Orleans | LA |
| 280876 | Liem A Lam | Orleans | LA |
| 280878 | Phuoc H Lam | Orleans | LA |
| 280879 | Sochem Lam | Orleans | LA |
| 280881 | Thom Q Lam | Orleans | LA |
| 280882 | William E Lam | Orleans | LA |
| 280883 | Wing Lam | Orleans | LA |
| 280884 | Phung Tu | Orleans | LA |
| 280885 | Andrew Do | Orleans | LA |
| 280886 | Bao Do | Orleans | LA |
| 280887 | Brody Do | Orleans | LA |
| 280888 | Cau Do | Orleans | LA |
| 280890 | Chong H Do | Orleans | LA |
| 280891 | Dung K Do | Orleans | LA |
| 280892 | Hoang Do | Orleans | LA |
| 280893 | Hoang Do | Orleans | LA |
| 280894 | Hong T Do | Orleans | LA |
| 280895 | Johnny Do | Orleans | LA |
| 280896 | Dung Thanh Do | Orleans | LA |
| 280905 | Lam Do | Orleans | LA |
| 280906 | Le Do | Orleans | LA |
| 280908 | Tai V Do | Orleans | LA |
| 280911 | Quang Do | Orleans | LA |
| 280916 | Ta P Do | Orleans | LA |
| 280917 | Tho H Do | Orleans | LA |
| 280918 | Thomas S Do | Orleans | LA |
| 280919 | Sam Do | Orleans | LA |
| 280920 | Tommy Do | Orleans | LA |
| 280921 | Tri C Do | Orleans | LA |
| 280922 | Tuy Do | Orleans | LA |
| 280923 | Uc T Do | Orleans | LA |
| 280924 | Vui Do | Orleans | LA |
| 280925 | Hieu D Doan | Orleans | LA |
| 280926 | Richard Doan | Orleans | LA |
| 280927 | Richard A Doan | Orleans | LA |
| 280928 | Son H Doan | Orleans | LA |
| 280929 | Tuan H Doan | Orleans | LA |
| 280966 | Hung Nguyen | Orleans | LA |

# Exhibit A

| Case ID | Client Name | County | ST |
|---|---|---|---|
| 280972 | Lai Le | Orleans | LA |
| 281024 | Khanh T Nguyen | Orleans | LA |
| 281025 | Quang Van Nguyen | Orleans | LA |
| 281029 | Gary Nguyen | Orleans | LA |
| 281031 | Tam Minh Nguyen | Orleans | LA |
| 281033 | Thu Nguyen | Orleans | LA |
| 281114 | John Kan | Orleans | LA |
| 281179 | Vui Thi Do | Orleans | LA |
| 281182 | Minh Van Tran | Orleans | LA |
| 281183 | Anh Ngoc | Orleans | LA |
| 281185 | Jenh Tommy Tran | Orleans | LA |
| 281187 | Vinh Tran | Orleans | LA |
| 281188 | Thuy Do | Orleans | LA |
| 281222 | My Tran | Orleans | LA |
| 281223 | Hang Nguyen | Orleans | LA |
| 281224 | Thu Nguyen | Orleans | LA |
| 281225 | Coi Nguyen | Orleans | LA |
| 281226 | Anthony Nguyen | Orleans | LA |
| 281243 | Thanh Duong | Orleans | LA |
| 281244 | Doan Le | Orleans | LA |
| 281270 | To Thi Nguyen | Orleans | LA |
| 281283 | Khuyen Van Tran | Orleans | LA |
| 281284 | Anh Vu | Orleans | LA |
| 281442 | Cuong Hoang | Orleans | LA |
| 281448 | Khai T Hoang | Orleans | LA |
| 281449 | Diam Hoang | Orleans | LA |
| 281590 | Nong Hoang | Orleans | LA |
| 281601 | Linh M Lam | Orleans | LA |
| 281602 | Hien Do | Orleans | LA |
| 281603 | Hoang T Do | Orleans | LA |
| 288246 | Huong Nguyen | Orleans | LA |
| 288247 | Chien Cao | Orleans | LA |
| 288249 | Steve Vu | Orleans | LA |
| 288250 | Lisa Nguyen | Orleans | LA |
| 288339 | Joseph Tran | Orleans | LA |
| 288462 | Dung T Hoang | Orleans | LA |
| 288679 | Dung Nguyen | Orleans | LA |
| 288680 | Tuyet Tran | Orleans | LA |
| 288687 | Amy Nguyen | Orleans | LA |
| 288712 | Tot Tran | Orleans | LA |
| 288720 | Victor Vu | Orleans | LA |
| 255332 | John Huynh | Plaquemines | LA |
| 256166 | Tuan A Tran | Rapides | LA |
| 259434 | An B Tran | Rapides | LA |
| 280967 | Thuy Trang Thi Nguyen | Saint Bernard | LA |
| 280970 | Nghiem T Nguyen | Saint Bernard | LA |

1724 BP-LA 10

# Exhibit A

| Case ID | Client Name | County | ST |
|---------|-------------|--------|-----|
| 280973 | Hoang Minh Tran | Saint Bernard | LA |
| 281288 | Vu X Bui | Saint Bernard | LA |
| 288341 | Hung Tran | Saint Bernard | LA |
| 288699 | Huong Le | Saint Bernard | LA |
| 280932 | Joseph J Doan | Saint Landry | LA |
| 288352 | Van Nguyen | Saint Martin | LA |
| 281351 | Kelsey Tran Ky | Saint Mary | LA |
| 288708 | Billy Tran | Saint Mary | LA |
| 257068 | Cam Bui | Saint Tammany | LA |
| 280910 | Yimin Bao | Saint Tammany | LA |
| 281171 | Ngot Pham | Saint Tammany | LA |
| 281172 | Trung Hieu | Saint Tammany | LA |
| 281173 | Mylinh Pham | Saint Tammany | LA |
| 288343 | Thuy Nguyen | Saint Tammany | LA |
| 288682 | Heather Trinh | Saint Tammany | LA |
| 288686 | My Le Duong | Saint Tammany | LA |
| 283223 | Brenda Mai | Tangipahoa | LA |
| 283408 | Minh Q Huynh | Tangipahoa | LA |
| 284225 | Thanh D Mai | Tangipahoa | LA |
| 284394 | Thanh Dinh | Tangipahoa | LA |
| 284423 | Tommy Le | Tangipahoa | LA |
| 285785 | Yen H Nguyen | Tangipahoa | LA |
| 285802 | Nhanh V Nguyen | Tangipahoa | LA |
| 285805 | Trung Nguyen | Tangipahoa | LA |
| 285838 | Bich Nguyen | Tangipahoa | LA |
| 285851 | Ngoc Phan | Tangipahoa | LA |
| 285855 | Thuy T Pham | Tangipahoa | LA |
| 286010 | John V Vu | Tangipahoa | LA |
| 286015 | Gi M Le | Tangipahoa | LA |
| 286072 | Diem T Nguyen | Tangipahoa | LA |
| 286073 | Thuy D Nguyen | Tangipahoa | LA |
| 286095 | Hung T Nguyen | Tangipahoa | LA |
| 286156 | Dang H Nguyen | Tangipahoa | LA |
| 286157 | Khang N Nguyen | Tangipahoa | LA |
| 286158 | Ngoc Nguyen | Tangipahoa | LA |
| 286159 | Men Nguyen | Tangipahoa | LA |
| 287011 | Khang Nguyen | Tangipahoa | LA |
| 287047 | Trinh Q Nguyen | Tangipahoa | LA |
| 287068 | Thomas Tran | Tangipahoa | LA |
| 287788 | Thanh Nguyen | Tangipahoa | LA |
| 287915 | Thuc Tran | Tangipahoa | LA |
| 287916 | Cuong Le | Tangipahoa | LA |
| 287926 | Nan A Nguyen | Tangipahoa | LA |
| 288031 | Michelle L Dang | Tangipahoa | LA |
| 288032 | Tham T Pham, | Tangipahoa | LA |
| 288061 | Kim Le | Tangipahoa | LA |

# Exhibit A

| Case ID | Client Name | County | ST |
|---------|-------------|--------|-----|
| 288106 | Dau T Nguyen | Tangipahoa | LA |
| 288332 | Nam Nguyen | Tangipahoa | LA |
| 288361 | Nam Nguyen | Tangipahoa | LA |
| 262348 | Hoa Duong | Terrebonne | LA |
| 280038 | Ashley P Nguyen | Terrebonne | LA |
| 281091 | Cuong Quoc Mai | Terrebonne | LA |
| 281092 | Jenny Nguyen | Terrebonne | LA |
| 281295 | Linda Thi Ngo | Terrebonne | LA |
| 281296 | Kim Thi Tran | Terrebonne | LA |
| 281297 | Kristy Van Hoang | Terrebonne | LA |
| 281298 | Ry Phi Ngoc | Terrebonne | LA |
| 281299 | John Thi Canh | Terrebonne | LA |
| 281300 | John Van Tran | Terrebonne | LA |
| 281301 | Josef A Pham | Terrebonne | LA |
| 281302 | Joseph Thanh Ngo | Terrebonne | LA |
| 281303 | Gioi T Nguyen | Terrebonne | LA |
| 281304 | Gwen P Trinh | Terrebonne | LA |
| 281305 | Hang T Bui | Terrebonne | LA |
| 281306 | Hia H Tran | Terrebonne | LA |
| 281307 | Hoa Quoc Bui | Terrebonne | LA |
| 281308 | Hoang Van Le | Terrebonne | LA |
| 281309 | Van T Le | Terrebonne | LA |
| 281310 | Ben V Le | Terrebonne | LA |
| 281319 | Lynn Xuyen Hoang | Terrebonne | LA |
| 281321 | Eugene V Pham | Terrebonne | LA |
| 281322 | Lisa Quyen Pham | Terrebonne | LA |
| 281323 | Lisa Thi Bui | Terrebonne | LA |
| 281324 | Long Duc Le | Terrebonne | LA |
| 281325 | Long Quoc Pham | Terrebonne | LA |
| 281326 | Luan K Chinh | Terrebonne | LA |
| 281327 | Lam Thi Tran | Terrebonne | LA |
| 281328 | Lieu Bui | Terrebonne | LA |
| 281329 | Ren C Le | Terrebonne | LA |
| 281330 | Thanh T Hoang | Terrebonne | LA |
| 281331 | Dung T Le | Terrebonne | LA |
| 281332 | Hien Le | Terrebonne | LA |
| 281334 | Khoa Le | Terrebonne | LA |
| 281335 | Mai Q Le | Terrebonne | LA |
| 281336 | Mary B Bui | Terrebonne | LA |
| 281337 | Mary H Huu | Terrebonne | LA |
| 281338 | Minh Thanh Vu | Terrebonne | LA |
| 281339 | Minh Van Pham | Terrebonne | LA |
| 281340 | My V Dinh | Terrebonne | LA |
| 281341 | Nang Trung Pham | Terrebonne | LA |
| 281343 | Ngoc Van Le | Terrebonne | LA |
| 281344 | Peter T Vu | Terrebonne | LA |

# Exhibit A

| Case ID | Client Name | County | ST |
|---------|-------------|--------|-----|
| 281352 | Khanh V Hoang | Terrebonne | LA |
| 281353 | Kim Hoang | Terrebonne | LA |
| 281354 | Tuyen R Hoang | Terrebonne | LA |
| 281355 | Tuan Q Le | Terrebonne | LA |
| 281356 | Van Le | Terrebonne | LA |
| 281357 | Van H Le | Terrebonne | LA |
| 281358 | Tien H Le | Terrebonne | LA |
| 281359 | Tai Le | Terrebonne | LA |
| 281360 | Thai H Le | Terrebonne | LA |
| 281361 | Son Quoc Tran | Terrebonne | LA |
| 281362 | Trang Thi Nguyen | Terrebonne | LA |
| 281363 | Ut E Tran | Terrebonne | LA |
| 281364 | Bon T Trung | Terrebonne | LA |
| 281365 | Bonnie T Pham | Terrebonne | LA |
| 281366 | Dong T Phan | Terrebonne | LA |
| 281367 | Hien Thanh Vu | Terrebonne | LA |
| 281368 | Khoa T Hue | Terrebonne | LA |
| 281369 | Kim C Hue | Terrebonne | LA |
| 281370 | Loan Pham | Terrebonne | LA |
| 281386 | Peter X Le | Terrebonne | LA |
| 281387 | Phuong T Le | Terrebonne | LA |
| 281388 | Quan J Tran | Terrebonne | LA |
| 281389 | Diem Vu Tran | Terrebonne | LA |
| 281391 | Duong P Trung | Terrebonne | LA |
| 281392 | Mary Trinh Thanh | Terrebonne | LA |
| 281393 | Minh Thi Vo | Terrebonne | LA |
| 281394 | Ngan Bui | Terrebonne | LA |
| 281395 | Nguyen Thi Vo | Terrebonne | LA |
| 281396 | Phuc Van Pham | Terrebonne | LA |
| 281397 | Hanh Q Bui | Terrebonne | LA |
| 281398 | Hoa T Bui | Terrebonne | LA |
| 281399 | Jimmy T Trung | Terrebonne | LA |
| 281410 | Jerlyn P Vu | Terrebonne | LA |
| 281411 | Francis Q Le | Terrebonne | LA |
| 281412 | Steven V Le | Terrebonne | LA |
| 281413 | Minh V Le | Terrebonne | LA |
| 281414 | Phan Hoang | Terrebonne | LA |
| 281416 | Diane D Binh | Terrebonne | LA |
| 281418 | Josh P Son | Terrebonne | LA |
| 281419 | Kristin Son | Terrebonne | LA |
| 281420 | Binh Q Nguyen | Terrebonne | LA |
| 281421 | Lynn Vu Tran | Terrebonne | LA |
| 281425 | Oanh Van Le | Terrebonne | LA |
| 281431 | Loan Le | Terrebonne | LA |
| 281435 | Nguyen Chi | Terrebonne | LA |
| 281436 | Christina T Nguyen | Terrebonne | LA |

1724  BP-LA

13

# Exhibit A

| Case ID | Client Name | County | ST |
|---------|-------------|--------|-----|
| 281437 | Chung X Nguyen | Terrebonne | LA |
| 281439 | Cong T Nguyen | Terrebonne | LA |
| 281440 | Cuong T Le | Terrebonne | LA |
| 281441 | Danny B Le | Terrebonne | LA |
| 281443 | Canh V Nguyen | Terrebonne | LA |
| 281444 | Cecillia P Nguyen | Terrebonne | LA |
| 281445 | Chau M Nguyen | Terrebonne | LA |
| 281447 | Eric Q Le | Terrebonne | LA |
| 281450 | Donny T Pham | Terrebonne | LA |
| 281451 | Dao T Tran | Terrebonne | LA |
| 281452 | Ken Trinh | Terrebonne | LA |
| 281453 | Jane L Trinh | Terrebonne | LA |
| 281454 | Ken Trinh | Terrebonne | LA |
| 281455 | Kinh D Trinh | Terrebonne | LA |
| 281456 | Bui Trinh | Terrebonne | LA |
| 281457 | Thuy Trinh | Terrebonne | LA |
| 281458 | Sandy Trinh | Terrebonne | LA |
| 281459 | Hung Trinh D | Terrebonne | LA |
| 281460 | Dau P Ngu | Terrebonne | LA |
| 281470 | Minh V Trung | Terrebonne | LA |
| 281471 | Tai T Vu | Terrebonne | LA |
| 281472 | Tri V Thanh | Terrebonne | LA |
| 281473 | Van Pham | Terrebonne | LA |
| 281474 | Van Hoang Pham | Terrebonne | LA |
| 281476 | Megan T Hue | Terrebonne | LA |
| 281478 | Bonnie M Le | Terrebonne | LA |
| 281479 | Tri Le | Terrebonne | LA |
| 281480 | Hung Quoc Le | Terrebonne | LA |
| 281481 | Huong Tran Trung | Terrebonne | LA |
| 281482 | Huynh H Bui | Terrebonne | LA |
| 288164 | Peter Thanh Vu | Terrebonne | LA |
| 288546 | Jon P Chinh | Terrebonne | LA |
| 288547 | Ho V Tran | Terrebonne | LA |
| 288548 | Hong Tam Tran | Terrebonne | LA |
| 288549 | Huong T Le | Terrebonne | LA |
| 266279 | Huong Thi Bui | Vermilion | LA |
| 280631 | Toan N Huynh | Vermilion | LA |
| 280826 | Sanh V Huynh | Vermilion | LA |
| 280827 | Tan H Huynh | Vermilion | LA |
| 280828 | Thanh Huynh | Vermilion | LA |
| 280829 | Thuy Huynh | Vermilion | LA |
| 280830 | Van T Huynh | Vermilion | LA |
| 280831 | Biet T Pham | Vermilion | LA |
| 280832 | Chung Pham | Vermilion | LA |
| 280833 | Duong Pham | Vermilion | LA |
| 280834 | Huy Pham | Vermilion | LA |

# Exhibit A

| Case ID | Client Name | County | ST |
|---------|-------------|--------|-----|
| 280835 | John Pham | Vermilion | LA |
| 280836 | Khanh Pham | Vermilion | LA |
| 280837 | Mung D Pham | Vermilion | LA |
| 280838 | Charles Pham | Vermilion | LA |
| 280839 | Quan Pham | Vermilion | LA |
| 280840 | Robin Pham | Vermilion | LA |
| 280841 | Son Nam Pham | Vermilion | LA |
| 280842 | Trang R Pham | Vermilion | LA |
| 280843 | Trung T Pham | Vermilion | LA |
| 280844 | Vinh Pham | Vermilion | LA |
| 280846 | Tuy T Phan | Vermilion | LA |
| 280847 | Tuan Phan | Vermilion | LA |
| 280930 | Hau Doan | Vermilion | LA |
| 280931 | Hau Doan | Vermilion | LA |
| 280933 | Lap Doan | Vermilion | LA |
| 280934 | Loc V Doan | Vermilion | LA |
| 280935 | Truc Dam | Vermilion | LA |
| 280936 | Trung Doan | Vermilion | LA |
| 280937 | Uyen N Doan | Vermilion | LA |
| 280938 | Chuong V Vu | Vermilion | LA |
| 280939 | Hang Vu | Vermilion | LA |
| 280940 | Alvin Vu | Vermilion | LA |
| 280941 | Tommy Tren Vu | Vermilion | LA |
| 280942 | Quan Q Vu | Vermilion | LA |
| 280943 | Rung D Vu | Vermilion | LA |
| 280944 | Sac Vu | Vermilion | LA |
| 280945 | Ryan Vu | Vermilion | LA |
| 280946 | An Huynh | Vermilion | LA |
| 280947 | Anh A Huynh | Vermilion | LA |
| 280948 | Giang T Huynh | Vermilion | LA |
| 280949 | Hai V Huynh | Vermilion | LA |
| 280950 | Khanh Huynh | Vermilion | LA |
| 280951 | Long K Huynh | Vermilion | LA |
| 280952 | Minh Huynh | Vermilion | LA |
| 280953 | Phay Huynh | Vermilion | LA |
| 280954 | Sam F Huynh | Vermilion | LA |
| 264111 | Quy Tam Vo | West Baton Rouge | LA |

JS 44 (Rev. 12/07)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS

TUNG VO, ET AL

**DEFENDANTS**

BP, PLC; BP EXPLORATION and PRODUCTION, INC, ET AL

(b) County of Residence of First Listed Plaintiff    Calcasieu
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant    Harris
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

(c) Attorney's (Firm Name, Address, and Telephone Number)

Mikal C. Watts, WATTS GUERRA CRAFT, LLP, 2506 North Port Ave, Corpus Christi, TX 78401. 361-693-3100. Fax 361-882-1261

Attorneys (If Known)

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

☐ 1 U.S. Government Plaintiff

☐ 3 Federal Question (U.S. Government Not a Party)

☐ 2 U.S. Government Defendant

☒ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff

(For Diversity Cases Only)                and One Box for Defendant)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☒ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☒ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury - | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product | Med. Malpractice | ☐ 625 Drug Related Seizure | 28 USC 157 | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | Liability | ☐ 365 Personal Injury - | of Property 21 USC 881 | | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment | ☐ 320 Assault, Libel & | Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 460 Deportation |
| & Enforcement of Judgment | Slander | ☐ 368 Asbestos Personal | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 470 Racketeer Influenced and |
| ☐ 151 Medicare Act | ☐ 330 Federal Employers' | Injury Product | ☐ 650 Airline Regs. | ☐ 830 Patent | Corrupt Organizations |
| ☐ 152 Recovery of Defaulted | Liability | Liability | ☐ 660 Occupational | ☐ 840 Trademark | ☐ 480 Consumer Credit |
| Student Loans | ☐ 340 Marine | **PERSONAL PROPERTY** | Safety/Health | | ☐ 490 Cable/Sat TV |
| (Excl. Veterans) | ☐ 345 Marine Product | ☐ 370 Other Fraud | ☐ 690 Other | | ☐ 810 Selective Service |
| ☐ 153 Recovery of Overpayment | Liability | ☐ 371 Truth in Lending | **LABOR** | **SOCIAL SECURITY** | ☐ 850 Securities/Commodities/ |
| of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 380 Other Personal | ☐ 710 Fair Labor Standards | ☐ 861 HIA (1395ff) | Exchange |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle | Property Damage | Act | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge |
| ☐ 190 Other Contract | Product Liability | ☐ 385 Property Damage | ☐ 720 Labor/Mgmt. Relations | ☐ 863 DIWC/DIWW (405(g)) | 12 USC 3410 |
| ☐ 195 Contract Product Liability | ☐ 360 Other Personal | Product Liability | ☐ 730 Labor/Mgmt.Reporting | ☐ 864 SSID Title XVI | ☐ 890 Other Statutory Actions |
| ☐ 196 Franchise | Injury | | & Disclosure Act | ☐ 865 RSI (405(g)) | ☐ 891 Agricultural Acts |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 740 Railway Labor Act | **FEDERAL TAX SUITS** | ☐ 892 Economic Stabilization Act |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate | ☐ 790 Other Labor Litigation | ☐ 870 Taxes (U.S. Plaintiff | ☒ 893 Environmental Matters |
| ☐ 220 Foreclosure | ☐ 442 Employment | Sentence | ☐ 791 Empl. Ret. Inc. | or Defendant) | ☐ 894 Energy Allocation Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ | **Habeas Corpus:** | Security Act | ☐ 871 IRS—Third Party | ☐ 895 Freedom of Information |
| ☐ 240 Torts to Land | Accommodations | ☐ 530 General | | 26 USC 7609 | Act |
| ☐ 245 Tort Product Liability | ☐ 444 Welfare | ☐ 535 Death Penalty | **IMMIGRATION** | | ☐ 900Appeal of Fee Determination |
| ☐ 290 All Other Real Property | ☐ 445 Amer. w/Disabilities - | ☐ 540 Mandamus & Other | ☐ 462 Naturalization Application | | Under Equal Access |
| | Employment | ☐ 550 Civil Rights | ☐ 463 Habeas Corpus - | | to Justice |
| | ☐ 446 Amer. w/Disabilities - | ☐ 555 Prison Condition | Alien Detainee | | ☐ 950 Constitutionality of |
| | Other | | ☐ 465 Other Immigration | | State Statutes |
| | ☐ 440 Other Civil Rights | | Actions | | |

## V. ORIGIN (Place an "X" in One Box Only)

☒ 1 Original Proceeding
☐ 2 Removed from State Court
☐ 3 Remanded from Appellate Court
☐ 4 Reinstated or Reopened
☐ 5 Transferred from another district (specify)
☐ 6 Multidistrict Litigation
☐ 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
28 USC 1332 (d)(3) and CAFA

Brief description of cause:

## VII. REQUESTED IN COMPLAINT:

☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23

DEMAND $

CHECK YES only if demanded in complaint:
JURY DEMAND: ☒ Yes ☐ No

## VIII. RELATED CASE(S) IF ANY

(See instructions):

JUDGE

DOCKET NUMBER

DATE
07/23/2010

SIGNATURE OF ATTORNEY OF RECORD
"s/MIKAL C. WATTS"

FOR OFFICE USE ONLY

RECEIPT #_____   AMOUNT_____   APPLYING IFP_____   JUDGE_____   MAG. JUDGE_____

JS 44 Reverse (Rev. 12/07)

## INSTRUCTIONS FOR ATTORNEYS COMPLETING CIVIL COVER SHEET FORM JS 44

### Authority For Civil Cover Sheet

The JS 44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleading or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently, a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. The attorney filing a case should complete the form as follows:

I.      **(a) Plaintiffs-Defendants.** Enter names (last, first, middle initial) of plaintiff and defendant. If the plaintiff or defendant is a government agency, use only the full name or standard abbreviations. If the plaintiff or defendant is an official within a government agency, identify first the agency and then the official, giving both name and title.

(b) County of Residence. For each civil case filed, except U.S. plaintiff cases, enter the name of the county where the first listed plaintiff resides at the time of filing. In U.S. plaintiff cases, enter the name of the county in which the first listed defendant resides at the time of filing. (NOTE: In land condemnation cases, the county of residence of the "defendant" is the location of the tract of land involved.)

(c) Attorneys. Enter the firm name, address, telephone number, and attorney of record. If there are several attorneys, list them on an attachment, noting in this section "(see attachment)".

II.     **Jurisdiction.** The basis of jurisdiction is set forth under Rule 8(a), F.R.C.P., which requires that jurisdictions be shown in pleadings. Place an "X" in one of the boxes. If there is more than one basis of jurisdiction, precedence is given in the order shown below.

United States plaintiff. (1) Jurisdiction based on 28 U.S.C. 1345 and 1348. Suits by agencies and officers of the United States are included here.

United States defendant. (2) When the plaintiff is suing the United States, its officers or agencies, place an "X" in this box.

Federal question. (3) This refers to suits under 28 U.S.C. 1331, where jurisdiction arises under the Constitution of the United States, an amendment to the Constitution, an act of Congress or a treaty of the United States. In cases where the U.S. is a party, the U.S. plaintiff or defendant code takes precedence, and box 1 or 2 should be marked.

Diversity of citizenship. (4) This refers to suits under 28 U.S.C. 1332, where parties are citizens of different states. When Box 4 is checked, the citizenship of the different parties must be checked. (See Section III below; federal question actions take precedence over diversity cases.)

III.    **Residence (citizenship) of Principal Parties.** This section of the JS 44 is to be completed if diversity of citizenship was indicated above. Mark this section for each principal party.

IV.     **Nature of Suit.** Place an "X" in the appropriate box. If the nature of suit cannot be determined, be sure the cause of action, in Section VI below, is sufficient to enable the deputy clerk or the statistical clerks in the Administrative Office to determine the nature of suit. If the cause fits more than one nature of suit, select the most definitive.

V.      **Origin.** Place an "X" in one of the seven boxes.

Original Proceedings. (1) Cases which originate in the United States district courts.

Removed from State Court. (2) Proceedings initiated in state courts may be removed to the district courts under Title 28 U.S.C., Section 1441. When the petition for removal is granted, check this box.

Remanded from Appellate Court. (3) Check this box for cases remanded to the district court for further action. Use the date of remand as the filing date.

Reinstated or Reopened. (4) Check this box for cases reinstated or reopened in the district court. Use the reopening date as the filing date.

Transferred from Another District. (5) For cases transferred under Title 28 U.S.C. Section 1404(a). Do not use this for within district transfers or multidistrict litigation transfers.

Multidistrict Litigation. (6) Check this box when a multidistrict case is transferred into the district under authority of Title 28 U.S.C. Section 1407. When this box is checked, do not check (5) above.

Appeal to District Judge from Magistrate Judgment. (7) Check this box for an appeal from a magistrate judge's decision.

VI.     **Cause of Action.** Report the civil statute directly related to the cause of action and give a brief description of the cause. Do not cite jurisdictional statutes unless diversity.         Example:          U.S. Civil Statute: 47 USC 553
                                          Brief Description: Unauthorized reception of cable service

VII.    **Requested in Complaint.** Class Action. Place an "X" in this box if you are filing a class action under Rule 23, F.R.Cv.P.

Demand. In this space enter the dollar amount (in thousands of dollars) being demanded or indicate other demand such as a preliminary injunction.

Jury Demand. Check the appropriate box to indicate whether or not a jury is being demanded.

VIII.   **Related Cases.** This section of the JS 44 is used to reference related pending cases if any. If there are related pending cases, insert the docket numbers and the corresponding judge names for such cases.

Date and Attorney Signature. Date and sign the civil cover sheet.

## Complaints and Other Initiating Documents
4:10-cv-02624 TRAN, ET AL v. BP, PLC et al



EXHIBIT

D

7/23/10 1:12 PM

302244
ms

## U.S. District Court

## SOUTHERN DISTRICT OF TEXAS

### Notice of Electronic Filing

The following transaction was entered by Watts, Mikal on 7/23/2010 at 1:12 PM CDT and filed on 7/23/2010
**Case Name:** TRAN, ET AL v. BP, PLC et al
**Case Number:** 4:10-cv-02624
**Filer:** PHONG TRAN, ET AL
**Document Number:** 1

**Docket Text:**
**COMPLAINT against BP America, Inc., BP Exploration and Production, Inc., BP Products North America, Inc., BP, PLC, Cameron International Corporation, Halliburton Energy Services, Inc., Transocean Deepwater, Inc., Transocean Offshore Deepwater Drilling, Inc., Transocean, Ltd. (Filing fee $ 350 receipt number 0541-6688518) filed by PHONG TRAN, ET AL. (Attachments: # (1) Exhibit Ex A, # (2) Civil Cover Sheet)(Watts, Mikal)**

**4:10-cv-02624 Notice has been electronically mailed to:**

Mikal C Watts    mcwatts@wgclawfirm.com, gpalmer@wgclawfirm.com

**4:10-cv-02624 Notice has not been electronically mailed to:**

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1045387613 [Date=7/23/2010] [FileNumber=11109679-0] [4ef691e6e9597f59036adb8634fb81466e9b9e93f11875ba383f8332e18f1e64bb d891f6321f73a6069bc096f3db7b4d6467b7d2027635a9942fe83489ea8c88]]
**Document description:**Exhibit Ex A
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1045387613 [Date=7/23/2010] [FileNumber=11109679-1] [6161dfc3007e9ecc4029c2876b9b99b99107abc7d2f18fd7acb397caa398008672 4c27146838a52dbc198664ec26891b90649592962f129b343785ff9f0d7e55]]
**Document description:**Civil Cover Sheet
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1045387613 [Date=7/23/2010] [FileNumber=11109679-2] [69451aed39a6c719eb63f8ccd0260e7ea241fea2883b127f33527289d43340560a c8a208e416c65ec4a2203dfc2b795cdb52db32240466c11a3a3213c5885679]]

SCANNED
JUL 23 2010

From: paygovadmin@mail.doc.twai.gov
Subject: **Pay.Gov Payment Confirmation**
Date: July 23, 2010 1:12:12 PM CDT
To: "gpalmer@wgclawfirm.com" <gpalmer@wgclawfirm.com>

THIS IS AN AUTOMATED MESSAGE. PLEASE DO NOT REPLY.

Your transaction has been successfully completed.

Transaction Summary

Application Name: TXSD CM ECF
Pay.gov Tracking ID: 25169GLD
Agency Tracking ID: 0541-6688518

Account Holder Name: Ryan L Thompson
Transaction Type: Sale
Transaction Amount: $350.00
Billing Address: 4 Dominion Drive, Building 3
Billing Address 2: Suite 100
City: San Antonio
State/Province: TX
Zip/Postal Code: 78257
Country: USA
Card Type: American Express
Card Number: ***********1128
Transaction Date: Jul 23, 2010 2:12:12 PM

From: DCECF_LiveDB@txs.uscourts.gov
Subject: **Activity in Case 4:10-cv-02624 TRAN, ET AL v. BP, PLC et al Complaint**
Date: July 23, 2010 1:12:31 PM CDT
To: DC_Notices@txs.uscourts.gov

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.
***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

## U.S. District Court

## SOUTHERN DISTRICT OF TEXAS

### Notice of Electronic Filing

The following transaction was entered by Watts, Mikal on 7/23/2010 at 1:12 PM CDT and filed on 7/23/2010
**Case Name:** TRAN, ET AL v. BP, PLC et al
**Case Number:** 4:10-cv-02624
**Filer:** PHONG TRAN, ET AL
**Document Number:** 1

**Docket Text:**
COMPLAINT against BP America, Inc., BP Exploration and Production, Inc., BP Products North America, Inc., BP, PLC, Cameron International Corporation, Halliburton Energy Services, Inc., Transocean Deepwater, Inc., Transocean Offshore Deepwater Drilling, Inc., Transocean, Ltd. (Filing fee $ 350 receipt number 0541-6688518) filed by PHONG TRAN, ET AL. (Attachments: # (1) Exhibit Ex A, # (2) Civil Cover Sheet)(Watts, Mikal)

**4:10-cv-02624 Notice has been electronically mailed to:**

Mikal C Watts    mcwatts@wgclawfirm.com, gpalmer@wgclawfirm.com

**4:10-cv-02624 Notice has not been electronically mailed to:**

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1045387613 [Date=7/23/2010] [FileNumber=11109679-
0] [4ef691e6e9597f59036adb8634fb81466e9b9e93f11875ba383f8332e18f1e64bb
d891f6321f73a6069bc096f3db7b4d6467b7d2027635a9942fe83489ea8c88]]
**Document description:**Exhibit Ex A
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1045387613 [Date=7/23/2010] [FileNumber=11109679-
1] [6161dfc3007e9ecc4029c2876b9b99b99107abc7d2f18fd7acb397caa398008672
4c27146838a52dbc198664ee26891b90649592962f129b343785ff9f0d7e55]]
**Document description:**Civil Cover Sheet
**Original filename:**n/a
**Electronic document Stamp:**

[STAMP dcecfStamp_ID=1045387613 [Date=7/23/2010] [FileNumber=11109679-2] [69451aed39a6c719eb63f8ccd0260e7ea241fea2883b127f33527289d43340560a c8a208e416c65ec4a2203dfc2b795cdb52db32240466c11a3a3213c5885679]]

## IN THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF TEXAS HOUSTON DIVISION

| | | |
|---|---|---|
| PHONG TRAN, ET AL; | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| vs. | § | |
| | § | |
| BP, P.L.C.; BP EXPLORATION AND | § | |
| PRODUCTION, INC.; BP AMERICA, | § | |
| INC.; BP PRODUCTS NORTH | § | Civil Action No. |
| AMERICA, INC.; TRANSOCEAN, LTD.; | § | |
| TRANSOCEAN DEEPWATER, INC.; | § | JURY TRIAL REQUESTED |
| TRANSOCEAN OFFSHORE | § | |
| DEEPWATER DRILLING, INC.; | § | |
| HALLIBURTON ENERGY SERVICES, | § | |
| INC.; AND CAMERON | § | |
| INTERNATIONAL CORPORATION | § | |
| F/K/A COOPER CAMERON | § | |
| CORPORATION; | § | |
| | § | |
| Defendants. | § | |

### PLAINTIFFS' ORIGINAL COMPLAINT

TO THE HONORABLE JUDGE OF SAID COURT:

Plaintiffs, Phong Tran and all individuals named in Exhibit A, attached hereto, file this their Original Complaint against Defendants BP, p.l.c.; BP Exploration and Production, Inc.; BP America, Inc.; BP Products North America, Inc.; Transocean, Ltd.; Transocean Deepwater, Inc.; Transocean Offshore Deepwater Drilling, Inc.; Halliburton Energy Services, Inc. and Cameron International Corporation f/k/a Cooper Cameron Corporation; and in support of their causes of action, respectfully show the following:

### I. PARTIES

#### A. Plaintiffs

1.1     Plaintiffs Phong Tran and all individuals named in Exhibit A, attached hereto, are commercial fisherman, including oystermen and shrimpers, who own or

1

work on commercial fishing boats that operate in the area affected by Defendants' conduct. Plaintiffs are and were citizens of the State of Mississippi at all times relevant to this lawsuit.

**B.**   **Defendants**

1.2     Defendant BP p.l.c. is a foreign corporation doing business in Texas, and is incorporated under the laws of England. Service of process on Defendant BP p.l.c. is proper through the means authorized by the Hague Convention On the Service Abroad of Judicial Extrajudicial Docs in Civil or Commercial Matters.

1.3     Defendant BP Exploration and Production, Inc. is a foreign corporation doing business in Texas and maintains its principal place of business in the Southern District of Texas at 501 Westlake Park Boulevard, Houston, Texas 77079. Defendant BP Exploration and Production Inc. may be served with process through its registered agent for service C T Corporation System, at 350 North St. Paul Street, Dallas, Texas 75201.

1.4     Defendant BP America, Inc. is a foreign corporation doing business in Texas and maintains its principal place of business in the Southern District of Texas at 501 Westlake Park Boulevard, Houston, Texas 77079. Defendant BP America, Inc. may be served with process through its registered agent for service C T Corporation System, at 350 North St. Paul Street, Dallas, Texas 75201.

1.5     Defendant BP North America, Inc. is a foreign corporation doing business in Texas and maintains its principal place of business in the Southern District of Texas at 501 Westlake Park Boulevard, Houston, Texas 77079. Defendant BP Products North America, Inc. may be served with process through its registered agent for service C T Corporation System, at 350 North St. Paul Street, Dallas, Texas 75201.

1.6     Defendant Transocean, Ltd. is a foreign corporation doing business in

2

Texas, and is incorporated under the laws of Switzerland. Service of process on Defendant Transocean, Ltd. is proper through the means authorized by the Hague Convention On the Service Abroad of Judicial Extrajudicial Docs in Civil or Commercial Matters.

1.7     Defendant Transocean Deepwater, Inc. is a foreign corporation doing business in Texas and maintains its principal place of business in the Southern District of Texas at 4 Greenway Plaza, Houston, Texas 77046.     Defendant Transocean Deepwater, Inc. may be served with process by and through their counsel of record: Frank A. Piccolo, Wesleyan Tower, 24 Greenway Plaza, Ste 2050, Houston, Texas 77046.

1.8     Defendant Transocean Offshore Deepwater Drilling, Inc. is a foreign corporation doing business in Texas and maintains its principal place of business in the Southern District of Texas at 4 Greenway Plaza, Houston, Texas 77046.  Defendant Transocean Offshore Deepwater Drilling, Inc. may be served with process by and through their counsel of record: Frank A. Piccolo, Wesleyan Tower, 24 Greenway Plaza, Ste 2050, Houston, Texas 77046.

1.9     Defendant Halliburton Energy Services, Inc. is a foreign corporation doing business in Texas. Defendant Halliburton Energy Services, Inc. (hereinafter referred to as "Halliburton") may be served with process through its registered agent for service CT Corporation System, 350 North St. Paul Street, Ste 2900, Dallas, Texas 75201.

1.10    Defendant Cameron International Corporation f/k/a Cooper Cameron Corporation (hereinafter referred to as "Cameron") is a foreign corporation doing business in Texas and maintains it principal place of business in the Southern District of Texas at 1333 West Loop S # 1700 Houston, Texas 77027. Defendant Cameron may be served with process through its registered agent for service: CT Corporation System, 350 N. St. Paul Street, Dallas, Texas 75201.

3

## II.
## JURISDICTION AND VENUE

2.1     Jurisdiction is appropriate in this Court by virtue of 28 U.S.C. § 1332(d)(3) and the Class Action Fairness Act ("CAFA"). At least one Plaintiff is a citizen of a different state than at least one Defendant, and the aggregated amount in controversy in this action exceeds five million dollars, ($5,000,000), exclusive of interest and costs.

2.2     Venue is proper in the Southern District of Texas under 28 U.S.C. § 1391(a)(3) as this is a judicial district where at least one defendant is subject to personal jurisdiction at the time the action accrued.

2.3     This Court has personal jurisdiction over Defendants because they have substantial and continuous contacts with this district so as to satisfy both general and specific minimum contact, and exercising jurisdiction over Defendants does not offend the traditional notions of fair play and substantial justice.

## III.
## FACTUAL ALLEGATIONS

3.1     Upon information and belief, BP, p.l.c., BP Production and Exploration, Inc., BP Products North America, Inc., and BP America, Inc. (hereinafter collectively referred to as "BP") are the holders of an an oil and gas lease granted by the Minerals Management Service. BP leased Deepwater Horizon, a semi-submersible mobile drilling rig, from its owners/operators Transocean, Ltd., Transocean Offshore Deepwater Drilling, Inc., and Transocean Deepwater, Inc. (hereinafter collectively referred to as "Transocean") to drill a well pursuant to the above mentioned lease.

3.2     Upon information and belief, on April 20, 2010 at approximately 10 p.m., an explosion and fire occurred on Deepwater Horizon, resulting in the sinking of the semi-submersible mobile drilling rig. Prior to the explosion, Defendant Halliburton was engaged by BP and Transocean to conduct cementing operations on the well.

4

Although Halliburton had stated that it completed the final stage of cementation and integrity tests had been performed on the well, in fact, at the time of the explosion, placement of a final cement casing plug had not yet occurred.

    3.3    Upon information and belief, after the explosion, the blowout preventer ("BOP"), a wellhead safety device manufactured by Cameron and used to seal pipes carrying subsea oil and gas, failed to properly engage and prevent the uncontrolled release of oil into the Gulf of Mexico.

    3.4    Upon information and belief, the explosion and blowout preventer failure commenced an oil spill that has resulted in the daily release of approximately 12,000 to 19,000 barrels of oil per day into the Gulf of Mexico. The size of the Deepwater Horizon oil plume has eclipsed ExxonValdez to become the largest oil spill in United States history.

    3.5    Defendants knew of the dangers of deep water drilling, and the incidents described above were caused by the combined negligence of all named Defendants, rendering them jointly, severally and *in solido* liable to Plaintiffs.

## IV.
## NEGLIGENCE – ALL DEFENDANTS

    4.1    Plaintiffs incorporate by reference all preceding paragraphs as if fully set forth herein and further allege as follows:

    4.2    Defendants were, directly or indirectly, negligent in the operation of the Deepwater Horizon in the Gulf of Mexico, and have negligently discharged millions of barrels of oil into the waters of the Gulf of Mexico. The resulting widespread contamination from the oil spill has devastated the economic livelihood of Plaintiffs.

    4.3    Deepwater Horizon, its pipes, casing, the well it was drilling, and all of the related equipment and materials, including its safety and spill prevention devices,

5

were in the care, custody, and control of Defendants at the time of the incidents giving rise to this action.

4.4     Defendants owed a duty of reasonable care to Plaintiffs to exercise reasonable care in the design, construction, operation, management, use, maintenance, and inspection of Deepwater Horizon, its pipes, casings, the well it was drilling, and all of the related equipment and materials, including its safety and spill prevention measures and devices.

4.5     Defendants, through their agents, servants and employees, further breached their duty by:

a.     Failing to properly operate the Deepwater Horizon;

b.     Failing to properly inspect the Deepwater Horizon to assure that its equipment were operable and fit for their intended purpose;

c.     Failing to ascertain that the Deepwater Horizon and its equipment were free from defects or in proper working order;

d.     Failing to implement policies and procedures to safely conduct offshore operations in the Gulf of Mexico;

e.     Failing to promulgate, implement and enforce rules and regulations pertaining to the safe operations of the Deepwater Horizon which, if they had been so promulgated, implemented and enforced, would have averted the fire, explosion, sinking and oil spill;

f.     Failing to appropriately hire and adequately train personnel charged with operating Deepwater Horizon;

g.     Failing to timely bring the oil release under control;

h.     Failing to timely warn of the release of oil;

i.    Failing to properly respond to the release and take necessary actions to mitigate the danger surrounding community; and

j.    Such other acts of negligence and omissions as will be shown at the trial of this matter.

4.6    In the alternative, Plaintiff, reiterating and realleging each and every allegation set forth above, avers the applicability of the doctrine of *res ipsa loquitur*.

## V.
## GROSS NEGLIGENCE – BP & TRANSOCEAN

5.1    Plaintiffs incorporate by reference all preceding paragraphs as if fully set forth herein and further allege as follows:

5.2    BP and Transocean committed not only the acts and omissions of negligence enunciated above, but also acts of gross negligence, which are a proximate cause of the economic injuries sustained by Plaintiffs, and for which Plaintiffs are entitled to recover punitive damages, pursuant to Miss. Code Ann. § 11-1-65.

5.3    BP and Transocean knew that their actions and omissions created unsafe and hazardous conditions.  BP and Transocean did nothing to remedy the unsafe conditions even though they had knowledge of them prior to the incident.  BP and Transocean's acts and omissions in this regard, when viewed objectively from the standpoint of BP and Transocean, involved an extreme degree of risk, considering the probability and magnitude of potential harm to others.  BP and Transocean had actual, subjective awareness of the risk involved, but nevertheless proceeded with conscious indifference to the rights, safety, or welfare of others, including Plaintiffs.

7

## VI.
### STRICT LIABILITY FOR ABNORMALLY DANGEROUS
### ACTIVITY – ALL DEFENDANTS

6.1     Plaintiffs incorporate by reference all preceding paragraphs as if fully set
forth herein and further allege as follows:

6.2     Deepwater Horizon drilling operations involved abnormally dangerous
activities and:

     a.     such activities created a high degree of risk of harm to Plaintiffs;

     b.     such activities involved a likelihood that the harm threatened by
Defendants' conduct would be great;

     c.     such activities involved practices not common nor prevalent in
Florida; and

     d.     any value of such activities was outweighed by the abnormal risk
of harm and actual harm suffered by Plaintiffs.

6.3     Defendants were involved in abnormally dangerous activities because
Defendants' operations created an abnormal risk of physical harm to the natural
resources of the Gulf Coast, coastal and shore areas, and contiguous environments. The
physical harm is characteristic of the risk posed by Defendants' operations, which has
been suffered as a result of the Deepwater Horizon oil plume.

## VII.
### MISSISSIPPI PRODUCT LIABILITY ACT - CAMERON

7.1     Plaintiffs incorporate by reference all preceding paragraphs as if fully set
forth herein and further allege as follows:

7.2     Plaintiffs bring claims against Cameron under the Mississippi Product
Liability Act, Miss. Code Ann. § 11-1-62. Cameron designed, manufactured and
supplied the defective BOP that was used on Deepwater Horizon and failed to operate

8

as intended. Plaintiffs allege that this BOP was defective as manufactured and designed and this defect was a proximate cause of the Deepwater Water oil spill and the economic injuries sustained by Plaintiffs. Further, Cameron failed to warn the other Defendants that this BOP would not work as intended.

7.3     As a result of the oil spill, Plaintiffs have suffered the type of damages that may be recovered under the Mississippi Product Liability Act and any other applicable law, and they demand compensation therefore from Cameron in amounts to be determined by the trier of fact.

## VIII.
## OIL POLLUTION ACT

8.1     In addition to the state claims alleged herein, Plaintiffs anticipate that they will ultimately assert claims under the Oil Pollution Act, 33 U.S.C. § 2701 et seq., but such claims are not yet ripe.

## IX.
## DAMAGES

9.1     Prior to the incident described above, the Gulf of Mexico was one of the most prolific fishing grounds for Plaintiffs and was the source of large quantities of, among other species, Red Snapper and Grouper. As a result of the above described incidents, the fisheries and other natural resources in the Gulf of Mexico have been harmed to the extent that Plaintiffs are prevented from commercially fishing in the Gulf of Mexico, and Plaintiffs have sustained economic harm in the form of lost profits or impairment of earning capacity.

9.2     Plaintiffs are entitled to recover such economic damages for this and future economic harm, and are also entitled to recover damages against Cameron compensable under the Mississippi Product Liability Act.

## X.

## PUNITIVE DAMAGES

10.1   Because BP and Transocean are guilty of gross negligence, they should have punitive damages assessed against them in an amount deemed appropriate by the jury.

## XI.
## JURY DEMAND

11.1   Plaintiffs request a trial by jury.

## XII.
## PRAYER

12.1   WHEREFORE, PREMISES CONSIDERED, Plaintiffs pray that Defendants be cited to appear and answer herein, that this cause be set down for trial before a jury, and that Plaintiffs recover judgment of and from Defendants for their damages, in such amount as the evidence may show and the jury may determine to be proper, together with pre-judgment interest and post-judgment interest, costs of suit, and such other and further relief to which Plaintiffs may show to be entitled, whether at law or in equity.

Respectfully submitted:

/s/ Mikal C. Watts

Mikal C. Watts
State Bar No. 20981820
Federal Bar No. 12419
MCWatts@wgclawfirm.com

ATTORNEY IN CHARGE

J. Hunter Craft
State Bar No. 24012466
Federal Bar No. 24377
HCraft@wgclawfirm.com

Emily C. Jeffcott
State Bar No. 24069993
Federal Bar No. 1069933
EJeffcott@wgclawfirm.com

Mississippi Commercial Fisherman – 3

ATTORNEYS FOR PLAINTIFF

OF COUNSEL:

WATTS GUERRA CRAFT LLP
2506 North Port Avenue
Corpus Christi, Texas 78401
Phone: 361-693-3100
Fax: 361-882-1261

Mississippi Commercial Fisherman – 3

# Exhibit A

| Case ID | Client Name | County | ST |
|---------|-------------|--------|-----|
| 280639 | Phong Tran | Forrest | MS |
| 280640 | Lien Dao | Forrest | MS |
| 280642 | Julie Mai Dao | Forrest | MS |
| 288710 | Lan Vu | Forrest | MS |
| 266280 | Thanh Bui | Hancock | MS |
| 267364 | Kimy Tran | Hancock | MS |
| 281104 | Thuy Huynh | Hancock | MS |
| 281577 | Thanh Van Thi Nguyen | Hancock | MS |
| 281578 | Lisa Thai | Hancock | MS |
| 281580 | Tom Pham | Hancock | MS |
| 281582 | Huoi Huynh | Hancock | MS |
| 284313 | Jr Nguyen | Hancock | MS |
| 284320 | Lang T Dang | Hancock | MS |
| 284321 | Hieu V Huynh | Hancock | MS |
| 284322 | Phong V Huynh | Hancock | MS |
| 284396 | Tam V Huynh | Hancock | MS |
| 284400 | Kiem Lien Nguyen | Hancock | MS |
| 284421 | Thi Nguyen | Hancock | MS |
| 284451 | Hai V Le | Hancock | MS |
| 284454 | Xuyen T Nguyen | Hancock | MS |
| 284466 | Hieu Truong | Hancock | MS |
| 284467 | Brenda T Truong | Hancock | MS |
| 285804 | Michelle Tran | Hancock | MS |
| 285819 | Dat Nguyen | Hancock | MS |
| 285844 | Li Tran | Hancock | MS |
| 285849 | Aj Truong | Hancock | MS |
| 285991 | Kira C Tran | Hancock | MS |
| 285992 | Dao Le | Hancock | MS |
| 286043 | Thanh V Tran | Hancock | MS |
| 286953 | Thi Nguyen | Hancock | MS |
| 286958 | Chi T Nguyen | Hancock | MS |
| 287001 | Tham C Nguyen | Hancock | MS |
| 287017 | Cau V Tran | Hancock | MS |
| 287041 | Khue Nguyen | Hancock | MS |
| 287764 | Vinh Le | Hancock | MS |
| 287803 | Tao T Vuong | Hancock | MS |
| 287861 | Peter V Tran | Hancock | MS |
| 287889 | Quy Nguyen | Hancock | MS |
| 287910 | Thanh Van | Hancock | MS |
| 287931 | Ban Cao | Hancock | MS |
| 287932 | Suong H Pham | Hancock | MS |
| 287933 | Mai T Vo | Hancock | MS |
| 287934 | Quan E Vo | Hancock | MS |
| 287935 | Xinh T Vo | Hancock | MS |
| 287936 | Troung Trinh | Hancock | MS |
| 287937 | Jem T Trang | Hancock | MS |

1

# Exhibit A

| Case ID | Client Name | County | ST |
|---|---|---|---|
| 288038 | Lai Nguyen | Hancock | MS |
| 288155 | Dac Q Nguyen | Hancock | MS |
| 288466 | Angela Mcquire | Hancock | MS |
| 288700 | Betty Kitt | Hancock | MS |
| 256899 | Kamilah | Harrison | MS |
| 256908 | Korerlin Ann Smith | Harrison | MS |
| 256933 | Benny Huu Nguyen | Harrison | MS |
| 256947 | Gaugn Tillman | Harrison | MS |
| 257015 | Jeffrey | Harrison | MS |
| 260309 | Lien Nguyen | Harrison | MS |
| 260413 | Le Thi Nguyen | Harrison | MS |
| 260797 | Peter D Tran | Harrison | MS |
| 261861 | Bao Nguyen | Harrison | MS |
| 262510 | Khoi Nguyen | Harrison | MS |
| 266196 | Orr Sau Thi | Harrison | MS |
| 266228 | Tony Thi Nguyen | Harrison | MS |
| 266965 | Hanh T Nguyen | Harrison | MS |
| 267409 | Jane Ngo | Harrison | MS |
| 269126 | Crystal Tuggle | Harrison | MS |
| 273359 | Franky Hoang | Harrison | MS |
| 279565 | William Nguyen | Harrison | MS |
| 279603 | Thao Vu | Harrison | MS |
| 279606 | Xiu Zeng | Harrison | MS |
| 280036 | Vincent Tran | Harrison | MS |
| 280037 | Lam Tran | Harrison | MS |
| 280040 | Phong Van Le | Harrison | MS |
| 280046 | Ye Han Lin | Harrison | MS |
| 280048 | Tam Nguyen | Harrison | MS |
| 280049 | Phillip Dang | Harrison | MS |
| 280050 | Uyen Nguyen | Harrison | MS |
| 280641 | Chrysti Dao Nguyen | Harrison | MS |
| 280962 | Sam Thi Nguyen | Harrison | MS |
| 280969 | Thuy Vo | Harrison | MS |
| 281050 | Michael Tuong Nguyen | Harrison | MS |
| 281051 | Ann Do | Harrison | MS |
| 281054 | Dinh V Nguyen | Harrison | MS |
| 281079 | Phong Thanh Tran | Harrison | MS |
| 281081 | Oanh Thi Truong | Harrison | MS |
| 281082 | Bryan Tran | Harrison | MS |
| 281083 | Robert Tran | Harrison | MS |
| 281084 | Timmy Le | Harrison | MS |
| 281085 | Nhung Thi Le | Harrison | MS |
| 281086 | Dao Tan Vang | Harrison | MS |
| 281088 | Peter Le | Harrison | MS |
| 281090 | Angela Bui | Harrison | MS |
| 281097 | Thuan Bui | Harrison | MS |

1725  BP-MS

2

# Exhibit A

| Case ID | Client Name | County | ST |
|---------|-------------|--------|-----|
| 281099 | Viet Tran | Harrison | MS |
| 281102 | Thuan Nguyen | Harrison | MS |
| 281103 | Hoang Hong | Harrison | MS |
| 281106 | Hong Thi Viet Nguyen | Harrison | MS |
| 281108 | Loan Tran | Harrison | MS |
| 281126 | Kevin Le | Harrison | MS |
| 281127 | Thanh Van Thi Ho | Harrison | MS |
| 281132 | Chi Cuong Huynh | Harrison | MS |
| 281133 | Thai Quoc Pham | Harrison | MS |
| 281138 | Thuong Phung | Harrison | MS |
| 281141 | Giau Dao | Harrison | MS |
| 281142 | Tony Nguyen | Harrison | MS |
| 281143 | Maria Nguyen | Harrison | MS |
| 281144 | Dinh V Le | Harrison | MS |
| 281145 | Hai Thi Le | Harrison | MS |
| 281146 | Michael Le | Harrison | MS |
| 281147 | Hope Sara Tran | Harrison | MS |
| 281149 | Nga Thi Doan | Harrison | MS |
| 281150 | Ai Thi Nguyen | Harrison | MS |
| 281151 | Vien Thi Tran | Harrison | MS |
| 281163 | Jenny Le | Harrison | MS |
| 281164 | Trang Nguyen | Harrison | MS |
| 281165 | Hoa Nguyen | Harrison | MS |
| 281167 | Tai Nguyen | Harrison | MS |
| 281168 | Flower Le | Harrison | MS |
| 281170 | Ha Kim Nguyen | Harrison | MS |
| 281194 | Cung Nguyen | Harrison | MS |
| 281197 | Michael Tai Hoang | Harrison | MS |
| 281198 | Phoung Nguyen | Harrison | MS |
| 281212 | Ngoc Hien Thi Pham | Harrison | MS |
| 281214 | Paul Cu | Harrison | MS |
| 281215 | Nhe Tran | Harrison | MS |
| 281217 | Thuy Thanh Vu | Harrison | MS |
| 281221 | Thu Nguyen | Harrison | MS |
| 281249 | Rung Do | Harrison | MS |
| 281252 | Loi Thanh Nguyen | Harrison | MS |
| 281253 | Hang Nguyen | Harrison | MS |
| 281269 | Gene Thai | Harrison | MS |
| 281271 | Linh Thai | Harrison | MS |
| 281273 | Ho Hoang Anh | Harrison | MS |
| 281274 | Nu Thanh Nguyen | Harrison | MS |
| 281275 | Quyen Vi Vu | Harrison | MS |
| 281276 | Tuoi Nguyen | Harrison | MS |
| 281545 | Vi Nguyen | Harrison | MS |
| 281575 | Tim Toun | Harrison | MS |
| 281581 | Cynthia Tran | Harrison | MS |

1725 BP-MS

3

# Exhibit A

| Case ID | Client Name | County | ST |
|---------|-------------|--------|-----|
| 281584 | Thien Tran | Harrison | MS |
| 281585 | Venessa Tran | Harrison | MS |
| 281586 | Uyen L Huynh | Harrison | MS |
| 281587 | Kim Thanh Le | Harrison | MS |
| 281588 | Anh Nguyen | Harrison | MS |
| 281589 | Giau Ho | Harrison | MS |
| 283312 | Ban V Cao | Harrison | MS |
| 283314 | Linda Le | Harrison | MS |
| 283315 | Bich Cao | Harrison | MS |
| 283316 | Lynn Cao | Harrison | MS |
| 283317 | Cong C Le | Harrison | MS |
| 283318 | Jenna Le | Harrison | MS |
| 283351 | Vi D Tran | Harrison | MS |
| 283352 | Thien V Tran | Harrison | MS |
| 283359 | Hung Nguyen | Harrison | MS |
| 283399 | Ban V Nguyen | Harrison | MS |
| 283404 | Tong T Nguyen | Harrison | MS |
| 283409 | Chung V Nguyen | Harrison | MS |
| 283410 | Truong T Nguyen | Harrison | MS |
| 283413 | Huy Nguyen | Harrison | MS |
| 283450 | Timmy V Nguyen | Harrison | MS |
| 283462 | Anh Kim Nguyen | Harrison | MS |
| 283466 | Hung Nguyen | Harrison | MS |
| 283483 | Quynh T Nguyen | Harrison | MS |
| 284257 | Nong T Pham | Harrison | MS |
| 284310 | Duc A Pham | Harrison | MS |
| 284311 | Hieu H Pham | Harrison | MS |
| 284312 | Nga T Pham | Harrison | MS |
| 284379 | Ngoi T Tran | Harrison | MS |
| 284386 | Kathy Nguyen | Harrison | MS |
| 284390 | Tue V Nguyen | Harrison | MS |
| 284392 | Duyen Tran | Harrison | MS |
| 284455 | Rieu Nguyen | Harrison | MS |
| 284504 | Can V Nguyen | Harrison | MS |
| 284505 | Cham V Nguyen | Harrison | MS |
| 284524 | Nhan T Nguyen | Harrison | MS |
| 285775 | Cu C Nguyen | Harrison | MS |
| 285776 | Dung H Nguyen | Harrison | MS |
| 285783 | Su U Nguyen | Harrison | MS |
| 285803 | Linh T Nguyen | Harrison | MS |
| 285811 | Ngoc Dieu Nguyen | Harrison | MS |
| 285870 | Nhan T Nguyen | Harrison | MS |
| 286014 | Lan T Nguyen | Harrison | MS |
| 286026 | Steven Nguyen | Harrison | MS |
| 286034 | Luong H Nguyen | Harrison | MS |
| 286078 | Binh Nguyen | Harrison | MS |

# Exhibit A

| Case ID | Client Name | County | ST |
|---------|-------------|--------|-----|
| 286087 | Chinh C Nguyen | Harrison | MS |
| 286129 | Loan Nguyen | Harrison | MS |
| 287032 | Hai T Nguyen | Harrison | MS |
| 287040 | Jamie N Nguyen | Harrison | MS |
| 287058 | Sai T Tran | Harrison | MS |
| 287083 | Ket D Nguyen | Harrison | MS |
| 287701 | Giao V Tran | Harrison | MS |
| 287774 | Cydney Nguyen | Harrison | MS |
| 287776 | Kim Nguyen | Harrison | MS |
| 287782 | Khieu V Nguyen | Harrison | MS |
| 287882 | Quy N Nguyen | Harrison | MS |
| 287891 | Huyen T Nguyen | Harrison | MS |
| 287896 | Anh H Nguyen | Harrison | MS |
| 287911 | Phuoc Nguyen | Harrison | MS |
| 287920 | Le T Nguyen | Harrison | MS |
| 288049 | Lan Nguyen | Harrison | MS |
| 288070 | Binh V Nguyen | Harrison | MS |
| 288088 | Michaux V Nguyen | Harrison | MS |
| 288225 | An Nguyen | Harrison | MS |
| 288233 | Cuong Nguyen | Harrison | MS |
| 288236 | Hai Nguyen | Harrison | MS |
| 288238 | Duffery Nguyen | Harrison | MS |
| 288254 | Chau Trinh | Harrison | MS |
| 288262 | Seng Thai | Harrison | MS |
| 288266 | Ly Trieu | Harrison | MS |
| 288273 | Hiep Trieu | Harrison | MS |
| 288274 | Jasmine Trieu | Harrison | MS |
| 288277 | Lam Nguyen | Harrison | MS |
| 288283 | John Nguyen | Harrison | MS |
| 288285 | Huong Nguyen | Harrison | MS |
| 288287 | Jimmy Nguyen | Harrison | MS |
| 288293 | Phuoc Trinh | Harrison | MS |
| 288295 | Brendon Truong | Harrison | MS |
| 288300 | Elizabeth Vo | Harrison | MS |
| 288304 | Binh Truong | Harrison | MS |
| 288305 | Sanh Vo | Harrison | MS |
| 288306 | Misty Vo | Harrison | MS |
| 288307 | Cuong Vo | Harrison | MS |
| 288310 | Barneveld Van | Harrison | MS |
| 288323 | Tony Huynh | Harrison | MS |
| 288328 | Truong An Le | Harrison | MS |
| 288337 | Liep Tran | Harrison | MS |
| 288348 | Ti Vu | Harrison | MS |
| 288366 | Ly Trieu | Harrison | MS |
| 288396 | Sofia Nguyen | Harrison | MS |
| 288397 | Richard Nguyen | Harrison | MS |

# Exhibit A

| Case ID | Client Name | County | ST |
|---------|-------------|--------|-----|
| 288398 | Mark Nguyen | Harrison | MS |
| 288399 | Lisa K Nguyen | Harrison | MS |
| 288400 | Linda Nguyen | Harrison | MS |
| 288401 | Kim L Nguyen | Harrison | MS |
| 288402 | Kathy Y Nguyen | Harrison | MS |
| 288403 | John V Nguyen | Harrison | MS |
| 288404 | John C Nguyen | Harrison | MS |
| 288405 | John Nguyen | Harrison | MS |
| 288412 | Huong V Pham | Harrison | MS |
| 288413 | Houng V Pham | Harrison | MS |
| 288414 | Thu H Nguyen | Harrison | MS |
| 288415 | Kim Pham | Harrison | MS |
| 288416 | Cong Pham | Harrison | MS |
| 288417 | Yeu Nguyen | Harrison | MS |
| 288501 | Tien Tran | Harrison | MS |
| 288502 | Dung Huynh | Harrison | MS |
| 288503 | Tracy P Le | Harrison | MS |
| 288505 | Jon Nick Nguyen | Harrison | MS |
| 288507 | Loc Nguyen | Harrison | MS |
| 288518 | Billy Vu | Harrison | MS |
| 288520 | Thedore Phan | Harrison | MS |
| 288524 | Tung Vu | Harrison | MS |
| 288526 | Mindy Vu | Harrison | MS |
| 288530 | Thai Vu | Harrison | MS |
| 288535 | Tron Phan | Harrison | MS |
| 288537 | Thanh Vu | Harrison | MS |
| 288538 | Ba Ho | Harrison | MS |
| 288539 | Kim Huynh | Harrison | MS |
| 288540 | Tien Huynh | Harrison | MS |
| 288541 | Tu Troung | Harrison | MS |
| 288552 | Cuong Ly | Harrison | MS |
| 288553 | Taline Han | Harrison | MS |
| 288554 | Hoa Nguyen | Harrison | MS |
| 288555 | Dung Nguyen | Harrison | MS |
| 288556 | Dien T Nguyen | Harrison | MS |
| 288557 | Amy M Nguyen | Harrison | MS |
| 288558 | Alan Nguyen | Harrison | MS |
| 288559 | Andrea Nguyen | Harrison | MS |
| 288560 | Dien T Nguyen | Harrison | MS |
| 288561 | Claire Nguyen | Harrison | MS |
| 288562 | Chantelle Nguyen | Harrison | MS |
| 288563 | Cat Nguyen | Harrison | MS |
| 288564 | Caroline T Nguyen | Harrison | MS |
| 288569 | Chien Nguyen | Harrison | MS |
| 288570 | Thang Nguyen | Harrison | MS |
| 288571 | Hoa V Nguyen | Harrison | MS |

# Exhibit A

| Case ID | Client Name | County | ST |
|---------|-------------|--------|-----|
| 288572 | Huong T Nguyen | Harrison | MS |
| 288579 | Nang Kiet Thai | Harrison | MS |
| 288580 | Ha Gollott | Harrison | MS |
| 288582 | Thuc Thai | Harrison | MS |
| 288628 | Yeu Tran | Harrison | MS |
| 288675 | Joshua Tam Cao | Harrison | MS |
| 288676 | Ky Cao Nguyen | Harrison | MS |
| 288677 | Huong Pham | Harrison | MS |
| 288685 | Te Duong | Harrison | MS |
| 288695 | Myle Le | Harrison | MS |
| 288707 | Trang Nguyen | Harrison | MS |
| 288711 | Jimmy Cuong Nguyen | Harrison | MS |
| 288714 | Thanh Nguyen | Harrison | MS |
| 288719 | Sang Nguyen | Harrison | MS |
| 288736 | Vuong D Nguyen | Harrison | MS |
| 288740 | Doan Tran | Harrison | MS |
| 288743 | Andrew Tran | Harrison | MS |
| 288745 | Chuong T Tran | Harrison | MS |
| 288747 | Victoria T Nguyen | Harrison | MS |
| 268706 | Jamie Xuan | Hinds | MS |
| 256920 | Steven Henshaw | Jackson | MS |
| 256939 | Crystal Ibarra | Jackson | MS |
| 256946 | Jason Hines II | Jackson | MS |
| 256949 | Tannas Haley Alexander | Jackson | MS |
| 261779 | Melanie Prentice | Jackson | MS |
| 261826 | Jarrod Coper | Jackson | MS |
| 262250 | Adeline Harris | Jackson | MS |
| 266559 | Tri Le | Jackson | MS |
| 279550 | Khuong Tran | Jackson | MS |
| 280035 | Daniel Barker | Jackson | MS |
| 280045 | Tuyet Lan Nguyen | Jackson | MS |
| 280051 | Kevin Tran | Jackson | MS |
| 281035 | Luyen Van Pham | Jackson | MS |
| 281052 | Hai Khanh Nguyen | Jackson | MS |
| 281053 | My Mieu Lam | Jackson | MS |
| 281055 | Thuan Thi Nguyen | Jackson | MS |
| 281095 | Jie Huang | Jackson | MS |
| 281098 | Lam Nguyen | Jackson | MS |
| 281111 | Tenea Le | Jackson | MS |
| 281134 | Huu Nguyen | Jackson | MS |
| 281148 | Dung Tran | Jackson | MS |
| 281157 | Minh Cong Le | Jackson | MS |
| 281159 | Dut Nguyen | Jackson | MS |
| 281160 | Johnny Nguyen | Jackson | MS |
| 281161 | Duc Hieu Nguyen | Jackson | MS |
| 281162 | Hien Dieu Ho Nguyen | Jackson | MS |

7

# Exhibit A

| Case ID | Client Name | County | ST |
|---|---|---|---|
| 281166 | Chau T Pham | Jackson | MS |
| 281184 | Quang Tran | Jackson | MS |
| 281196 | Thuy H Le | Jackson | MS |
| 281201 | Toan Duc Nguyen | Jackson | MS |
| 281202 | Tuyen Le | Jackson | MS |
| 281203 | Tommy Thanh Trung Le | Jackson | MS |
| 281205 | Anh Van Le | Jackson | MS |
| 281206 | Sally Nguyen | Jackson | MS |
| 281208 | Thanh D Nguyen | Jackson | MS |
| 281213 | Tai Banh | Jackson | MS |
| 281216 | Nhu-Yen Nguyen | Jackson | MS |
| 281259 | Phuong Le | Jackson | MS |
| 281262 | Steven Lee | Jackson | MS |
| 281574 | Ngoc Thi Nguyen | Jackson | MS |
| 288221 | Ho Hanh | Jackson | MS |
| 288229 | Can Nguyen | Jackson | MS |
| 288231 | Charlie Nguyen | Jackson | MS |
| 288242 | Ho Buu | Jackson | MS |
| 288245 | Dung Le | Jackson | MS |
| 288248 | Carolyn Todd | Jackson | MS |
| 288263 | Lim Thai | Jackson | MS |
| 288270 | Hoang Nguyen | Jackson | MS |
| 288284 | Hung Nguyen | Jackson | MS |
| 288291 | Hope Nguyen | Jackson | MS |
| 288292 | Vanna Vu | Jackson | MS |
| 288297 | Tam Truong | Jackson | MS |
| 288302 | Nhiem Vo | Jackson | MS |
| 288322 | Anh Le | Jackson | MS |
| 288331 | Suu Tran | Jackson | MS |
| 288338 | Kathy Tran | Jackson | MS |
| 288342 | Hoa Tran | Jackson | MS |
| 288356 | Tony Nguyen | Jackson | MS |
| 288511 | Phuoc Nguyen | Jackson | MS |
| 288514 | Phuoc Nguyen | Jackson | MS |
| 288515 | Oanh Nguyen | Jackson | MS |
| 288691 | Tenea Le | Jackson | MS |
| 288692 | Tan Le | Jackson | MS |
| 288709 | Ly Nguyen | Jackson | MS |
| 288506 | Lucky Nguyen | Jones | MS |
| 288508 | Lisa Nguyen | Jones | MS |
| 288333 | Steven Tran | Madison | MS |
| 288271 | Ty Tran | Wayne | MS |

♨JS 44 (Rev. 12/07)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS

PHONG TRAN, ET AL

**(b)** County of Residence of First Listed Plaintiff ___Forrest___
(EXCEPT IN U.S. PLAINTIFF CASES)

**(c)** Attorney's (Firm Name, Address, and Telephone Number)

Mikal C. Watts, WATTS GUERRA CRAFT, LLP, 2506 North Port
Ave, Corpus Christi, TX 78401. 361-693-3100. Fax 361-882-1261

## DEFENDANTS

BP, PLC; BP EXPLORATION and PRODUCTION, INC, ET AL

County of Residence of First Listed Defendant ___Harris___
(IN U.S. PLAINTIFF CASES ONLY)

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

Attorneys (If Known)

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

☐ 1  U.S. Government Plaintiff

☐ 2  U.S. Government Defendant

☐ 3  Federal Question
(U.S. Government Not a Party)

☒ 4  Diversity
(Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff
(For Diversity Cases Only)     and One Box for Defendant)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☒ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☒ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury – | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product | Med. Malpractice | ☐ 625 Drug Related Seizure | 28 USC 157 | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | Liability | ☐ 365 Personal Injury – | of Property 21 USC 881 | | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment | ☐ 320 Assault, Libel & | Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 460 Deportation |
| & Enforcement of Judgment | Slander | ☐ 368 Asbestos Personal | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 470 Racketeer Influenced and |
| ☐ 151 Medicare Act | ☐ 330 Federal Employers' | Injury Product | ☐ 650 Airline Regs. | ☐ 830 Patent | Corrupt Organizations |
| ☐ 152 Recovery of Defaulted | Liability | Liability | ☐ 660 Occupational | ☐ 840 Trademark | ☐ 480 Consumer Credit |
| Student Loans | ☐ 340 Marine | **PERSONAL PROPERTY** | Safety/Health | | ☐ 490 Cable/Sat TV |
| (Excl. Veterans) | ☐ 345 Marine Product | ☐ 370 Other Fraud | ☐ 690 Other | | ☐ 810 Selective Service |
| ☐ 153 Recovery of Overpayment | Liability | ☐ 371 Truth in Lending | **LABOR** | **SOCIAL SECURITY** | ☐ 850 Securities/Commodities/ |
| of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 380 Other Personal | ☐ 710 Fair Labor Standards | ☐ 861 HIA (1395ff) | Exchange |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle | Property Damage | Act | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge |
| ☐ 190 Other Contract | Product Liability | ☐ 385 Property Damage | ☐ 720 Labor/Mgmt. Relations | ☐ 863 DIWC/DIWW (405(g)) | 12 USC 3410 |
| ☐ 195 Contract Product Liability | ☐ 360 Other Personal | Product Liability | ☐ 730 Labor/Mgmt.Reporting | ☐ 864 SSID Title XVI | ☐ 890 Other Statutory Actions |
| ☐ 196 Franchise | Injury | | & Disclosure Act | ☐ 865 RSI (405(g)) | ☐ 891 Agricultural Acts |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 740 Railway Labor Act | **FEDERAL TAX SUITS** | ☐ 892 Economic Stabilization Act |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate | ☐ 790 Other Labor Litigation | ☐ 870 Taxes (U.S. Plaintiff | ☒ 893 Environmental Matters |
| ☐ 220 Foreclosure | ☐ 442 Employment | Sentence | ☐ 791 Empl. Ret. Inc. | or Defendant) | ☐ 894 Energy Allocation Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ | **Habeas Corpus:** | Security Act | ☐ 871 IRS—Third Party | ☐ 895 Freedom of Information |
| ☐ 240 Torts to Land | Accommodations | ☐ 530 General | | 26 USC 7609 | Act |
| ☐ 245 Tort Product Liability | ☐ 444 Welfare | ☐ 535 Death Penalty | **IMMIGRATION** | | ☐ 900 Appeal of Fee Determination |
| ☐ 290 All Other Real Property | ☐ 445 Amer. w/Disabilities – | ☐ 540 Mandamus & Other | ☐ 462 Naturalization Application | | Under Equal Access |
| | Employment | ☐ 550 Civil Rights | ☐ 463 Habeas Corpus – | | to Justice |
| | ☐ 446 Amer. w/Disabilities – | ☐ 555 Prison Condition | Alien Detainee | | ☐ 950 Constitutionality of |
| | Other | | ☐ 465 Other Immigration | | State Statutes |
| | ☐ 440 Other Civil Rights | | Actions | | |

## V. ORIGIN (Place an "X" in One Box Only)

☒ 1  Original Proceeding

☐ 2  Removed from State Court

☐ 3  Remanded from Appellate Court

☐ 4  Reinstated or Reopened

☐ 5  Transferred from another district (specify)

☐ 6  Multidistrict Litigation

☐ 7  Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
28 USC 1332 (d)(3) and CAFA

Brief description of cause:

## VII. REQUESTED IN COMPLAINT:

☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23

DEMAND $

CHECK YES only if demanded in complaint:
JURY DEMAND: ☒ Yes  ☐ No

## VIII. RELATED CASE(S) IF ANY

(See instructions):     JUDGE _____     DOCKET NUMBER _____

DATE
07/23/2010

SIGNATURE OF ATTORNEY OF RECORD
"s/MIKAL C. WATTS"

**FOR OFFICE USE ONLY**

RECEIPT # _____   AMOUNT _____   APPLYING IFP _____   JUDGE _____   MAG. JUDGE _____

JS 44 Reverse (Rev. 12/07)

# INSTRUCTIONS FOR ATTORNEYS COMPLETING CIVIL COVER SHEET FORM JS 44

### Authority For Civil Cover Sheet

The JS 44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleading or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently, a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. The attorney filing a case should complete the form as follows:

I.      (a) Plaintiffs-Defendants. Enter names (last, first, middle initial) of plaintiff and defendant. If the plaintiff or defendant is a government agency, use only the full name or standard abbreviations. If the plaintiff or defendant is an official within a government agency, identify first the agency and then the official, giving both name and title.

(b) County of Residence. For each civil case filed, except U.S. plaintiff cases, enter the name of the county where the first listed plaintiff resides at the time of filing. In U.S. plaintiff cases, enter the name of the county in which the first listed defendant resides at the time of filing. (NOTE: In land condemnation cases, the county of residence of the "defendant" is the location of the tract of land involved.)

(c) Attorneys. Enter the firm name, address, telephone number, and attorney of record. If there are several attorneys, list them on an attachment, noting in this section "(see attachment)".

II.     Jurisdiction. The basis of jurisdiction is set forth under Rule 8(a), F.R.C.P., which requires that jurisdictions be shown in pleadings. Place an "X" in one of the boxes. If there is more than one basis of jurisdiction, precedence is given in the order shown below.

United States plaintiff. (1) Jurisdiction based on 28 U.S.C. 1345 and 1348. Suits by agencies and officers of the United States are included here.

United States defendant. (2) When the plaintiff is suing the United States, its officers or agencies, place an "X" in this box.

Federal question. (3) This refers to suits under 28 U.S.C. 1331, where jurisdiction arises under the Constitution of the United States, an amendment to the Constitution, an act of Congress or a treaty of the United States. In cases where the U.S. is a party, the U.S. plaintiff or defendant code takes precedence, and box 1 or 2 should be marked.

Diversity of citizenship. (4) This refers to suits under 28 U.S.C. 1332, where parties are citizens of different states. When Box 4 is checked, the citizenship of the different parties must be checked. (See Section III below; federal question actions take precedence over diversity cases.)

III.    Residence (citizenship) of Principal Parties. This section of the JS 44 is to be completed if diversity of citizenship was indicated above. Mark this section for each principal party.

IV.     Nature of Suit. Place an "X" in the appropriate box. If the nature of suit cannot be determined, be sure the cause of action, in Section VI below, is sufficient to enable the deputy clerk or the statistical clerks in the Administrative Office to determine the nature of suit. If the cause fits more than one nature of suit, select the most definitive.

V.      Origin. Place an "X" in one of the seven boxes.

Original Proceedings. (1) Cases which originate in the United States district courts.

Removed from State Court. (2) Proceedings initiated in state courts may be removed to the district courts under Title 28 U.S.C., Section 1441. When the petition for removal is granted, check this box.

Remanded from Appellate Court. (3) Check this box for cases remanded to the district court for further action. Use the date of remand as the filing date.

Reinstated or Reopened. (4) Check this box for cases reinstated or reopened in the district court. Use the reopening date as the filing date.

Transferred from Another District. (5) For cases transferred under Title 28 U.S.C. Section 1404(a). Do not use this for within district transfers or multidistrict litigation transfers.

Multidistrict Litigation. (6) Check this box when a multidistrict case is transferred into the district under authority of Title 28 U.S.C. Section 1407. When this box is checked, do not check (5) above.

Appeal to District Judge from Magistrate Judgment. (7) Check this box for an appeal from a magistrate judge's decision.

VI.     Cause of Action. Report the civil statute directly related to the cause of action and give a brief description of the cause. Do not cite jurisdictional statutes unless diversity.        Example:        U.S. Civil Statute: 47 USC 553
Brief Description: Unauthorized reception of cable service

VII.    Requested in Complaint. Class Action. Place an "X" in this box if you are filing a class action under Rule 23, F.R.Cv.P.

Demand. In this space enter the dollar amount (in thousands of dollars) being demanded or indicate other demand such as a preliminary injunction.

Jury Demand. Check the appropriate box to indicate whether or not a jury is being demanded.

VIII.   Related Cases. This section of the JS 44 is used to reference related pending cases if any. If there are related pending cases, insert the docket numbers and the corresponding judge names for such cases.

Date and Attorney Signature. Date and sign the civil cover sheet.

**Complaints and Other Initiating Documents**
4:10-cv-02625 NGUYEN, ET AL v. BP, PLC et al



7/23/10 1:29 PM

302243
Other

## U.S. District Court

### SOUTHERN DISTRICT OF TEXAS

#### Notice of Electronic Filing

The following transaction was entered by Watts, Mikal on 7/23/2010 at 1:29 PM CDT and filed on 7/23/2010
Case Name:    NGUYEN, ET AL v. BP, PLC et al
Case Number:    4:10-cv-02625
Filer:    CHEIU H NGUYEN, ET AL
Document Number: 1

**Docket Text:**
**COMPLAINT against BP America, Inc., BP Exploration and Production, Inc., BP Products
North America, Inc., BP, PLC, Cameron International Corporation, Halliburton Energy
Services, Inc., Transocean Deepwater, Inc., Transocean Offshore Deepwater Drilling, Inc.,
Transocean, Ltd. (Filing fee $ 350 receipt number 0541-6688653) filed by CHEIU H NGUYEN, ET
AL. (Attachments: # (1) Exhibit Ex A, # (2) Civil Cover Sheet)(Watts, Mikal)**

**4:10-cv-02625 Notice has been electronically mailed to:**

Mikal C Watts    mcwatts@wgclawfirm.com, gpalmer@wgclawfirm.com

**4:10-cv-02625 Notice has not been electronically mailed to:**

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1045387613 [Date=7/23/2010] [FileNumber=11109867-
0] [12767a2f2db40abf69402b2108a5a1acfe1f484a7175de23b6ac8f1b8584cbc788
8868632db081133b7596d450a29227a6f3bb41cca1a7af670641a94e8ec85c]]
**Document description:** Exhibit Ex A
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1045387613 [Date=7/23/2010] [FileNumber=11109867-
1] [3b7a3b8e05a4fc78bbb4dc919742766a6c66915c930924026f2fcf76d586f8f303
53686b5da80af78689b4af7f97d0824bbb82c65cb7b92306648036f67bff38]]
**Document description:** Civil Cover Sheet
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1045387613 [Date=7/23/2010] [FileNumber=11109867-
2] [24885ffc2693bafe42b0409465723db58be471bc4342537a8a7bc035a24f1e9131
68b5099ffd7888235261c824e972b9f267135746927d66efc0c41b7071a0c4]]



From: paygovadmin@mail.doc.twai.gov
Subject: **Pay.Gov Payment Confirmation**
Date: July 23, 2010 1:29:15 PM CDT
To: "gpalmer@wgclawfirm.com" <gpalmer@wgclawfirm.com>

THIS IS AN AUTOMATED MESSAGE. PLEASE DO NOT REPLY.

Your transaction has been successfully completed.

Transaction Summary

Application Name: TXSD CM ECF
Pay.gov Tracking ID: 25169NMR
Agency Tracking ID: 0541-6688653

Account Holder Name: Ryan L Thompson
Transaction Type: Sale
Transaction Amount: $350.00
Billing Address: 4 Dominion Drive, Building 3
Billing Address 2: Suite 100
City: San Antonio
State/Province: TX
Zip/Postal Code: 78257
Country: USA
Card Type: American Express
Card Number: ***********1128
Transaction Date: Jul 23, 2010 2:29:15 PM

From: DCECF_LiveDB@txs.uscourts.gov
Subject: **Activity in Case 4:10-cv-02625 NGUYEN, ET AL v. BP, PLC et al Complaint**
Date: July 23, 2010 1:29:33 PM CDT
To: DC_Notices@txs.uscourts.gov

This is an automatic e-mail message generated by the CM/ECF system. Please **DO NOT RESPOND** to this e-mail because the mail box is unattended.
***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

**U.S. District Court**

**SOUTHERN DISTRICT OF TEXAS**

**Notice of Electronic Filing**

The following transaction was entered by Watts, Mikal on 7/23/2010 at 1:29 PM CDT and filed on 7/23/2010
**Case Name:**        NGUYEN, ET AL v. BP, PLC et al
**Case Number:**      4:10-cv-02625
**Filer:**                CHEIU H NGUYEN, ET AL
**Document Number:** 1

**Docket Text:**
COMPLAINT against BP America, Inc., BP Exploration and Production, Inc., BP Products North America, Inc., BP, PLC, Cameron International Corporation, Halliburton Energy Services, Inc., Transocean Deepwater, Inc., Transocean Offshore Deepwater Drilling, Inc., Transocean, Ltd. (Filing fee $ 350 receipt number 0541-6688653) filed by CHEIU H NGUYEN, ET AL. (Attachments: # (1) Exhibit Ex A, # (2) Civil Cover Sheet)(Watts, Mikal)

**4:10-cv-02625 Notice has been electronically mailed to:**

Mikal C Watts   mcwatts@wgclawfirm.com, gpalmer@wgclawfirm.com

**4:10-cv-02625 Notice has not been electronically mailed to:**

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1045387613 [Date=7/23/2010] [FileNumber=11109867-
0] [12767a2f2db40abf69402b2108a5a1acfe1f484a7175de23b6ac8f1b8584cbc788
8868632db081133b7596d450a29227a6f3bb41cca1a7af670641a94e8ec85c]]
**Document description:**Exhibit Ex A
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1045387613 [Date=7/23/2010] [FileNumber=11109867-
1] [3b7a3b8e05a4fc78bbb4dc919742766a6c66915c930924026f2fcf76d586f8f303
53686b5da80af78689b4af7f97d0824bbb82c65cb7b92306648036f67bff38]]
**Document description:**Civil Cover Sheet
**Original filename:**n/a
**Electronic document Stamp:**

[STAMP dcecfStamp_ID=1045387613 [Date=7/23/2010] [FileNumber=11109867-2] [24885ffc2693bafe42b0409465723db58be471bc4342537a8a7bc035a24f1e9131 68b5099ffd7888235261c824e972b9f267135746927d66efc0c41b7071a0c4]]

IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| CHEIU H. NGUYEN, ET AL;<br><br>　　　Plaintiffs,<br><br>vs.<br><br>BP, P.L.C.; BP EXPLORATION AND PRODUCTION, INC.; BP AMERICA, INC.; BP PRODUCTS NORTH AMERICA, INC.; TRANSOCEAN, LTD.; TRANSOCEAN DEEPWATER, INC.; TRANSOCEAN OFFSHORE DEEPWATER DRILLING, INC.; HALLIBURTON ENERGY SERVICES, INC.; AND CAMERON INTERNATIONAL CORPORATION F/K/A COOPER CAMERON CORPORATION;<br><br>　　　Defendants. | § § § § § § § § § § § § § § § § § | Civil Action No.<br><br>JURY TRIAL REQUESTED |

### PLAINTIFFS' ORIGINAL COMPLAINT

TO THE HONORABLE JUDGE OF SAID COURT:

Plaintiffs, Cheiu H. Nguyen and all individuals named in Exhibit A, attached hereto, file this their Original Complaint against Defendants BP, p.l.c.; BP Exploration and Production, Inc.; BP America, Inc.; BP Products North America, Inc.; Transocean, Ltd.; Transocean Deepwater, Inc.; Transocean Offshore Deepwater Drilling, Inc.; Halliburton Energy Services, Inc. and Cameron International Corporation f/k/a Cooper Cameron Corporation; and in support of their causes of action, respectfully show the following:

### I.
### PARTIES

**A.　Plaintiffs**

1.1　Plaintiffs Cheiu H. Nguyen and all individuals named in Exhibit A,

attached hereto, are commercial fishermen, including oystermen and shrimpers, who own or work on commercial fishing boats that operate in the area affected by Defendants' conduct.

**B. Defendants**

1.2 Defendant BP p.l.c. is a foreign corporation doing business in Texas, and is incorporated under the laws of England. Service of process on Defendant BP p.l.c. is proper through the means authorized by the Hague Convention On the Service Abroad of Judicial Extrajudicial Docs in Civil or Commercial Matters.

1.3 Defendant BP Exploration and Production, Inc. is a foreign corporation doing business in Texas and maintains its principal place of business in the Southern District of Texas at 501 Westlake Park Boulevard, Houston, Texas 77079. Defendant BP Exploration and Production Inc. may be served with process through its registered agent for service C T Corporation System, at 350 North St. Paul Street, Dallas, Texas 75201.

1.4 Defendant BP America, Inc. is a foreign corporation doing business in Texas and maintains its principal place of business in the Southern District of Texas at 501 Westlake Park Boulevard, Houston, Texas 77079. Defendant BP America, Inc. may be served with process through its registered agent for service C T Corporation System, at 350 North St. Paul Street, Dallas, Texas 75201.

1.5 Defendant BP North America, Inc. is a foreign corporation doing business in Texas and maintains its principal place of business in the Southern District of Texas at 501 Westlake Park Boulevard, Houston, Texas 77079. Defendant BP Products North America, Inc. may be served with process through its registered agent for service C T Corporation System, at 350 North St. Paul Street, Dallas, Texas 75201.

1.6 Defendant Transocean, Ltd. is a foreign corporation doing business in

Texas, and is incorporated under the laws of Switzerland. Service of process on Defendant Transocean, Ltd is proper through the means authorized by the Hague Convention On the Service Abroad of Judicial Extrajudicial Docs in Civil or Commercial Matters.

1.7     Defendant Transocean Deepwater, Inc. is a foreign corporation doing business in Texas and maintains its principal place of business in the Southern District of Texas at 4 Greenway Plaza, Houston, Texas 77046.     Defendant Transocean Deepwater, Inc. may be served with process by and through their counsel of record: Frank A. Piccolo, Wesleyan Tower, 24 Greenway Plaza, Ste 2050, Houston, Texas 77046.

1.8     Defendant Transocean Offshore Deepwater Drilling, Inc. is a foreign corporation doing business in Texas and maintains its principal place of business in the Southern District of Texas at 4 Greenway Plaza, Houston, Texas 77046.     Defendant Transocean Offshore Deepwater Drilling, Inc. may be served with process by and through their counsel of record: Frank A. Piccolo, Wesleyan Tower, 24 Greenway Plaza, Ste 2050, Houston, Texas 77046.

1.9     Defendant Halliburton Energy Services, Inc. is a foreign corporation doing business in Texas. Defendant Halliburton Energy Services, Inc. (hereinafter referred to as "Halliburton") may be served with process through its registered agent for service CT Corporation System, at 350 North St. Paul Street, Ste 2900, Dallas, Texas 75201.

1.10     Defendant Cameron International Corporation f/k/a Cooper Cameron Corporation (hereinafter referred to as "Cameron") is a foreign corporation doing business in Texas and maintains it principal place of business in the Southern District of Texas at 1333 West Loop S # 1700 Houston, Texas 77027. Defendant Cameron may be served with process through its registered agent for service: CT Corporation System, 350 N. St. Paul Street, Dallas, Texas 75201.

3

## II.
## JURISDICTION AND VENUE

2.1    Jurisdiction is appropriate in this Court by virtue of 28 U.S.C. § 1332(d)(3) and the Class Action Fairness Act ("CAFA").  At least one Plaintiff is a citizen of a different state than at least one Defendant, and the aggregated amount in controversy in this action exceeds five million dollars, ($5,000,000), exclusive of interest and costs.

2.2    Venue is proper in the Southern District of Texas under 28 U.S.C. § 1391(a)(3) as this is a judicial district where at least one defendant is subject to personal jurisdiction at the time the action accrued.

2.3    This Court has personal jurisdiction over Defendants because they have substantial and continuous contacts with this district so as to satisfy both general and specific minimum contact, and exercising jurisdiction over Defendants does not offend the traditional notions of fair play and substantial justice.

## III.
## FACTUAL ALLEGATIONS

3.1    Upon information and belief, BP, p.l.c., BP Production and Exploration, Inc., BP Products North America, Inc., and BP America, Inc. (hereinafter collectively referred to as "BP") are the holders of an oil and gas lease granted by the Minerals Management Service.  BP leased Deepwater Horizon, a semi-submersible mobile drilling rig, from its owners/operators Transocean, Ltd., Transocean Offshore Deepwater Drilling, Inc., and Transocean Deepwater, Inc. (hereinafter collectively referred to as "Transocean") to drill a well pursuant to the above mentioned lease.

3.2    Upon information and belief, on April 20, 2010 at approximately 10 p.m., an explosion and fire occurred on Deepwater Horizon, resulting in the sinking of the semi-submersible mobile drilling rig.  Prior to the explosion, Defendant Halliburton was engaged by BP and Transocean to conduct cementing operations on the well.

4

Although Halliburton had stated that it completed the final stage of cementation and integrity tests had been performed on the well, in fact, at the time of the explosion, placement of a final cement casing plug had not yet occurred.

3.3    Upon information and belief, after the explosion, the blowout preventer ("BOP"), a wellhead safety device manufactured by Cameron and used to seal pipes carrying subsea oil and gas, failed to properly engage and prevent the uncontrolled release of oil into the Gulf of Mexico.

3.4    Upon information and belief, the explosion and blowout preventer failure commenced an oil spill that has resulted in the daily release of approximately 12,000 to 19,000 barrels of oil per day into the Gulf of Mexico. The size of the Deepwater Horizon oil plume has eclipsed ExxonValdez to become the largest oil spill in United States history.

3.5    Defendants knew of the dangers of deep water drilling, and the incidents described above were caused by the combined negligence of all named Defendants, rendering them jointly, severally and *in solido* liable to Plaintiffs.

## IV.
## NEGLIGENCE – ALL DEFENDANTS

4.1    Plaintiffs incorporate by reference all preceding paragraphs as if fully set forth herein and further allege as follows:

4.2    Defendants were, directly or indirectly, negligent in the operation of the Deepwater Horizon in the Gulf of Mexico, and have negligently discharged millions of barrels of oil into the waters of the Gulf of Mexico. The resulting widespread contamination from the oil spill has devastated the economic livelihood of Plaintiffs.

4.3    Deepwater Horizon, its pipes, casing, the well it was drilling, and all of the related equipment and materials, including its safety and spill prevention devices,

5

were in the care, custody, and control of Defendants at the time of the incidents giving rise to this action.

4.4     Defendants owed a duty of reasonable care to Plaintiffs to exercise reasonable care in the design, construction, operation, management, use, maintenance, and inspection of Deepwater Horizon, its pipes, casings, the well it was drilling, and all of the related equipment and materials, including its safety and spill prevention measures and devices.

4.5     Defendants, through their agents, servants and employees, further breached their duty by:

      a.     Failing to properly operate the Deepwater Horizon;

      b.     Failing to properly inspect the Deepwater Horizon to assure that its equipment were operable and fit for their intended purpose;

      c.     Failing to ascertain that the Deepwater Horizon and its equipment were free from defects or in proper working order;

      d.     Failing to implement policies and procedures to safely conduct offshore operations in the Gulf of Mexico;

      e.     Failing to promulgate, implement and enforce rules and regulations pertaining to the safe operations of the Deepwater Horizon which, if they had been so promulgated, implemented and enforced, would have averted the fire, explosion, sinking and oil spill;

      f.     Failing to appropriately hire and adequately train personnel charged with operating Deepwater Horizon;

      g.     Failing to timely bring the oil release under control;

      h.     Failing to timely warn of the release of oil;

6

i. Failing to properly respond to the release and take necessary actions to mitigate the danger surrounding community; and

j. Such other acts of negligence and omissions as will be shown at the trial of this matter.

4.6 In the alternative, Plaintiff, reiterating and realleging each and every allegation set forth above, avers the applicability of the doctrine of *res ipsa loquitur*.

## V.
## GROSS NEGLIGENCE – BP & TRANSOCEAN

5.1 Plaintiffs incorporate by reference all preceding paragraphs as if fully set forth herein and further allege as follows:

5.2 BP and Transocean committed not only the acts and omissions of negligence enunciated above, but also acts of gross negligence, which are a proximate cause of the economic injuries sustained by Plaintiffs, and for which Plaintiffs are entitled to recover punitive damages.

5.3 BP and Transocean knew that their actions and omissions created unsafe and hazardous conditions. BP and Transocean did nothing to remedy the unsafe conditions even though they had knowledge of them prior to the incident. BP and Transocean's acts and omissions in this regard, when viewed objectively from the standpoint of BP, involved an extreme degree of risk, considering the probability and magnitude of potential harm to others. BP and Transocean had actual, subjective awareness of the risk involved, but nevertheless proceeded with conscious indifference to the rights, safety, or welfare of others, including Plaintiffs.

## VI.
## STRICT LIABILITY FOR ABNORMALLY DANGEROUS
## ACTIVITY – ALL DEFENDANTS

6.1     Plaintiffs incorporate by reference all preceding paragraphs as if fully set forth herein and further allege as follows:

6.2     Deepwater Horizon drilling operations involved abnormally dangerous activities and:

      a.     such activities created a high degree of risk of harm to Plaintiffs;

      b.     such activities involved a likelihood that the harm threatened by Defendants' conduct would be great;

      c.     such activities involved practices not common nor prevalent in Florida; and

      d.     any value of such activities was outweighed by the abnormal risk of harm and actual harm suffered by Plaintiffs.

6.3     Defendants were involved in abnormally dangerous activities because Defendants' operations created an abnormal risk of physical harm to the water of the United States Gulf Coast, coastal and shore areas and contiguous environments. The physical harm is characteristic of the risk posed by Defendants' operations, which has been suffered as a result of the Deepwater Horizon oil plume.

## VII.
## OIL POLLUTION ACT

7.1     In addition to the state claims alleged herein, Plaintiffs anticipate that they will ultimately assert claims under the Oil Pollution Act, 33 U.S.C. § 2701 et seq., but such claims are not yet ripe.

## VIII.
## DAMAGES

8

8.1    Prior to the incident described above, the Gulf of Mexico was one of the most prolific fishing grounds for Plaintiffs and was the source of large quantities of commercial Red Snapper and Grouper. As a result of the above described incidents, the fisheries and other natural resources in the Gulf of Mexico have been harmed to the extent that Plaintiffs are prevented from commercially fishing in the Gulf of Mexico, and Plaintiffs have sustained economic harm in the form of lost profits or impairment of earning capacity.

8.2    Plaintiffs are entitled to recover such economic damages for this and future economic harm, and are also entitled to recover damages against Cameron compensable under the Mississippi Products Liability Act.

## IX.
## PUNITIVE DAMAGES

9.1    Because BP and Transocean are guilty of gross negligence, they should have punitive damages assessed against them in an amount deemed appropriate by the jury.

## X.
## JURY DEMAND

10.1    Plaintiffs request a trial by jury.

## XI.
## PRAYER

11.1    WHEREFORE, PREMISES CONSIDERED, Plaintiffs pray that Defendants be cited to appear and answer herein, that this cause be set down for trial before a jury, and that Plaintiffs recover judgment of and from Defendants for their damages, in such amount as the evidence may show and the jury may determine to be proper, together with pre-judgment interest and post-judgment interest, costs of suit, and such other and further relief to which Plaintiffs may show to be entitled, whether at law or in equity.

Respectfully submitted:

/s/ Mikal C. Watts

Mikal C. Watts
State Bar No. 20981820
Federal Bar No. 12419
MCWatts@wgclawfirm.com

ATTORNEY IN CHARGE

J. Hunter Craft
State Bar No. 24012466
Federal Bar No. 24377
HCraft@wgclawfirm.com

Emily C. Jeffcott
State Bar No. 24069993
Federal Bar No. 1069933
EJeffcott@wgclawfirm.com

ATTORNEYS FOR PLAINTIFF

OF COUNSEL:

WATTS GUERRA CRAFT LLP
2506 North Port Avenue
Corpus Christi, Texas 78401
Phone: 361-693-3100
Fax:    361-882-1261

# Exhibit A

| Case ID | Client Name | County | ST |
| --- | --- | --- | --- |
| 276904 | Cheiu H Nguyen | Pulaski | AR |
| 288319 | Liem Nguyen | San Diego | CA |
| 278201 | Hieu Nguyen | Bibb | GA |
| 278919 | Chuc Pham | Bibb | GA |
| 288253 | Thuy Le | Chatham | GA |
| 288237 | Duc Nguyen | Clarke | GA |
| 288275 | Lan Nguyen | Clayton | GA |
| 288368 | Luan Trinh | Clayton | GA |
| 288252 | Tom Le | Cobb | GA |
| 288581 | Tam Nguyen | Cobb | GA |
| 259161 | Thanh T Ly | DeKalb | GA |
| 266246 | Howard H Ho | DeKalb | GA |
| 266277 | Hai Ngoc Huynh | DeKalb | GA |
| 288267 | Hien Nguyen | DeKalb | GA |
| 288278 | Kim Ngan Nguyen | DeKalb | GA |
| 288354 | Truong Nguyen | DeKalb | GA |
| 288678 | Linh Luong | DeKalb | GA |
| 288281 | Julie Nguyen | Dougherty | GA |
| 256498 | Brian H Nguyen | Fulton | GA |
| 256787 | David Tran | Fulton | GA |
| 259935 | Marlam Tai | Fulton | GA |
| 268724 | Amanda Lee | Fulton | GA |
| 288500 | Anh Hoang | Fulton | GA |
| 288298 | Luan Trinh | Gwinnett | GA |
| 288321 | Diep Le | Gwinnett | GA |
| 288346 | Thao Nguyen | Gwinnett | GA |
| 288367 | Phi Trinh | Gwinnett | GA |
| 288504 | Melissa Pyng Ngo | Gwinnett | GA |
| 288674 | Julie Nguyen | Gwinnett | GA |
| 288697 | Kelly Le | Gwinnett | GA |
| 288353 | Van Nguyen | Schley | GA |
| 288355 | Trang Nguyen | Seminole | GA |
| 288363 | Men Nguyen | Thomas | GA |
| 268996 | Khan Vu | Halifax | NC |
| 288314 | Thanh Hoang | Macon | NC |
| 272961 | Toan V Vu | Union | NC |
| 257341 | Chi V Tran | Wake | NC |
| 268940 | Mai Le | Wake | NC |
| 269096 | Chau M Tran | Wake | NC |
| 269101 | Quyen Le | Wake | NC |
| 269205 | Loi Tran | Wake | NC |
| 288516 | Ngoc Nguyen | Kings | NY |
| 288228 | Andrew Nguyen | Montgomery | PA |
| 275590 | Joe Nguyen | Beaufort | SC |
| 272990 | Alica Tran | Charleston | SC |
| 257455 | Ngo T Nguyen | Greenville | SC |

# Exhibit A

| Case ID | Client Name | County | ST |
|---------|-------------|--------|-----|
| 288316 | Thi Ho | Greenville | SC |
| 274652 | Tony Nguyen | Shelby | TN |
| 275689 | Ban Nguyen | Williamson | TN |
| 275712 | Bach Nguyen | Williamson | TN |
| 288272 | Vu Tran | Salt Lake | UT |

JS 44 (Rev. 12/07)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS

CHIEU H. NGUYEN, ET AL

## DEFENDANTS

BP, PLC; BP EXPLORATION and PRODUCTION, INC, ET AL

(b) County of Residence of First Listed Plaintiff    Pulaski

(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant    Harris

(IN U.S. PLAINTIFF CASES ONLY)

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

(c) Attorney's (Firm Name, Address, and Telephone Number)

Mikal C. Watts, WATTS GUERRA CRAFT, LLP, 2506 North Port Ave, Corpus Christi, TX 78401. 361-693-3100. Fax 361-882-1261

Attorneys (If Known)

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

☐ 1  U.S. Government Plaintiff

☐ 3  Federal Question (U.S. Government Not a Party)

☐ 2  U.S. Government Defendant

☒ 4  Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES(Place an "X" in One Box for Plaintiff
(For Diversity Cases Only) and One Box for Defendant)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☒ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☒ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury - | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product | Med. Malpractice | ☐ 625 Drug Related Seizure | 28 USC 157 | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | Liability | ☐ 365 Personal Injury - | of Property 21 USC 881 | | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment | ☐ 320 Assault, Libel & | Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 460 Deportation |
| & Enforcement of Judgment | Slander | ☐ 368 Asbestos Personal | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 470 Racketeer Influenced and |
| ☐ 151 Medicare Act | ☐ 330 Federal Employers' | Injury Product | ☐ 650 Airline Regs. | ☐ 830 Patent | Corrupt Organizations |
| ☐ 152 Recovery of Defaulted | Liability | Liability | ☐ 660 Occupational | ☐ 840 Trademark | ☐ 480 Consumer Credit |
| Student Loans | ☐ 340 Marine | **PERSONAL PROPERTY** | Safety/Health | | ☐ 490 Cable/Sat TV |
| (Excl. Veterans) | ☐ 345 Marine Product | ☐ 370 Other Fraud | ☐ 690 Other | | ☐ 810 Selective Service |
| ☐ 153 Recovery of Overpayment | Liability | ☐ 371 Truth in Lending | **LABOR** | **SOCIAL SECURITY** | ☐ 850 Securities/Commodities/ |
| of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 380 Other Personal | ☐ 710 Fair Labor Standards | ☐ 861 HIA (1395ff) | Exchange |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle | Property Damage | Act | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge |
| ☐ 190 Other Contract | Product Liability | ☐ 385 Property Damage | ☐ 720 Labor/Mgmt. Relations | ☐ 863 DIWC/DIWW (405(g)) | 12 USC 3410 |
| ☐ 195 Contract Product Liability | ☐ 360 Other Personal | Product Liability | ☐ 730 Labor/Mgmt.Reporting | ☐ 864 SSID Title XVI | ☐ 890 Other Statutory Actions |
| ☐ 196 Franchise | Injury | | & Disclosure Act | ☐ 865 RSI (405(g)) | ☐ 891 Agricultural Acts |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 740 Railway Labor Act | **FEDERAL TAX SUITS** | ☐ 892 Economic Stabilization Act |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate | ☐ 790 Other Labor Litigation | ☐ 870 Taxes (U.S. Plaintiff | ☒ 893 Environmental Matters |
| ☐ 220 Foreclosure | ☐ 442 Employment | Sentence | ☐ 791 Empl. Ret. Inc. | or Defendant) | ☐ 894 Energy Allocation Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ | **Habeas Corpus:** | Security Act | ☐ 871 IRS—Third Party | ☐ 895 Freedom of Information |
| ☐ 240 Torts to Land | Accommodations | ☐ 530 General | | 26 USC 7609 | Act |
| ☐ 245 Tort Product Liability | ☐ 444 Welfare | ☐ 535 Death Penalty | **IMMIGRATION** | | ☐ 900Appeal of Fee Determination |
| ☐ 290 All Other Real Property | ☐ 445 Amer. w/Disabilities - | ☐ 540 Mandamus & Other | ☐ 462 Naturalization Application | | Under Equal Access |
| | Employment | ☐ 550 Civil Rights | ☐ 463 Habeas Corpus - | | to Justice |
| | ☐ 446 Amer. w/Disabilities - | ☐ 555 Prison Condition | Alien Detainee | | ☐ 950 Constitutionality of |
| | Other | | ☐ 465 Other Immigration | | State Statutes |
| | ☐ 440 Other Civil Rights | | Actions | | |

## V. ORIGIN (Place an "X" in One Box Only)

☒ 1 Original Proceeding  ☐ 2 Removed from State Court  ☐ 3 Remanded from Appellate Court  ☐ 4 Reinstated or Reopened  ☐ 5 Transferred from another district (specify)  ☐ 6 Multidistrict Litigation  ☐ 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
28 USC 1332 (d)(3) and CAFA

Brief description of cause:

## VII. REQUESTED IN COMPLAINT:

☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23

**DEMAND $**

CHECK YES only if demanded in complaint:
**JURY DEMAND:**  ☒ Yes  ☐ No

## VIII. RELATED CASE(S) IF ANY

(See instructions):  JUDGE _____  DOCKET NUMBER _____

DATE  07/23/2010

SIGNATURE OF ATTORNEY OF RECORD  "s/MIKAL C. WATTS"

FOR OFFICE USE ONLY

RECEIPT # _____  AMOUNT _____  APPLYING IFP _____  JUDGE _____  MAG. JUDGE _____

JS 44 Reverse (Rev. 12/07)

# INSTRUCTIONS FOR ATTORNEYS COMPLETING CIVIL COVER SHEET FORM JS 44

## Authority For Civil Cover Sheet

The JS 44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleading or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently, a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. The attorney filing a case should complete the form as follows:

I.    (a) Plaintiffs-Defendants. Enter names (last, first, middle initial) of plaintiff and defendant. If the plaintiff or defendant is a government agency, use only the full name or standard abbreviations. If the plaintiff or defendant is an official within a government agency, identify first the agency and then the official, giving both name and title.

(b) County of Residence. For each civil case filed, except U.S. plaintiff cases, enter the name of the county where the first listed plaintiff resides at the time of filing. In U.S. plaintiff cases, enter the name of the county in which the first listed defendant resides at the time of filing. (NOTE: In land condemnation cases, the county of residence of the "defendant" is the location of the tract of land involved.)

(c) Attorneys. Enter the firm name, address, telephone number, and attorney of record. If there are several attorneys, list them on an attachment, noting in this section "(see attachment)".

II.    Jurisdiction. The basis of jurisdiction is set forth under Rule 8(a), F.R.C.P., which requires that jurisdictions be shown in pleadings. Place an "X" in one of the boxes. If there is more than one basis of jurisdiction, precedence is given in the order shown below.

United States plaintiff. (1) Jurisdiction based on 28 U.S.C. 1345 and 1348. Suits by agencies and officers of the United States are included here.

United States defendant. (2) When the plaintiff is suing the United States, its officers or agencies, place an "X" in this box.

Federal question. (3) This refers to suits under 28 U.S.C. 1331, where jurisdiction arises under the Constitution of the United States, an amendment to the Constitution, an act of Congress or a treaty of the United States. In cases where the U.S. is a party, the U.S. plaintiff or defendant code takes precedence, and box 1 or 2 should be marked.

Diversity of citizenship. (4) This refers to suits under 28 U.S.C. 1332, where parties are citizens of different states. When Box 4 is checked, the citizenship of the different parties must be checked. (See Section III below; federal question actions take precedence over diversity cases.)

III.    Residence (citizenship) of Principal Parties. This section of the JS 44 is to be completed if diversity of citizenship was indicated above. Mark this section for each principal party.

IV.    Nature of Suit. Place an "X" in the appropriate box. If the nature of suit cannot be determined, be sure the cause of action, in Section VI below, is sufficient to enable the deputy clerk or the statistical clerks in the Administrative Office to determine the nature of suit. If the cause fits more than one nature of suit, select the most definitive.

V.    Origin. Place an "X" in one of the seven boxes.

Original Proceedings. (1) Cases which originate in the United States district courts.

Removed from State Court. (2) Proceedings initiated in state courts may be removed to the district courts under Title 28 U.S.C., Section 1441. When the petition for removal is granted, check this box.

Remanded from Appellate Court. (3) Check this box for cases remanded to the district court for further action. Use the date of remand as the filing date.

Reinstated or Reopened. (4) Check this box for cases reinstated or reopened in the district court. Use the reopening date as the filing date.

Transferred from Another District. (5) For cases transferred under Title 28 U.S.C. Section 1404(a). Do not use this for within district transfers or multidistrict litigation transfers.

Multidistrict Litigation. (6) Check this box when a multidistrict case is transferred into the district under authority of Title 28 U.S.C. Section 1407. When this box is checked, do not check (5) above.

Appeal to District Judge from Magistrate Judgment. (7) Check this box for an appeal from a magistrate judge's decision.

VI.    Cause of Action. Report the civil statute directly related to the cause of action and give a brief description of the cause. Do not cite jurisdictional statutes unless diversity.    Example:    U.S. Civil Statute: 47 USC 553
                                                     Brief Description: Unauthorized reception of cable service

VII.    Requested in Complaint. Class Action. Place an "X" in this box if you are filing a class action under Rule 23, F.R.Cv.P.

Demand. In this space enter the dollar amount (in thousands of dollars) being demanded or indicate other demand such as a preliminary injunction.

Jury Demand. Check the appropriate box to indicate whether or not a jury is being demanded.

VIII.    Related Cases. This section of the JS 44 is used to reference related pending cases if any. If there are related pending cases, insert the docket numbers and the corresponding judge names for such cases.

Date and Attorney Signature. Date and sign the civil cover sheet.



EXHIBIT F

BEFORE THE JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION
MDL NO. 2179

**In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico**

*Actions Related to this Filing:*

> *Thum Le, et al v. BP, plc, et al*
> Civil Action No. 4:10-cv-01970
>
> *Duc Truong Le, et al v. BP, plc, et al*
> Civil Action No. 4:10-cv-01971
>
> *Xuan V. Nguyen, et al v. BP, plc, et al*
> Civil Action No. 4:10-cv-01968
>
> *Dong Nguyen, et al v.BP plc, et al*
> Civil Action No. 4:10-cv-01969
>
> *Shun Chu, et al v. BP, plc, et al*
> Civil Action No. 4:10-cv-01972
>
> *Cindy T. Nguyen v. BP, plc, et al*
> Civil Action No. 4:10-cv-02030

**INTERESTED PARTY RESPONSE OF PLAINTIFFS IN *THUM LE, ET AL; DUC TRUONG LE, ET AL; XUAN V. NGUYEN, ET AL; DONG NGUYEN, ET AL; SHUN CHU, ET AL; AND CINDY T. NGUYEN, ET AL* IN SUPPORT OF MOTION FOR TRANSFER AND CONSOLIDATION UNDER 28 U.S.C. § 1407**

**I.     INTRODUCTION**

The 8918 Plaintiffs in the above-referenced six actions[1] have been filed in the U.S.

District Court for the Southern District of Texas, Houston Division, and submit this

their consolidated Interested Party Response.  Pursuant to the Panel's May 20, 2010

Order, (Rec. Doc. 16) and Rule 7.2 of the Judicial Panel on Multidistrict Litigation Rules

of Procedure, Interested Party Plaintiffs (hereinafter referred to as "Interested Parties")

---

[1]     All original complaints, including a detailed list of all Plaintiffs, are hereto attached as Exhibit A,
B, C, D, E, and F.  Additionally, 3087 Plaintiffs represented by the undersigned have filed claims in the
Harris County District Court of Texas.

support transfer and centralization under 28 U.S.C. § 1407,[2] and respectfully recommend to the Panel that the Deepwater Horizon cases against BP, p.l.c., BP Exploration and Production, Inc., BP America, Inc., BP Products North America, Inc., Transocean, Ltd., Transocean Deepwater, Inc., Transocean Offshore Deepwater Drilling, Inc., Halliburton Energy Services, Inc., and Cameron International Corporation f/k/a Cooper Cameron Corporation be transferred either to the Southern District of Texas, Houston Division, where the majority of defendants named in these actions maintain a principal place of business, or to the Eastern District of Louisiana, where the oil has primarily and first damaged the coastline and many Interested Parties' commercial fishing operations. In the alternative, Interested Parties respectfully request that the Panel transfer these suits to another district court with an experienced judge whose docket and energies enable the judge to actively manage the litigation.

The Southern District of Texas, Houston Division is an appropriate court in which to centralize all pretrial proceedings. A significant number of plaintiffs, including the 8918 Interested Parties consolidated in this response, are filed in the Southern District of Texas, Houston Division. The Southern District of Texas, Houston Division is also located near the principal place of businesses for BP Exploration and Production, Inc., BP America, Inc., BP Products North America, Inc., Transocean Deepwater, Inc., Transocean Offshore Deepwater Drilling, Inc., and Cameron International Corporation f/k/a Cooper Cameron Corporation. As such, key discoverable documents and witnesses will be accessible with greater ease and reduced burdens to all parties.

---

[2]     As noted in similar motions filed by other parties, this centralization of the litigation in a single federal district court serves the best interest of the courts, parties, and witnesses. Given the duplicitous complexities associated with these cases, singular management governed by Multidistrict Litigation Rules

Likewise, the Eastern District of Louisiana is an appropriate court in which to centralize all pretrial proceedings. A significant number of plaintiffs are filed in the Eastern District of Louisiana and several large multi-district litigation proceedings have been expertly handled there. *See, e.g., In re: FEMA Trailer Formaldehyde Products Liability Litig.*, MDL-1873 (Dist. J. Kurt Engelhardt); *In re: Vioxx Products Liability Litig.*, MDL-1657 (Dist. J. Eldon Fallon). Furthermore, it is located in the center of the area where the most significant coastline damage has occurred.

## II. BACKGROUND INFORMATION

### A. FACTUAL BACKGROUND

On or about April 20, 2010, an explosion and fire occurred on Deepwater Horizon, resulting in the sinking of a semi-submersible mobile drilling rig owned/operated by Transocean, Ltd., Transocean Offshore Deepwater Drilling, Inc., and Transocean Deepwater, Inc. This rig was leased by BP, p.l.c., BP Production and Exploration, Inc., BP Products North America, Inc., and BP America, Inc. as the holders of the oil and gas lease under which drilling was authorized.

Prior to the explosion, Defendant Halliburton was engaged by BP and Transocean to conduct cementing operations on the well. Although Halliburton had stated that it completed the final stage of cementation and integrity tests had been performed on the well, in fact, at the time of the explosion, placement of a final cement casing plug had not yet occurred. In addition, the blowout preventer ("BOP"), a wellhead safety device manufactured by Cameron and used to seal pipes carrying subsea oil and gas, failed to properly engage and prevent the uncontrolled release of oil into the Gulf of Mexico.

---

and statutory provisions is essential to efficient and swift resolution. *See Manual for Complex Litigation, Fourth*, § 20.13 (Fed. Jud. Crt. 2005).

Consequently, the explosion and blowout preventer failure commenced an oil spill that has resulted in the daily release of approximately 12,000 to 19,000 barrels of oil per day into the Gulf of Mexico. The size of the Deepwater Horizon oil leak has eclipsed ExxonValdez to become the largest oil spill in United States history.

Interested Parties are 8918 commercial fishermen, including shrimpers and oyster harvesters, who have been damaged as a result of the Deepwater Horizon disaster. All Interested Parties have filed legal actions in the Southern District of Texas, Houston Division alleging various claims against Defendants for economic and punitive damages suffered by Interested Parties as a result of the Deepwater Horizon disaster.

### B.     PROCEDURAL BACKGROUND

On May 6, 2010, plaintiffs not parties to the above referenced actions moved for centralization of the actions before the Eastern District of Louisiana. (Rec. Doc. 1) Soon thereafter, Defendants BP, plc, BP Products North America, Inc., BP Exploration & Production, Inc., and BP America, Inc. moved to stay proceedings in the various district courts in which they have been named, and sought the transfer of all actions arising from the Deepwater Horizon explosion to the Southern District of Texas, Houston Division. In addition to these filings, the Southern District of Alabama, the Southern District of Mississippi, and the Northern District of Florida have also been proposed as potential forums for this MDL. (*See, e.g.*, Rec. Doc. 8, 9, 13, 17, 19, 26, 27)

## III.    ARGUMENT

### A.     TRANSFER FOR CENTRALIZED PRETRIAL PROCEEDINGS IS APPROPRIATE

The purpose of 28 U.S.C. § 1407 is to ensure centralized management of pretrial proceedings in litigation arising in various districts to ensure the just, efficient and

consistent conduct and adjudication of such actions. *U.S. ex rel Pogue v. Diabetes Treatment Centers of America, Inc.*, 238 F. Supp. 2d 270 (D.D.C. 2002). The various parties requesting transfer agree that the cases are substantially similar, involve common issues of law and fact, and that consolidation and transfer of the related actions, excluding the actions for personal injury or wrongful death, is appropriate. Interested Parties likewise agree, and accordingly, this brief is limited to only a discussion of the appropriate situs for such transfer.

**B.    THE SOUTHERN DISTRICT OF TEXAS, HOUSTON DIVISION IS AN APPROPRIATE TRANSFEREE DISTRICT FOR THIS LITIGATION**

The Southern District of Texas, Houston Division is an appropriate court to handle the centralized pretrial proceedings for multiple reasons. First, the court is located in the same county as the majority of defendants named in these actions. Because the locality of defendants implicates the locality of key witnesses and documents, courts frequently rely on such as a factor dictating transfer location. *See, e.g., In re Delta Air Lines Inc.*, 170 F.Supp.2d 1359, 1360 (J.P.M.L. 2001). In addition, since defendants regularly conduct business in Houston, venue is indisputably appropriate in the Southern District of Texas, Houston Division, such that the Court has the plenary power to conduct not only pre-trial proceedings, but also try cases pertaining to the this litigation.

Second, the Southern District of Texas, Houston Division is experienced in handling MDL proceedings. *See, e.g., In re: Refined Petroleum Products Antitrust Litigation*, MDL-1886 (Dist. J. Sim Lake); *In re Enron Corp. Securities, Derivative & "ERISA" Litigat.*, MDL-1446 (Dist. J. Melinda Harmon). The court, however, is not overburdened with multidistrict litigation as may be in other proposed locations. *See In re Gator Corp. Software Trademark & Copyright Litig.*, 259 F.Supp.2d 1378, 1380 (J.P.M.L.

5

2003) (selecting transferee district because such was not "overtaxed").

Third, the Southern District of Texas, Houston Division is also well-situated, located within minutes of major airports and freeways allowing for easy access by litigants and witnesses. Accordingly, this district is appropriate for efficient management of this Deepwater Horizon Oil Spill litigation.

Finally, should this court determine the Southern District of Texas, Houston Division to be an inappropriate transferee location, Interested Parties request that the cases be transferred to another district with an experienced judge whose docket and energies will enable him or her to manage this complex litigation.

**C.** **THE EASTERN DISTRICT OF LOUISIANA IS AN APPROPRIATE TRANSFEREE DISTRICT FOR THIS LITIGATION**

The Eastern District of Louisiana is an appropriate court to handle the centralized pretrial proceedings for multiple reasons. First, prior to these Interested Parties filing their cases in the Southern District of Texas, many claims have been filed by others in the Eastern District of Louisiana.

Second, several large multi-district litigation proceedings have been efficiently handled there as well. *See, e.g., In re: FEMA Trailer Formaldehyde Products Liability Litig.,* MDL-1873 (Dist. J. Kurt Engelhardt); *In re: Vioxx Products Liability Litig.,* MDL-1657 (Dist. J. Eldon Fallon). The clerks are experienced in handling MDL transfers, and the large number of filings that occur in multi-district litigation proceedings.

Third, the Eastern District of Louisiana is located in New Orleans, which is located in the area currently most affected with coastline damage. It is also only a forty-five minute flight from the defendants' principal offices in Houston, Texas.

Finally, should this court determine the Eastern District of Louisiana to be an inappropriate transferee location, Interested Parties request that the cases be transferred

to another district with an experienced judge whose docket and energies will enable him or her to manage this complex litigation.

## V. CONCLUSION & PRAYER

Transfer to the Southern District of Texas, Houston Division or to the Eastern District of Louisiana is appropriate in this litigation because coordinated management will serve the interests of the parties, witnesses, and courts by saving time and resources; avoiding duplication of discovery; reducing the risk of conflicting determinations on common factual and legal issues at the pretrial stage; promoting the convenience of the parties, the courts and the witnesses; and enhancing the efficiency of all the pending actions. Therefore, Interested Parties respectfully pray that pursuant to 28 U.S.C. § 1407 this Court order the transfer of all related cases for discovery and pretrial purposes to the Southern District of Texas, Houston Division, or to the Eastern District of Louisiana.

Respectfully submitted:

Dated: June 10, 2010

/s/ Mikal C. Watts

Mikal C. Watts
Federal Bar No. 12419
MCWatts@wgclawfirm.com

J. Hunter Craft
Federal Bar No. 24377
HCraft@wgclawfirm.com

Emily C. Jeffcott
Federal Bar No. 1069933
EJeffcott@wgclawfirm.com

WATTS GUERRA CRAFT LLP
2506 North Port Avenue
Corpus Christi, Texas 78401
Phone: 361-693-3100

Fax:    361-882-1261

*Attorneys for Plaintiffs in the followings actions:*

> *Thum Le, et al v. BP, plc, et al*
> Civil Action No. 4:10-cv-01970
>
> *Duc Truong Le, et al v. BP, plc, et al*
> Civil Action No. 4:10-cv-01971
>
> *Xuan V. Nguyen, et al v. BP, plc, et al*
> Civil Action No. 4:10-cv-01968
>
> *Dong Nguyen, et al v.BP plc, et al*
> Civil Action No. 4:10-cv-01969
>
> *Shun Chu, et al v. BP, plc, et al*
> Civil Action No. 4:10-cv-01972
>
> *Cindy T. Nguyen v. BP, plc, et al*
> Civil Action No. 4:10-cv-02030

8

FILED
CLERK'S OFFICE

### BEFORE THE JUDICIAL PANEL
### ON MULTIDISTRICT LITIGATION
### MDL NO. 2179

**In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico**

## PROOF OF SERVICE

I hereby certify that, on this tenth say of June, 2010, I caused to be served a true

and correct copy of the following documents via electronic filing (e-mail) and overnight

mail to the Judicial Panel on Multidistrict Litigation and via U.S. mail, postage prepaid,

upon the counsel of record identified on the attached Panel Service List (current as of

June 10, 2010):

1. Interested Party Response Of Plaintiffs In *Thum Le, Et Al; Duc Truong Le, Et Al; Xuan V. Nguyen, Et Al; Dong Nguyen, Et Al; Shun Chu, Et Al; and Cindy T. Nguyen, Et Al* and Memorandum in Support of Motion for Transfer and Consolidation Under 28 U.S.C. § 1407 and Exhibits A-F; and

2. Proof of Service.

/s/ Mikal C. Watts

9



EXHIBIT

G

**BEFORE THE JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION
MDL NO. 2179**

**In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico**

*Original Actions Related to this Filing on File in Southern District of Texas, Houston Division:*

*Thum Le, et al v. BP, plc, et al*
Civil Action No. 4:10-cv-01970

*Duc Truong Le, et al v. BP, plc, et al*
Civil Action No. 4:10-cv-01971

*Xuan V. Nguyen, et al v. BP, plc, et al*
Civil Action No. 4:10-cv-01968

*Dong Nguyen, et al v. BP plc, et al*
Civil Action No. 4:10-cv-01969

*Shun Chu, et al v. BP, plc, et al*
Civil Action No. 4:10-cv-01972

*Cindy T. Nguyen v. BP, plc, et al*
Civil Action No. 4:10-cv-02030

*New Actions Related to this Filing on File in Southern District of Texas, Houston Division:*

*Liem V. Do, et al v. BP, plc, et al*
Civil Action No. 4:10-cv-02256

*Thong Tran, et al v. BP, plc, et al*
Civil Action No. 4:10-cv-02254

*Roy Lam, et al v. BP, plc, et al*
Civil Action No. 4:10-cv-02261

*Dan A. Van, et al v. BP plc, et al*
Civil Action No. 4:10-cv-02257

*Ann H. Nguyen, et al v. BP, plc, et al*
Civil Action No. 4:10-cv-02259

**INTERESTED PARTY AMENDED RESPONSE OF PLAINTIFFS IN SUPPORT OF
MOTION FOR TRANSFER AND CONSOLIDATION UNDER 28 U.S.C. § 1407**

The undersigned, previously representing 8918 Plaintiffs in suits filed in the

Southern District of Texas, Houston Division, amends this Interested Party Response for a

singular purpose: to notify the Court that the undersigned now represents 20,957

Plaintiffs whose claims have been filed in the Southern District of Texas, Houston

Division, or in Harris County state court and removed or to be removed to the Southern

District of Texas, Houston Division.

The 8918 Plaintiffs[1] previously filed in the Southern District of Texas, Houston Division hereby amend their "Interested Party Response of Plaintiffs in *Thum Le, et al; Duc Truong Le, et al; Xuan V. Nguyen, et al; Dong Nguyen, et al; Shun Chu, et al; and Cindy T. Nguyen, et al* in Support of Motion for Transfer and Consolidation Under 28 U.S.C. § 1407" in order to include the interests of an additional 6,556 Plaintiffs also filed and represented by the undersigned in the Southern District of Texas, Houston Division, and to include the interests of 5,483 Plaintiffs filed in State Court in Harris County, Texas, some of which have already been removed by the defendants to the Southern District of Texas, Houston Division.[2]

For the reasons stated in the original response filed,[3] all 15,474 Plaintiffs in the above referenced actions support transfer and consolidation under 28 U.S.C. § 1407, and respectfully recommend to the Panel that the Deepwater Horizon cases against BP, p.l.c., BP Exploration and Production, Inc., BP America, Inc., BP Products North America, Inc., Transocean, Ltd., Transocean Deepwater, Inc., Transocean Offshore Deepwater Drilling, Inc., Halliburton Energy Services, Inc., and Cameron International Corporation f/k/a Cooper Cameron Corporation be transferred either to the Southern District of Texas, Houston Division, where the majority of defendants named in these actions maintain a principal place of business, or to the Eastern District of Louisiana,

---

[1] Referenced in the above caption as "Original Actions Related to this Filing."

[2] Referenced in the above caption as "New Actions Related to this Filing." All original complaints of these additional actions, including a detailed list of all Plaintiffs, are hereto attached as Exhibit A, B, C, D, and E. Additionally, the undersigned recently filed claims on behalf of 2,396 Plaintiffs in *Cuch Nguyen, et al v. BP Exploration and Production, Inc., et al,* cause number 2010 – 39428, which is before Judge Rendon of the 165th Judicial District, Harris County, Texas. The first 3,087 filed in Harris County in *Tran Ngoc Dung, et al v. BP Exploration and Production, Inc., et al,* cause number 2010-34825, have been removed, and are presently pending in the Southern District of Texas, Houston Division, civil action number 4:10-cv-02129, pending a motion for remand.

[3] This response, entitled "Interested Party Response of Plaintiffs in *Thum Le, et al; Duc Truong Le, et al; Xuan V. Nguyen, et al; Dong Nguyen, et al; Shun Chu, et al; and Cindy T. Nguyen, et al* in Support of Motion for Transfer and Consolidation Under 28 U.S.C. § 1407," is attached as Exhibit F.

where the oil has primarily and first damaged the coastline and many Interested Parties' commercial fishing operations. In the alternative, Interested Parties respectfully request that the Panel transfer these suits to another district court with an experienced judge whose docket and energies enable the judge to actively manage the litigation.

Accordingly, Interested Parties respectfully amend their response in support of motion for transfer and consolidation, and pray that pursuant to 28 U.S.C. § 1407 this Court order the transfer of all related cases for discovery and pretrial purposes to the Southern District of Texas, Houston Division, or to the Eastern District of Louisiana.

Respectfully submitted:

Dated: June 28, 2010

/s/ Mikal C. Watts

---

Mikal C. Watts
Federal Bar No. 12419
MCWatts@wgclawfirm.com

J. Hunter Craft
Federal Bar No. 24377
HCraft@wgclawfirm.com

Emily C. Jeffcott
Federal Bar No. 1069933
EJeffcott@wgclawfirm.com

WATTS GUERRA CRAFT LLP
2506 North Port Avenue
Corpus Christi, Texas 78401
Phone: 361-693-3100
Fax:    361-882-1261

*Attorneys for Plaintiffs in the followings actions:*

> *Liem V. Do, et al v. BP, plc, et al*
> Civil Action No. 4:10-cv-02256
>
> *Thong Tran, et al v. BP, plc, et al*
> Civil Action No. 4:10-cv-02254

3

*Roy Lam, et al v. BP, plc, et al*
Civil Action No. 4:10-cv-02261

*Dan A. Van, et al v.BP plc, et al*
Civil Action No. 4:10-cv-02257

*Ann H. Nguyen, et al v. BP, plc, et al*
Civil Action No. 4:10-cv-02259

*Thum Le, et al v. BP, plc, et al*
Civil Action No. 4:10-cv-01970

*Duc Truong Le, et al v. BP, plc, et al*
Civil Action No. 4:10-cv-01971

*Xuan V. Nguyen, et al v. BP, plc, et al*
Civil Action No. 4:10-cv-01968

*Dong Nguyen, et al v.BP plc, et al*
Civil Action No. 4:10-cv-01969

*Shun Chu, et al v. BP, plc, et al*
Civil Action No. 4:10-cv-01972

*Cindy T. Nguyen v. BP, plc, et al*
Civil Action No. 4:10-cv-02030

UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

**Jul 27, 2010**

FILED
CLERK'S OFFICE

## BEFORE THE JUDICIAL PANEL
## ON MULTIDISTRICT LITIGATION
## MDL NO. 2179

**In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico**

### PROOF OF SERVICE

I hereby certify that, on this 26th say of July, 2010, I caused to be served a true and

correct copy of the following documents via electronic filing (e-mail) and overnight

mail to the Judicial Panel on Multidistrict Litigation and via email upon the counsel of

record identified on the attached Panel Service List (current as of June 10, 2010):

1. Interested Party Second Amended Response of Plaintiffs in Support of Motion
   for Transfer and Consolidation Under 28 U.S.C. § 1407 and Exhibits A-G; and

2. Proof of Service.

/s/ Mikal C. Watts



*7/26/2010*



# UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATI

Chairman: John G. Heyburn II
Acting Panel Executive: Susan J. Boland    Clerk of the Panel: Jeffery N. Lüthi

**≡MDL**

**JPML Home**    •    **Query**    •    **Reports**    •    **Pacer Links**



## Panel Service List

**Arsenault, Richard J.**
NEBLETT BEARD & ARSENAULT
2220 Bonaventure Court
Post Office Box 1190
Alexandria LA 713091190
Phone No.:(318) 487-9874
Fax No.:   (318) 561-2591
r.arsenault@nbalawfirm.com

| Search by |
|---|
| **MDL Number:** 2190 – IN RE: McNeil Consumer Healthcare et al., Marketing and Sales Practices Litigation<br>2189 – IN RE: BP Securities, Derivative and Employee Retirement Income Security Act (ERISA) Litigation<br>2188 – IN RE: Apple Inc. iPhone 4 Marketing, Sales Practices, and Products Liability Litigation<br>2187 – IN RE: Avaulta Pelvic Support Systems Products Liability Litigation<br>2186 – IN RE: Fresh and Process Potatoes Antitrust Litigation<br>2185 – IN RE: BP p.l.c. Securities Litigation<br>2184 – IN RE: Google Inc. Interception of Electronic Communications Litigation<br>2183 – IN RE: Brican America LLC Equipment Lease Litigation<br>2182 – IN RE: AmeriCredit Deficiency Balance Collection Litigation<br>2181 – IN RE: Method of Processing Ethanol Byproducts and Related Subsystems ('858) Patent Litigation<br>2180 – IN RE: Groupware International Inc. Wage and Hour Employment Practices Litigation<br>2179 – IN RE: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010<br><br>Highlight a litigation above or type the MDL number in the box below and press ENTER to search. |
| **MDL Number/Caption:** |

[ Search ]   ( Clear )   ( Help )

Bill's Oyster House, LLC*

Thurgood Marshall Federal Judiciary Building, One Columbus Circle, NE, Room G-255, North Lobby, Washington, DC
Telephone: (202) 502-2800 / FAX: (202) 502-2888 / Office Hours (M-F): 9:00 a.m. to 4:00 p.m

1 of 1

7/26/10 6:00 PM

Processing
Please Wait
  Panel Service List
Arsenault, Richard J.
NEBLETT BEARD & ARSENAULT
2220 Bonaventure Court
Post Office Box 1190
Alexandria LA 713091190
Phone No.:(318) 487-9874
Fax No.:  (318) 561-2591
r.arsenault@nbalawfirm.com
 Search by
MDL Number:

MDL Number/Caption:

    Highlight a litigation above or type the MDL number in the box below and
press ENTER to search.

Judicial Panel On Multidistrict Litigation - Panel Service List

Docket:       2179 - IN RE: Oil Spill by the Oil Rig "Deepwater Horizon" in the
Gulf of Mexico, on April 20, 2010
Status:       Pending On / /
Transferee District:
Judge:
Transferee District Master Docket No.:

Report key:  * Signifies that an appearance was made on behalf of the party by
the representing attorney.
             # Specified party was dismissed in some, but not all, of the actions in
which it was named as a party.
             All counsel and parties no longer active in this litigation have been
suppressed.

1

ATTORNEY - FIRM
REPRESENTED PARTY(S)
-------------------------------------------------> Bill's Oyster House, LLC*

Dudenherer's Fishing Charters, Inc.*

Olivier, Ronald G.*

Titeline Charter Service, LLC*

Williams, Michael*

Worthman, Nicole*
--------------------------------------------------

Barnett, Ryan M.
WHIBBS & STONE PA
801 West Romana Street

Pensacola FL 32502
Phone No.:(850) 434-5395
Fax No.:  (850) 469-0043
ryan@whibbsandstone.com          Bryant, III, Edward R.

Douglass, Annette

Loupe, John Chandler

Loupe, Mary P.
--------------------------------------------------
Barr, Brian H.

LEVIN PAPANTONIO THOMAS ET AL
316 South Baylen Street
Suite 600
Pensacola FL 32502
Phone No.:(850) 435-7000
Fax No.: (850) 436-6187
bbarr@levinlaw.com          Bay Breeze Aquatics & Dive Center, LLC


Joe Patti Seafood Co.


Mega-Bite Inshore Charters


Nichols, Benjamin Marvin


Phan Tran


Premier Island Management Group LLC


Reel Eazy Charters, LLC


Rooks Marina, Inc.


Southern Seafood of Pace, Inc.
-------------------------------------------------
Beary, William C.
ORRILL CORDELL & BEARY LLC
330 Carondolet Street

New Orleans LA 70130
Phone No.:(504) 299-8724
Fax No.: (504) 299-8735
wcb@ocblaw.com    Cummins, Harold H.*

Ingram, Bay E.*

Kunstler, Joseph A.*

Weil, Jr., Farrel*
----------------------------------------------------
Beck, David J.
BECK REDDEN & SECREST LLP
1221 McKinney Street
Suite 4500
Houston TX 77010
Phone No.:(713) 951-3700
Fax No.:   (713) 951-3720
dbeck@brsfirm.com          Cameron International Corp.*

----------------------------------------------------
Becnel, Daniel E.
BECNEL LAW FIRM LLC
P.O. Drawer H
106 West 7th Street
Reserve LA 70084
Phone No.:(985) 536-1186
Fax No.:   (985) 536-6445
dbecnel@becnellaw.com     Creppel, Isadore

Lyons, Roland Michael*

Picou, Randy John*

Rodrigue, Sr., Brent J.*

Weaver, Donald*

4

-----------------------------------------------------

Berman, Steve W.
HAGENS BERMAN SOBOL SHAPIRO LLP
1918 Eighth Avenue
Suite 3300
Seattle WA 98101
Phone No.:(206) 623-7292
Fax No.:  (206) 623-0594
steve@hbsslaw.com          Brian Howard's Charter Fishing LLC*


Walker, Jr., Laurence Emory*
-----------------------------------------------------

Berniard, Jeffrey P.
BERNIARD LAW FIRM
643 Magazine Street
Suite 402
New Orleans LA 70130
Phone No.:(504) 527-6225
Fax No.:  (504) 617-6300
jeffberniard@laclaim.com   Friloux, Ethlyn Marie Banquer*


Friloux, James J.*
-----------------------------------------------------

Bickford, Scott R.
MARTZELL & BICKFORD
338 Lafayette Street

New Orleans LA 70130
Phone No.:(504) 581-9065
Fax No.:  (504) 581-7635
sbickford@mbfirm.com   Roshto (Ind./Per./Rep.-Shane & Her Son, Blaine),
Natalie*


Williams, Michael*
-----------------------------------------------------

Bilek, Kelly Cox .
BILEK LAW FIRM LLP
808 Travis
Suite 802
Houston TX 77002
Phone No.:(713) 227-7720
Fax No.:  (713) 227-9404
kbilek@bileklaw.com      Robin, Lisa*

5

---------------------------------------------------

Bilek, Thomas E.

808 Travis
Suite 802
Houston TX 77002
Phone No.:(713) 227-7720
Fax No.:   (713) 227-9404
tbilek@bileklaw.com          Robin, III, Charles*
---------------------------------------------------

Bracken, Geoffrey H.
GARDERE WYNNE SEWELL LLP
1000 Louisiana
Suite 3400
Houston TX 77002
Phone No.:(713) 276-5739
Fax No.:   (713) 276-6739
gbracken@gardere.com     M-I, L.L.C.*
---------------------------------------------------

Bradford, Bobby J.
AYLSTOCK WITKIN KREIS & OVERHOLTZ PLLC
803 North Palafox Street

Pensacola FL 35201
Phone No.:(850) 916-7450
Fax No.:   (850) 916-7449
         Chiodo, Kristi


         Harris, John T.


         Harris, Nicholas
---------------------------------------------------

Braud, S. Jacob .
BALLAY BRAUD & COLON PLC
8114 Highway 23

Belle Chasse LA 70037
Phone No.:(504) 394-9841
Fax No.:   (504) 394-9945
JacobBraud@bbc-law.net   Taliancich, Sr., Bartol John*
---------------------------------------------------

Brown, Eric B.

P.O. Box 2765

Houston TX 772522765
Phone No.:
Fax No.:
        Transocean, Ltd.


        Transocean, Ltd. (Transocean Entity)
        ---------------------------------------------------
Bruno, Joseph M.
BRUNO & BRUNO LLP
855 Baronne Street

New Orleans LA 70113
Phone No.:(504) 525-1335
Fax No.:  (504) 561-6775
jbruno@jbrunobrunolaw.com      Alexie, Jr., Felix*
        ---------------------------------------------------
Buzbee, Anthony G.
BUZBEE LAW FIRM
JP Morgan Chase Tower
600 TravisSuite 7300
Houston TX 77002
Phone No.:(713) 223-5393
Fax No.:  (713) 223-5909
tbuzbee@txattorneys.com  Baron, Ned*


        Davis, Matthew*


        Davis, Stephen*


        Haire, Christopher*


        Hearn, Robert*


        Martinez, Dennis DeWayne*

Moss, Eugene DeWayne*

Nelson (dba Jeri's Seafood, Inc.), Ben*

Nelson (dba Jeri's Seafood, Inc.), Jeri*

Pigg, Samuel Wade*

Sandell, Micah Joseph*

Tipps, Roy*

---------------------------------------------------

Cabraser, Elizabeth J.
LIEFF CABRASER HEIMANN & BERNSTEIN LLP
275 Battery Street
29th Floor
San Francisco CA 941113339
Phone No.:(415) 956-1000
Fax No.:  (415) 956-1008
ecabraser@lchb.com          Barnett, Robert*

Bates, Harley D.*

Burger (dba H2O Outfitters), Eddie*

Cajun Maid, LLC*

Food Express, LLC*

Gulf Shores Sea Products, Inc.*

Integrity Fisheries, Inc.*

Kirkland, Morgan*

Ladner, Keath*

Le Discount Seafood, Inc.*

Le, Namthi*

Nguyen, Charity*

Nguyen, Dinh Loc*

Nguyen, Van Kha*

Phasadovong, Souksavanh*

Reel Peace, LLC*

Rodriguez, Sr., Charles V.*

Sea Eagle Fisheries, Inc.*

T&D Fishery, LLC*


Tom Wade, Inc. dba Nautical Yacht*
---------------------------------------------------
Chiepalich, C. S.

P.O. Box 6505

Mobile AL 36660
Phone No.:(205) 478-1666
Fax No.:
csc@birch.net          Jett, George
---------------------------------------------------
Clark, Lange .
LAW OFFICE OF LANGE CLARK PC
301 19th Street North
Suite 550
Birmingham AL 35203
Phone No.:(205) 939-3933
Fax No.:   (205) 939-1414
langeclark@mindspring.com          Carbullido, Jesse*


Gams, Robert Stephen*


Marine Horizons, Inc.*
---------------------------------------------------
Coffin, Christopher L.
PENDLEY BAUDIN & COFFIN LLP
P.O. Drawer 71
24110 Eden Street
Plaquemine LA 70765
Phone No.:(225) 687-6396
Fax No.:   (225) 687-6398
ccoffin@pbclawfirm.com    Dugas, Eugene B.


Rather Be Fishing Adventures, LLC
---------------------------------------------------
Coleman, Alice W.

BRENT COON & ASSOCIATES
6360 I-55, North
Suite 340
Jackson MS 39211
Phone No.:(601) 957-6177
Fax No.:  (601) 957-6507
alice@bcoonlaw.com          Grieshaber, Aleen


          Grieshaber, James
          ---------------------------------------------------
Coumanis, Christ N.
COUMANIS & YORK PC
2101 Main Street

Daphne AL 36526
Phone No.:(251) 990-3083
Fax No.:  (251) 928-8665
coumanis@c-ylaw.com          Drawdy Crab Co., Inc.*


          Drawdy, Jessica*


          Drawdy, Terry*


          Handsome Crab, Inc.*


          T&J's Last Minute Seafood Express, Inc.*


          United Seafood, Inc. dba D&M Crabs*
          ---------------------------------------------------
Crump, Martin D.
DAVIS & CRUMP
1712 15th Street
Suite 300
Gulfport MS 39501
Phone No.:(228) 863-6000
Fax No.:  (228) 864-0907
martincrump@daviscrump.com   Barker, Daniel*

---------------------------------------------------

Cutter, C. Brooks .
KERSHAW CUTTER & RATINOFF LLP
401 Watt Avenue

NEW

Sacramento CA 95864
Phone No.:(916) 448-9800
Fax No.:  (916) 669-4499
bcutter@kcrlegal.com     Contegni, Jr. (dba Chips Shrimp, Inc.), Charles J.*
---------------------------------------------------

Dampier, M. Stephen .
LAW OFFICES OF M STEPHEN DAMPIER PC
55 North Section Street

Farirhope AL 36532
Phone No.:(251) 929-0800
Fax No.:  (251) 929-0900
stevedampier@dampierlaw.com  Ferguson, Constance*


Ferguson, James*
---------------------------------------------------

Deshazo, Michael .
KINNEY & ELLINGHAUSEN
1250 Poydras Street
Suite 2450
New Orleans LA 701130
Phone No.:(504) 524-0206
Fax No.:  (504) 525-6216
michaeld@kinneylaw.com Bayouside Drive Seafood, LLC*


Blanchard, Eric*


Cajun Crab, LLC*
---------------------------------------------------

Discon, Thomas M.
DISCON LAW FIRM LLC
424 North Causeway Boulevard
Suite A
Mandeville LA 70448
Phone No.:(985) 674-9748
Fax No.:  (985) 674-9749
tdiscon@aol.com     Dumas (dba Living a Dream Guide Service), Eric*
---------------------------------------------------

12

Dreher, William W.
DREHER LAW FIRM PA
P.O. Box 968
2224 - 24th Avenue
Gulfport MN 39502
Phone No.:(228) 822-2222
Fax No.:  (228) 822-2626
wwdlaw@bellsouth.net
Baker, Cliff*

Bosarge, Robert*

Hormanski, A.D.*

Jacobs, Lester*

Necaise, J.C.*

Papania, Leonard*

Rowell, Jimmie*

Sevel, Michael D.*

Ship Island Excursions, Inc.*

Townsend, Johnny*

Ware USA, LLC*

Wolcott, Robert*

---------------------------------------------------

Dunne, Carey R.
DAVIS POLK & WARDWELL LLP
450 Lexington Avenue

NEW

New York NY 10017
Phone No.:(212) 450-4000
Fax No.:  (212) 450-3800
carey.dunne@davispolk.com        Hyundai Heavy Industries Co., Ltd.*

---------------------------------------------------

Exnicios, Val Patrick .
LISKA EXNICIOS & NUNGESSER
2216 Magazine Street

New Orleans LA 70130
Phone No.:(504) 410-9611
Fax No.:  (504) 410-9937
vpexnicios@exnicioslaw.com        Barisich, George*

---------------------------------------------------

Friedman, Jeffrey E.
FRIEDMAN LEAK DAZZIO ZULANAS & BOWLING PC
3800 Corporate Woods Drive

Birmingham AL 35242
Phone No.:(205) 278-7000
Fax No.:  (202) 278-7001
jfriedman@friedmanleak.com        Barnes III, Harry M.*


Ben-Rip-J, Inc.*


LP Properties, LLC*


McLeod, Ben*


Necessity Sport Fishing, LLC*

14

Smith, Jud*

Smith, Sherri*

--------------------------------------------------

Garbin, Vatroslav Jacob .
LAW OFFICE OF WILLIAM S VINCENT JR
2018 Prytania Street

New Orleans LA 70130
Phone No.:(504) 522-3220
Fax No.:
jacob@wsvjr.com      Capt. Jacob, Inc.

Capt. Marko LLC

Dekovic, Danijel

Europe II Oysters, Inc.

Garbin, Vatroslav

Ivic, Michael

JJs Oysters, LLC

Jurisic, Jakov

Mishos Oyster Co.

Mishos Quality Oysters, LLC


Vinka Ann Co.
-----------------------------------------------------
Garner, James M.
SHER GARNER CAHILL RICHTER KLEIN & HILBERT LLC
909 Poydras Street
28th Floor
New Orleans LA 70112
Phone No.:(504) 299-2100
Fax No.:   (504) 299-2300
jgarner@shergarner.com    Extreme Fishing, LLC*


Wetzel, Troy*
-----------------------------------------------------
Garrison, W. Lewis .
HENINGER GARRISON DAVIS LLC
2224 1st Avenue North
P.O. Box 11310
Birmingham AL 35203
Phone No.:(205) 326-3336
Fax No.:   (205) 326-3332
wlgarrison@hgdlawfirm.com        B&B Properties, Inc.*


Caldwell, William*


Fran's On Fifty Nine*


Hopkins, Fran*


Imagine Enterprises I, LLC*


Imagine Enterprises, LLC*

Isbell, Melissa*

Overton Joseph*

Overtstreet, Jr., John*

Robertson, Joni*

Salter, Stephen*

Smeraglia, Claude*

Spina, Johnnie*

Spina, Thomas*

---------------------------------------------------

Gibbs, Darryl M.
CHHABRA & GIBBS PA
120 North Congress Street
Suite 200The Plaza Building
Jackson MS 39201
Phone No.:(601) 948-8005
Fax No.:  (601) 948-8010
dgibbs@cglawms.com        Brame, Margaret Ann*

Daniels, Ronnie*

Duyn, Stacey Van*

Knight, Charles*


Staley, Jessica*
--------------------------------------------------
Godfrey, Richard C.                                NEW *
KIRKLAND & ELLIS LLP
300 North LaSalle Street

Chicago IL 60654
Phone No.:(312) 862-2064
Fax No.:   (312) 861-2200
Richard.Godfrey@kirkland.com   BP Corp. North America, Inc.


British Petroleum, PLC
--------------------------------------------------
Godwin, Donald E.
GODWIN RONQUILLO PC
Renaissance Tower
1201 Elm StreetSuite 1700
Dallas TX 75270
Phone No.:(214) 939-4400
Fax No.:   (214) 760-7332
dgodwin@godwinronquillo.com  Halliburton Co.*


Halliburton Energy Services, Inc.*


--------------------------------------------------
Greenwald, Robin L.
WEITZ & LUXENBERG PC
700 Broadway

New York NY 10003
Phone No.:(212) 558-5802
Fax No.:   (212) 344-5461
rgreenwald@weitzlux.com        Abshire, Brad*


Allen, Scotty*

18

Arratt, Jeffrey*

Arrington, Sr., Kenneth*

Baily, Willis*

Baker, Tyree*

Ball, Clarence*

Ball, Darryl S.*

Ball, Jr., William*

Ball, William H.*

Bell, Danny*

Bell, Jerry*

Bell, Joseph*

Bessard, Sr., Chris*

Besteda, Alex*

Betancourt, Enrique A.*

Blevins, Thomas*

Blue, Leroy*

Bonner, Tyrone*

Bosarge, Michael A.*

Mitchell, James Kirk*

Tony Lynn, LLC
--------------------------------------------------
Hawkins, John F.
HAWKINS STRACENER & GIBSON PLLC
P.O. Box 24627

Jackson MS 392254627
Phone No.:(601) 969-9692
Fax No.:  (601) 914-3580
john@hsglawfirm.net          Hopper (Ind./dba Hopper Seafood & Grand Bature
Seafood), Paul*
--------------------------------------------------
Herman, Russ M.
HERMAN HERMAN KATZ & COTLAR LLP
820 O'Keefe Avenue

New Orleans LA 70113
Phone No.:(504) 581-4892
Fax No.:  (504) 561-6024

rherman@hhkc.com
Restaurant*

321 Arabella, LLC. dba Franky and Johnny's

3401 N. Hullen, LLC. dba Tello's Bistro*

A Bar & Grill with a Bite, Inc. dba Crazy Lobster New Orleans LA*

Anderson, Ronnie Lewis*

Cooper, Jr., Acy J.*

Hambone, Inc. dba Zeke's Restaurant*

Harborwalk II, LLC. dba Poppy's Dancin' Iguana*

LACRIOLLO, Inc. dba Poppy's Time Out Sports Bar & Grill*

Mook, Eleanor Robin*

New Orleans Fish House, LLC*

Orlando Village Restaurant LLC dba Poppy's Crazy Lobster Destin*

P.A. Menard, Inc.*

Robin (Ind./Behalf-Oyster Fisheries, Inc., Gulf Quality, Inc. & Clearwater Oyster, Inc.)*

Tumolo Enterprises, Inc. dba Poppy's Seafood Factory*

We Too Inc. dba Eleven 79 Restaurant*
-----------------------------------------------------

Herman, Stephen J.

820 O'Keefe Avenue

New Orleans LA 701131116
Phone No.:(504) 581-4892
Fax No.:
sherman@hhkc.com        Johnson, Elton
-----------------------------------------------------

Hingle, Waldon Michael .
MICHAEL HINGLE & ASSOCIATES LLC
220 Gause Boulevard
Suite 200P.O. Box 1129
Slidell LA 70459
Phone No.:(985) 641-6800
Fax No.:   (985) 646-1471
servewmh@hinglelaw.com        Carrone, Bryan C.

Landry, Raymond K.

Terrebonne, Robroy J.
-----------------------------------------------------

Holland, Eric D.
HOLLAND GROVES SCHNELLER & STOLZE LLC
300 North Tucker Boulevard
Suite 801
St. Louis MO 63101
Phone No.:(314) 241-8111
Fax No.:   (314) 241-5554
eholland@hgsslaw.com        Lavigne, Paul*

Lavigne, Steven*

----------------------------------------------------

Hornsby, Ernest C.
MORRIS HAYNES INGRAM & HORNSBY
3500 Colonnade Parkway
Suite 100
Birmingham AL 35243
Phone No.:(256) 329-2000
Fax No.:   (256) 329-2015
chornsby@mhhlaw.net        Simpson, George C.

----------------------------------------------------

Howard, D. Douglas .
HOWARD & REED
839 St. Charles Ave.
Suite 306
New Orleans LA 70130
Phone No.:(504) 581-3610
Fax No.:   (504) 581-7509
dhoward@bellsouth.net        Silver, Curtis


Sophisticated Lady, LLC

----------------------------------------------------

Howard, Phillip Timothy .
HOWARD & ASSOCIATES PA
8511 Bull Headley Road
Suite 405
Tallahassee FL 32312
Phone No.:(850) 298-4455
Fax No.:   (850) 216-2537
ptim@aol.com            Crawford, Constance


Galloway, Jeff


Ward, George Weems

----------------------------------------------------

Huey, Michael G.
HUEY LAW FIRM LLC
1059 Dauphin Street

Mobile AL 36604
Phone No.:
Fax No.:
            Gonzales, Dr. John

Trahan, Shannon

---------------------------------------------------

Irvine, George R.
STONE GRANADE & CROSBY PC
7133 Stone Drive

Daphne AL 36526
Phone No.:(251) 626-6696
Fax No.:  (251) 626-2617
gri@sgclaw.com     Billy's Seafood, Inc.


Elkins (Ind./Trustee-Terry L. & Janice M.), Janice M.


Elkins (Ind./Trustee-Terry L. & Janice M.), Terry L.


Goldsworthy, Richard


Goldsworthy, Susan Elkins


Gulf Shores West Beach Investments, LLC


Pendarvis, Gracie


Pendarvis, Robert V.

---------------------------------------------------

Jackson, Sidney W.
JACKSON FOSTER & RICHARDSON LLC
P.O. Box 2225

Mobile AL 36652
Phone No.:
Fax No.:
          Mason, Jr. (Ind./Behalf-K&J, Inc.), James F.

```
-----------------------------------------------------
```
Jacobs, Darleen Marie .
JACOBS SARRATT & LOVELACE
823 St. Louis Street

New Orleans LA 70112
Phone No.:(504) 522-3287
Fax No.:
dollyno@aol.com    Levy, Darleen Jacobs
```
-----------------------------------------------------
```
Johnson, R. Hayes .
JOHNSON LAW FIRM PLLC
P.O. Box 717

Long Beach MS 395600717
Phone No.:(228) 388-9316
Fax No.:   (228) 388-4433
rhayesj@aol.com    Nguyen, Bihn Van


        Nguyen, Charlie C.
```
-----------------------------------------------------
```
Jones, Gladstone N.
JONES SWANSON HUDDELL & GARRISON LLC
Pan-American Life Center
601 Poydras StreetSuite 2655
New Orleans LA 70130
Phone No.:(504) 523-2500
Fax No.:   (504) 523-2508
gjones@jonesswanson.com       Phillips, John F.*
```
-----------------------------------------------------
```
Jones, Rhon E.
BEASLEY ALLEN CROW METHVIN PORTIS & MILES PC
218 Commerce Street

Montgomery AL 36104
Phone No.:(334) 269-2343
Fax No.:   (334) 954-7555
rhon.jones@beasleyallen.com       Bon Secour Boats, Inc.*


        Bon Secour Fisheries, Inc.*


        Cotton Bayou Marina, Inc. dba Tacky Jacks Restaurant*

Deupree Outdoor Guide Services, Inc.*

Gulf Crown Seafood, Inc.*

Relax On The Beach, Inc.*

Sandcastle Escapes, L.L.C.*

Sunrise Rentals Enterprises*
-------------------------------------------------
Kennedy, Richard R.

309 Polk Street
P.O. Box 3243
Lafayette LA 705023243
Phone No.:(337) 232-1934
Fax No.:   (337) 232-9720
ken309@richardkennedy.com        Rhodes, Karl W.*
-------------------------------------------------
Kuykendall, Frederick T.
KUYKENDALL & ASSOCIATES LLC
P.O. Box 2129

Fairhope AL 36533
Phone No.:(205) 453-0060
Fax No.:   (205) 453-0042
ftkuykendall@yahoo.com   United Commercial Fisherman's Association, Inc.*
-------------------------------------------------
Laborde, Cliffe E.
LABORDE & NEUNER
One Petroleum Center
1001 W. Pinhook RoadSuite 200
Lafayette LA 70503
Phone No.:(337) 237-7000
Fax No.:   (337) 233-9450
cliffe@ln-law.com    Tidewater Marine, LLC*
-------------------------------------------------
Lane, Joseph D.
COCHRAN CHERRY GIVENS & SMITH

26

163 West Main Street

Dothan AL 36301
Phone No.:(334) 793-1555
Fax No.: (334) 793-8280
jlane@cochranfirm.com     Barber, Peter J.*
-------------------------------------------------

Langan, J. Andrew .
KIRKLAND & ELLIS LLP
300 North LaSalle Street

Chicago IL 60654
Phone No.:(312) 862-2064
Fax No.: (312) 862-2200
andrew.langan@kirkland.com     BP America Inc.*

BP Exploration & Production, Inc.*

BP Products North America Inc.*

BP, PLC

BP, PLC aka BP

BP America Inc.*

BP Products North America Inc.*

BP, PLC

BP America Inc.*

BP Products North America Inc.*


BP, PLC

---------------------------------------------------

LeBlanc, J. Burton .
BARON & BUDD PC
3102 Oak Lawn Avenue
Suite 1100
Dallas TX 75219
Phone No.:(214) 521-3605
Fax No.: (214) 520-1181
bleblanc@baronbudd.com  Campo, Ernie*


Graf, Robert*

---------------------------------------------------

Lovelace, DeWitt M.
LOVELACE LAW FIRM PA
12870 U.S. Highway 98 West
Suite 200
Miramar Beach FL 32550
Phone No.:(850) 837-6020
Fax No.: (850) 837-4093
dml@lovelacelaw.com     Le (dba Bluewater Seafood), Hao Van*

---------------------------------------------------

Lucado, M. Shane .
LUCADO LAW FIRM
1 Perimeter Park South
Suite 125 South
Birmingham AL 35243
Phone No.:(205) 278-0025
Fax No.: (205) 278-0030
slucado@lucadolaw.com   Chenault (Ind./For CMCO, LLC), Ben*


Creech, Dacien Thane*


Douglass, Charles*


Kilgore Realty, LLC*

---------------------------------------------------

Lundy, Matthew E.
LUNDY LUNDY SOILEAU & SOUTH LLP
501 Broad Street

Lake Charles LA 70601
Phone No.:(337) 439-0707
Fax No.:  (337) 439-1029
mlundy@lundylawllp.com          Billy B, Inc.*


          Jo Jo's Seafood, LLC*
---------------------------------------------------
Mason, Angela Joy .
COCHRAN FIRM
163 W. Main Street

Dothan AL 36302
Phone No.:(205) 793-1555
Fax No.:
          Bratt (Ind./dba Chaise N'Rays), Gary


          Bridges (Ind./dba H.R. Bridges Seafood), Randolf


          Collier, Sr. (Ind./dba P.J. Seafood), Richard M.


          Hodas (Ind./dba Island Times Mountain Time), Carrie


          Hodas (Ind./dba Island Times Mountain Time), Kier


          Meyer, David


          Miller (Ind./dba The Island Rainbow & The Trading Post) Dennis
Benjamin

Ponder (Ind./dba Deer River Seafood, LLC), John Samuel

---------------------------------------------------

McDole, Keith C.
JONES DAY
2727 North Harwood Street

NEW

Dallas TX 752011515
Phone No.:(214) 220-3939
Fax No.:   (214) 969-5100
Transocean Holdings, Inc.


Transocean, Ltd.


Transocean, Ltd. (Transocean Entity)

---------------------------------------------------

McKee, Robert J.
KRUPNICK CAMPBELL MALONE BUSER SLAMA ET AL
12 Southeast 7th Street
Suite 801
Ft. Lauderdale FL 33301
Phone No.:(954) 763-8181
Fax No.:   (954) 763-8292
mckee@krupnicklaw.com  Griffitts Investments LP*

---------------------------------------------------

Meunier, Gerald E.
GAINSBURGH BENJAMIN DAVID MEUNIER & WARSHAUER LLC
2800 Energy Centre
1100 Poydras Street
New Orleans LA 701632800
Phone No.:(504) 522-2304
Fax No.:   (504) 528-9973
gmeunier@gainsben.com   Bass, Frederick*


Eckert, Darryl*


Elmer, Charles C.*


Hayes, Michael*

Neumeyer, Jr., Rodney*


Nunez, Lena T.*

--------------------------------------------------

Miller, Kerry J.
FRILOT LLC
1100 Poydras Street
Suite 3700
New Orleans LA 70163
Phone No.:(504) 599-8194
Fax No.:   (504) 599-8145
kmiller@frilot.com   Transocean Deepwater, Inc.*

Transocean Offshore Deepwater Drilling, Inc.*


Transocean Deepwater, Inc.*


Transocean Offshore Deepwater Drilling, Inc.*


Transocean Deepwater, Inc.*


Transocean Offshore Deepwater Drilling, Inc.*

--------------------------------------------------

Mitsui & Co., U.S.A., Inc, .

NEW *

200 Park Avenue

New York NY 10166
Phone No.:
Fax No.:
        Mitsui & Co. U.S.A., Inc.

--------------------------------------------------

Morrow, Patrick C.
MORROW MORROW RYAN & BASSETT

Post Office Drawer 1787

Opelousas LA 70570
Phone No.:(337) 948-4483
Fax No.:   (337) 942-5234
pmorrow@mmrblaw.com  James, Jr., Joseph George*


Schouest, III, Ellis*
---------------------------------------------------
Moskowitz, Adam M.
KOZYAK TROPIN & THROCKMORTON PA
2525 Ponce de Leon Boulevard
9th Floor
Miami FL 33134
Phone No.:(305) 372-1800
Fax No.:   (305) 372-3508
AMM@kttlaw.com  Destin, Dewey*


Edgewater Beach Owner's Association, Inc.*


Key West Tiki Charters, Inc.*
---------------------------------------------------
Murray, Stephen B.
MURRAY LAW FIRM                   NEW *
650 Poydras Sreet
Suite 2150
New Orleans LA 70130
Phone No.:(504) 525-8100
Fax No.:   (504) 584-5249
smurray@murray-lawfirm.com   Dinet, Nicholas J.*
---------------------------------------------------
Neger, Peter C.
BINGHAM MCCUTCHEN LLP
399 Park Avenue

New York NY 10075
Phone No.:(212) 705-7226
Fax No.:   (212) 702-3616
peter.neger@bingham.com        Anadarko E&P Co., L.P.*


Anadarko Petroleum Corp.*

------------------------------------------------------

Nicholas, Steven L.
CUNNINGHAM BOUNDS LLC
1601 Dauphin Street

Mobile AL 36604
Phone No.:(251) 471-6191
Fax No.:  (251) 479-1031
sln@cunninghambounds.com

Action Outdoors, LLC*

Alabama Gulf Coast Investments, LLC*

Blue Water Yacht Sales & Services, Inc.*

Country, Inc.*

Deep Sea Foods, Inc.*

Fishtrap Charters, LLC*

Fort Morgan Sales, Rentals & Development, Inc.*

Gumbo Properties, LLC*

Happy Harbor, LLC*

Ingram, Jon B.*

Jubilee Seafood, Inc.*

Long, John Forrest*

Malay, Inc.*

Margaritaville, LLC*

Ocean Reef Realty, Inc.*

Orange Beach Marina, Inc.*

Original Oyster House II, Inc.*

Original Oyster House, Inc.*

Oyster Bay Marina, LLC*

Pass Chateau Properties, LLC dba Dauphin Island Marina*

Premium Properties, Inc.*

Prickett Properties, LLC*

Romar Marina Club, LLC*

Salley (dba Sure Shot Charters), Micheal*

Southern Coastal Restaurants, LLC*

Sportsman Fish House, LLC*

Superb Food, Inc.*

T&E Seafood, Inc.*

TNT, LLC*

Wilkerson, Billy*

Wilkerson, Tessa*
--------------------------------------------------

Norris, John E.
DAVIS & NORRIS LLP
The Bradshaw House
2154 Highland Avenue South
Birmingham AL 35205
Phone No.:(205) 930-9900
Fax No.: (205) 930-9989
jnorris@davisnorris.com   Burke, Peter*

Junghann, Brenda S.*

Junghann, Jorg M.*

Lykins, Ryan*

--------------------------------------------------

Palmintier, Michael C.
DEGRAVELLES PALMINTIER HOLTHAUS & FRUGE LLP
618 Main Street

Baton Rouge LA 70801
Phone No.:(225) 344-3735
Fax No.:   (225) 344-0522
mpalmintier@dphf-law.com          Gregoire, William D.*


Stelly, Toby J.*


Stelly, Veronica G.*

--------------------------------------------------

Poynter, Scott E.
EMERSON POYNTER LLP
500 President Clinton Avenue
Suite 305
Little Rock AR 72201
Phone No.:(501) 907-2555
Fax No.:   (501) 907-2556
scott@emersonpoynter.com          Charter Boat Seascape Inc.*


Charter Boat Sunrise Inc.*


Destin Fishing Fleet Inc.*


First Light Enterprises Inc.*


L&H Enterprises, Inc. dba Tackle This Shoot That*


Paul, Gary*

----------------------------------------------------
Price, Donald W.
DUE PRICE GUIDRY PIEDRAHITA & ANDREWS
8201 Jefferson Highway

Baton Rouge LA 70809
Phone No.:(225) 929-7481
Fax No.:   (225) 924-4519
dprice@dueprice.com          Duet, Deanna G.*


          Duet, Raymond*
----------------------------------------------------
Quin, William M.
MCCRANEY MONTAGNET & QUIN PLLC
602 Steed Road
Suite 200
Ridgeland MS 39157
Phone No.:(601) 707-5725
Fax No.:   (601) 510-2939
wquin@mmqlaw.com          Montagnet, Monica C.*
----------------------------------------------------
Rash, David C.
ALTERS LAW FIRM PA
4141 Northeast 2nd Avenue
Suite 201
Miami FL 33137
Phone No.:(305) 571-8550
Fax No.:   (305) 571-8558
david@alterslaw.com          Blue Parrott OceanFront Cafe, Inc.*


          Captain Salty, Inc.*


          G.A. Fish, Inc.*


          Grant, John S.*


          Greg Abrams Seafood, Inc.*

Lima (aka Captain Shelley Seafood), Steve*

Motor Vessel Captain Carl, Inc.*

Motor Vessel Fishermans Pride, Inc.*

Motor Vessel Lady Evelyn, Inc.*

Motor Vessel Three Brothers, Inc.*

Raffield Fisheries Inc.*

SGI Rentals Inc.*

Tarpon Dock Seafood Market*

WJ2 LLC*

Water Street Seafood, Inc.*
--------------------------------------------------

Rifkin, Mark C.
WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLP
270 Madison Avenue

New York NY 10016
Phone No.:(212) 545-4600
Fax No.: (212) 545-4653
Rifkin@whafh.com Brondum Jr., Richard C.*

Bundy, Jr., Bill R.*


Johnson, Cynthia*


Richard (dba Richard's Seafood Patio), Calvin J.*
---------------------------------------------------
Ritch, Joseph E.
WIGINGTON RUMLEY DUNN LLP
800 North Shoreline Boulevard
Suite 1400 South Tower
Corpus Christi TX 78401
Phone No.:(361) 885-7500
Fax No.:   (361) 885-0487
        Cajun Offshore Charters, LLC*


Fish Commander, LLC*
---------------------------------------------------
Salas, Camilo K.
SALAS & CO LC
650 Poydras Street
Suite 1650
New Orleans LA 70130
Phone No.:(504) 799-3080
Fax No.:   (504) 799-3085
csalas@salaslaw.com*** Bad Address *** Garner, Tom*
---------------------------------------------------
Sexton, K. Edward .
GENTLE TURNER & SEXTON
2 North 20th Street
Suite 1200
Birmingham AL 35203
Phone No.:(205) 716-3000
Fax No.:
esexton@gtandslaw.com   Lockridge, Captain Edward
---------------------------------------------------
Smith, Stuart H.
SMITH STAG LLC
365 Canal Street
Suite 2850
New Orleans LA 70130
Phone No.:(504) 593-9600
Fax No.:   (504) 593-9601

ssmith@smithstag.com    Vath, Ray*
-----------------------------------------------------

Strange, Brian R.
STRANGE & CARPENTER
12100 Wilshire Boulevard
Suite 1900
Los Angeles CA 90025
Phone No.:(310) 207-5055
Fax No.:   (310) 826-3210
lacounsel@earthlink.net    Gaskins, Jr., Matthews*
-----------------------------------------------------

Taschner, Dana B.
LANIER LAW FIRM PC
2029 Century Park, East
Suite 1400
Los Angeles CA 90067
Phone No.:(310) 277-5100
Fax No.:   (310) 277-5103
dbt@lanierlawfirm.com    Nova Affiliated, S.A.*
-----------------------------------------------------

Tran, Minh Tam .
TAMMY TRAN ATTORNEYS AT LAW LP
2915 Fannin Street

Houston TX 77002
Phone No.:(713) 655-0737
Fax No.:   (713) 655-0823
ttran@tt-lawfirm.com    National Vietnamese American Fisherman
Emergency Association*


        Nguyen, Nam


        Tran, Hung
-----------------------------------------------------
Verras, Spiro J.
BILIRAKIS LAW GROUP LLC
4538 Bartelt Road                    NEW

Holiday FL 34690
Phone No.:(727) 937-3226
Fax No.:   (727) 934-5069
sverras@bilirakislaw. com  Calhoun, Jeffery*

40

Coratella, Vincent*

East Shore Land Development, LLC dba Blue Wave Motel Suites Of
Clearwater Beach, Florida*

Galaris, James*

Gionis, Athanasios*

Gionis, Evdokia*

Gold Fingers Jewelers & Gift Shop, Inc.*

J.J.S. Properties, Inc. dba Post Corner Pizza Restaurant*

Moreira, Carlos*

Narcosis, Inc.*

Venette, Desire*
--------------------------------------------------
Weigel, Alan M.
BLANK ROME LLP
The Chrysler Building
405 Lexington Avenue
New York NY 101740208
Phone No.:(212) 885-5000
Fax No.: (212) 885-5001
aweigel@blankrome.com    Marine Spill Response Corp.*
--------------------------------------------------
Weston, John K.

SACKS & WESTON
114 Old York Road

Jenkintown PA 19046
Phone No.:(215) 925-8200
Fax No.: (215) 925-0508
jweston@sackslaw.com    Louisiana Environmental Action Network, Inc.*
--------------------------------------------------

Wiygul, Robert B.
WALTZER & ASSOCIATES
1011 Iberville Drive

Ocean Springs MS 39564
Phone No.:(228) 872-1125
Fax No.: (228) 872-1128
robert@waltzerlaw.com    Dinh, Khuyen

Huynh, Tai

Nguyen, Son

Pan Isles, Inc.

Trieu, Hiep
--------------------------------------------------
Zatzkis, Lanny R.
ZATZKIS MCCARTHY & ASSOCIATES LLC
650 Poydras Street
Suite 2750
New Orleans LA 70130
Phone No.:(504) 523-2266
Fax No.: (504) 593-9921
Lanny@Zatzkis.com    Black, Kevin*

Canty, IV, John B.*

Conzonere, Chad*

Crain, Michael Troy*

Crawford, Brad*

Crawford, William J.*

Efferson, Alvery L.*

Efferson, Charles*

Evans, Jr., Robert*

Ferrier, Michael*

Gagliano, Wayne*

Jackson, Kevin M.*

Knecht, Jr., Dennis*

Knecht, Jr., Frederick H.*

Kreger, Jr., Ronald A.*

Kreger, Robert*

Kreger, Ryan A.*

Kreger, Sr., Ronald A.*

Kreger, Sr., Roy*

Lyncker, Williams H.*

Moragas, Shannon D.*

Pomes, Christopher*

Raimer, Allen J.*

Roberts, John C.*

Sander, Jr., Gerald J.*

Schmalz, Charles*

Segrave, Jr., David A.*

Segrave, Michael A.*

Segrave, Sr., David A.*

-------------------------------------------------

deGravelles, John W.
DEGRAVELLES PALMINTIER HOLTHAUS & FRUGE LLP
618 Main Street

Baton Rouge LA 708011910
Phone No.:(225) 344-3735
Fax No.:  (225) 408-5339
jdegravelles@dphf-law.com
M.*

Jones (Ind./Per./Rep.-Stafford Hess), Michelle