## BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

_____

|  |  |
|---|---|
| IN RE:<br><br>OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO ON APRIL 20, 2010 | §<br>§<br>§   MDL DOCKET NO. 2179<br>§<br>§<br>§<br>§ |

_____

### NOTICE OF RELATED ACTION

To:   Clerk of the Panel
      Judicial Panel on Multidistrict Litigation
      Thurgood Marshall Federal Judiciary Building
      One Columbus Circle, N.E.
      Room G-255, North Lobby
      Washington, D.D. 20002-8004

Pursuant to J.P.M.L. Rules 7.2(i) and 7.5(e), Defendants Transocean Offshore Deepwater Drilling, Inc., Transocean Deepwater, Inc., Transocean Holdings, LLC and Triton Asset Leasing GmbH ("Transocean") hereby give notice that the case listed in the accompanying Schedule of Additional Related Actions is a potential tag-along action that relates to the cases which have been consolidated as *In re: Oil Spill By The Oil Rig "Deepwater Horizon" In The Gulf of Mexico On April 20, 2010*, MDL 2179, pursuant to the Panel's August 10, 2010 Order. The action identified on the accompanying Schedule of Additional Related Actions was served on Transocean within the past two weeks.

A courtesy copy of the Docket Sheet and Complaint for the Related Action identified in the Accompanying Schedule is filed herewith.

Dated: October 16, 2012                              Respectfully submitted,


By:   /s/ Steven L. Roberts                          By:   /s/ Kerry J. Miller

Steven L. Roberts (Texas, No. 17019300)
Rachel Giesber Clingman (Texas, No. 00784125)
Sutherland Asbill & Brennan LLP
1001 Fannin Street, Suite 3700
Houston, TX 77002
Telephone: (713) 470-6100
Facsimile: (713) 654-1301
Email: steven.roberts@sutherland.com
Email: rachel.clingman@sutherland.com

Kerry J. Miller (Louisiana, No. 24562)
Frilot L.L.C.
1100 Poydras Street, Suite 3700
New Orleans, LA 70163
Telephone: (504) 599-8169
Facsimile: (504) 599-8154
Email: kmiller@frilot.com

*-and-*

Edwin G. Preis, Jr. (Louisiana, No. 10703)
Preis & Roy PLC
102 Versailles Boulevard, Suite 400
Lafayette, LA 70501
Telephone: (337) 237-6062
Facsimile: (337) 237-9129

-and-

601 Poydras Street, Suite 1700
New Orleans, LA 70130
Telephone: (504) 581-6062
Facsimile: (504) 522-9129
Email: egp@preisroy.com

-and-

Brad D. Brian (California, No. 79001)
Allen M. Katz (California, No. 54933)
Munger Tolles & Olson LLP
355 South Grand Avenue, 35th Floor
Los Angeles, CA 90071
Telephone: (213) 683-9100
Facsimile: (213) 683-5180, (213) 683-4018
Email: brad.brian@mto.com
Email: allen.katz@mto.com

**Of Counsel:**
John M. Elsley (Texas, No. 0591950)
Royston, Rayzor, Vickery & Williams LLP
711 Louisiana Street, Suite 500
Houston, TX 77002
Telephone: (713) 224-8380
Facsimile: (713) 225-9945
Email: john.elsley@roystonlaw.com

*Counsel for Transocean Ltd., Transocean Offshore Deepwater Drilling, Inc., Transocean Deepwater, Inc., Transocean Offshore Deepwater Drilling, Inc. and Triton Asset Leasing GmbH*