Farrell & Patel, Attorneys At Law, represents all named Plaintiffs in each of the following actions:

1. City of Baton Rouge, Louisiana v. BP Exploration & Production, Inc., et al, LAM, Civil Action Number 13-cv-252-JJB-RLB.

2. Humble Lodging, LLC.; OM SRI Ganeshaya Namah LLC, et al v. BP Exploration & Production, Inc., et al, TXE, Civil Action Number 1:13-cv-00248

3. City of South Padre Island v. BP Exploration & Production, Inc., et al, TXE, Civil Action Number 1:13-cv-00249

4. Central Financial Holdings, Inc. v. BP Exploration & Production, Inc., et al, FLM (Tampa), Civil Action Number 8:13-cv-01071.

5. Sunshine Enterprises of Jacksonville, Inc.; Krishna Enterprises of Alachula, Inc., et al v. BP Exploration & Production, Inc., et al, FLM (Tampa), Civil Action Number 8:13-cv-01070.