**BEFORE THE UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

**IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010** **MDL NO. 2179**

**(SEE ATTACHED SCHEDULE)**

**MOTION TO VACATE CONDITIONAL TRANSFER ORDER NUMBER 134 AS TO ALL PLAINTIFFS**

**NOW INTO COURT,** come the following Movants from CTO-143:

(a) Environmental Litigation Group, PC;

more specifically outlined in the attached Schedule of Actions, who respectfully submit that it is entitled, as a matter of law, to vacation of the JPML's Conditional Transfer Order Number 134, as to Moving Plaintiff, for the reasons more specifically set forth in the attached Memorandum of Legal Authority in Support of Motion to Vacate Conditional Transfer Order Number 134 as to All Plaintiffs.

Respectfully submitted, this the 1st day of February, 2017.

Frederick T. Kuykendall, III
Kuykendall & Associates, LLC
PO Box 2129
Fairhope, AL 36533
ftk@kuykendallassociatesllc.com
(205) 434-2866

Grant D. Amey
Law Office of Grant D. Amey, LLC
PO Box 67
Fairhope, AL 36533
grantamey@grantamey.com
(251) 716-0317