**Before the Judicial Panel on Multidistrict Litigation**
**MDL NO. 2179**

***In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico on April 20, 2010***

**SCHEDULE OF CASES – (Kuykendall & Associates, LLC)**

**MOTION TO VACATE CTO 134**

| Caption | Court | Civil Action # | Judge |
|---|---|---|---|
| ***Environmental Litigation Group PC v. BP America Inc., BP America Production Company, BP Exploration & Production Inc.*** | **ND. Ala.** | **2017-cv-00050** | **Chief Judge Karon O. Bowdre** |